# JOINT APPENDIX OF EVIDENCE PART 2 EXHIBITS 5 - 6.2

# EXHIBIT 5



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

RONALD J AMBROSETTI
415 SAN VICENTE BLVD
APT 9
SANTA MONICA CA 90402-1739

## RONALD, your loans have been transferred to Nelnet for Total and Permanent Disability discharge review.

Based on your request for discharge of your loans due to Total and Permanent Disability, your loans listed below have been transferred to Nelnet, the U.S. Department of Education's appointed servicer that processes all requests for Total and Permanent Disability discharge.

You're not required to make any payments to Navient on these loans.

**For more information about the Total and Permanent Disability Discharge process**, please visit the U.S. Department of Education's website, *DisabilityDischarge.com.* If you would like to contact Nelnet for more information, give them a call at 888-303-7818, Monday through Sunday 8 a.m. to 8 p.m., ET.

**We're here to help you**
We want to help you manage your account in a way that's convenient for you. If you have any questions about your request, visit us online at Navient.com or give us a call.

**Account number**
███745 - 1

**Date**
09/12/22

**Manage your account online**
Navient.com

**Contact us**
888-272-5543

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 8 p.m. Eastern

**Important disclosure(s)**

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

## Loan Information

| DISBURSEMENT DATE | ORIGINAL PRINCIPAL | UNPAID PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| 04/08/05 | $178,900.34 | $ .00 | 5.250 | SM |

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al (888) 272-5543, y marque el numero correspondiente.

*936227374511551859 6*

L308        E51029        S        4880



NSL000088

# EXHIBIT 6



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

RONALD J AMBROSETTI
4826 CLOVER CT
PLAINFIELD IL 60586-8170

## RONALD, we've approved your request for forbearance on the loans listed below. Your payments will resume on 11/07/20.

This notice confirms that you're willing but temporarily unable to make payments but agree to repay your loans after this forbearance expires in accordance with the terms of your Promissory Notes.

### What to expect
If you have other eligible federal loans serviced by Navient, forbearance may also be applied to those loans, and you'll receive notification of those forbearances as well.

You don't need to make a loan payment until after the forbearance ends. We'll send you an updated repayment schedule before then.

### What you can do
If you can, pay interest as it accrues during forbearance. This will help lower your loan costs. If you don't pay any interest, it will be capitalized (added to the principal balance) as frequently as quarterly or at the end of the forbearance period. That means your principal balance and monthly payment amount may increase once you resume payments. See the enclosed document to learn more about how interest is calculated.

If you would like to shorten or cancel your forbearance period at any time, let us know.

### We're here to help
Whenever you have questions about your account or your repayment options, visit us online or give us a call.

**Account number**
█████745 - 1

**Date**
09/09/20

**Manage your account online**
Navient.com

**Phone number**
888-272-5543

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 8 p.m. Eastern

**Forbearance isn't your only option.** Log in to your Navient.com account to learn more about our other programs including Income-Driven, Graduated or Extended repayment plans, deferments and more.

### Important disclosure(s)

*Auto Pay suspension during forbearance/deferment*
If you are receiving an interest rate reduction for using Auto Pay, the rate reduction will be suspended during your forbearance or deferment.

*Borrower benefits/repayment incentives and forbearance*
If your loan has a borrower benefit or repayment incentive that includes an on-time payment requirement to either obtain and/or retain the benefit after qualifying, using forbearance may forfeit your loan's eligibility for the borrower benefit or repayment incentive. If Navient owns

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al (888) 272-5543, y marque el numero correspondiente.

*936227374511559189O*



| F146 | C52813 | S | 0000 |

NSL000089

your loan, you should anticipate loss of benefits. You can call us at 888-272-5543 or go online to Navient.com to confirm the owner of your loan and the impact of forbearance on your borrower benefit or repayment incentive.

Although interest rate reductions are not permanently lost in all cases of forbearance, keep in mind that such interest rate reductions will be suspended during forbearance regardless of the owner of your loan.

Cosigner release for private loans also includes an on-time payment requirement. Forbearance and/or deferment may delay eligibility.

*Capitalization of interest*
Unpaid Interest may be capitalized (added to your principal balance) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an Income-Driven Repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation Loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.

## Loan Information

| DISBURSEMENT DATE | ORIGINAL PRINCIPAL | UNPAID PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| 04/08/05 | $178,900.34 | $ 153,424.11 | 5.250 | SM |

NSL000090



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500                              (888) 272-5543

RONALD J AMBROSETTI
4826 CLOVER CT
PLAINFIELD IL 60586-8170

***Example of Interest Calculations***

The chart below provides estimates for a loan with a 6% interest rate, a $30,000 balance, and no unpaid accrued interest of the Monthly Payments due following a 12-month deferment or forbearance.

As you can see in the example below, paying interest during this period of deferment or forbearance lowers the Monthly Payment by about **$21/month** or about **$653** over the lifetime of the loan.

Keep in mind, the actual impact for your loans may vary based on factors such as loan program, interest rate, amount owed at the time you enter deferment or forbearance, the length of your deferment or forbearance, the repayment period, the frequency of capitalization, your future repayment pattern and whether interest accruing during deferment is payable by the federal government.

| Treatment of Interest Accrued During Deferment or Forbearance Status | Loan Amount | Capitalized Interest for 12 months | Principal to be Repaid | Monthly Payment | Number of Payments | Total Amount Repaid | Total Interest Paid |
|---|---|---|---|---|---|---|---|
| Interest is paid | $30,000.00 | $0.00 | $30,000.00 | $333.00 | 120 | $41,767.00* | $11,767.00 |
| Interest is capitalized at the end of status | $30,000.00 | $1,800.00 | $31,800.00 | $353.00 | 120 | $42,365.00 | $12,236.00 |
| Interest is capitalized quarterly during status and at the end of status | $30,000.00 | $1,841.00 | $31,841.00 | $354.00 | 120 | $42,420.00 | $12,420.00 |

*Total amount repaid includes interest paid during the 12-month period of deferment or forbearance.

*9362273745115591889*

K119            C52813            S            0000



NSL000091



# Knowing your federal repayment options

If staying on track with your federal student loans becomes difficult, changing your repayment plan can make a big difference.

Here are some common repayment options which may reduce or postpone your Monthly Payments on FFELP loans. If your loans qualify, the fastest way to apply for a new repayment plan is online, or, depending on the plan you choose, by phone. Log into your online account or give us a call to discuss options that might be available to you.

**A note to Health Education Assistance Loan (HEAL) customers**: Not all the options listed below may be available to you. Please visit us online at Navient.com or call us at 888-272-5543 for help.

### If you'd like to change your Monthly Payment Amount

| Repayment options | Keep in mind |
|---|---|
| **Standard (level):** You pay the same amount every month. | Typically, this is the most efficient way to pay down your principal and interest. |
| **Income-Driven:** We may reduce your Monthly Payments for 12 months at a time based on your income and other factors. (Example: Income-Based Repayment plan.) | Since your income can change, you need to reapply for Income-Driven Repayment plans every year. These plans usually extend your repayment period, so you'll pay more interest over time. Your payment could be as low as $0 per month with qualifying income and loans. Any remaining balance may be forgiven after no more than 25 years of qualifying repayment. Any forgiven amounts may be taxable. **Parent PLUS loans are ineligible** for Income-Driven Repayment plans. |
| **Graduated:** You pay less at first, then payments increase over time. | This is a good option if you need lower payments now but can pay more in the future. However, you'll pay more in interest over time. |

### If you need to postpone Monthly Payments

| Options | Keep in mind |
|---|---|
| **Deferment:** We may be able to postpone your payments when certain eligibility criteria are met. Common examples are: if you're enrolled in school (at least half time), in the military, unemployed or experiencing economic hardship. | You're not responsible for paying Accrued Interest on subsidized federal loans during most deferments. You remain responsible for interest that accrues on your unsubsidized loans. |
| **Forbearance:** If you don't qualify for deferment, we may still be able to temporarily postpone your payments. | During forbearance, interest on all loans will continue to accrue, so you'll pay more interest overall. |

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al (800) 766-7242, y marque el numero correspondiente.

*9362273745115591888*



K305          C52813          S          0000

NSL000092

# Forgiveness, cancellation, or discharge

| Options | Keep in mind |
|---------|--------------|
| **Teacher Loan Forgiveness:** If you teach full-time for five complete and consecutive academic years you may be eligible for forgiveness of $5,000 (or up to $17,500 if you meet the criteria of a highly qualified teacher) on your federal loans. | Your teaching service must be completed in a low-income elementary school, low-income secondary school, or with an educational service agency. |
| **Closed School:** If you were unable to complete your education because your school closed, you may be eligible for discharge of your federal loans. | To be eligible, you must have been enrolled when your school closed, on an approved leave of absence when your school closed, or if your school closed within 120 days after you withdrew. |
| **Total and Permanent Disability:** If you are totally and permanently disabled, you may qualify for discharge of your remaining federal loan balance. | You must provide documentation, such as documentation from the Department of Veterans Affairs showing that you're unemployable due to a service-connected disability, Social Security Disability Insurance (SSDI), Supplemental Security Income (SSI) benefits, or physician certification. |
| **Death:** The remaining federal loan balance may be discharged due to the death of the borrower (or student for which a PLUS loan was obtained). | Documentation will be required. |

## Consolidating your loans

You may also be able to combine your federal loans into a single Monthly Payment with a single interest rate. Consolidating FFELP loans into the Direct Lending program may also allow your loans to become eligible for more repayment and forgiveness options, including Public Service Loan Forgiveness. Past payments made toward your loans being consolidated will not be considered qualifying payments toward loan forgiveness options on a new Direct Consolidation Loan.

This is not an all-inclusive list of every option that may be available. To apply for IDR or consolidation, or to learn more about the other options above, visit the U.S. Department of Education at StudentAid.gov.

## We're here to help

We want to help you find the option that fits your situation best. Making payments on time is always the best way to stay on track with your goals and build your credit, but when that's not possible, changing your repayment plan is much better than missing a payment. If you have any questions, visit us online or give us a call.

## Important disclosure(s)

*Capitalization of interest*

Unpaid Interest may be capitalized (added to your principal balance) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an income-driven repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation Loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.

NSL000093



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

# RONALD, we have federal repayment options that may help you.

Thank you for talking with us about staying on track with your federal student loans. As a follow-up, we want to make sure you know about other federal repayment options.

**What you can do**
Check out the information below to learn about some common repayment options which may reduce or postpone your Monthly Payments. If your loans qualify, the fastest way to apply for a new repayment plan is online, or, depending on the plan you choose, by phone.

### If you'd like to change your Monthly Payment Amount

| *Repayment options* | *Keep in mind* |
|---|---|
| **Standard:** You pay the same amount every month. | This is the most efficient way to pay down your principal and interest. |
| **Income-Driven:** We may reduce your Monthly Payments for 12 months at a time based on your income and other factors. (Example: Income-Based Repayment plan.) | Since your income can change, you need to reapply for Income-Driven Repayment plans every year. These plans usually extend your repayment period, so you'll pay more interest over time. Your payment could be as low as $0 per month with qualifying income and loans. Any remaining balance may be forgiven after no more than 25 years of qualifying repayment. Any forgiven amounts may be taxable. Parent PLUS loans are ineligible for Income-Driven Repayment plans. |
| **Graduated:** You pay less at first, then payments increase over time. | This is a good option if you need lower payments now but can pay more in the future. However, you'll pay more interest over time. |
| **Extended:** You pay less every month, but you pay over a longer period (up to 25 years). | Because the repayment period is longer, you'll pay more interest over time with this option. This plan is only available if your qualifying loan balance is more than $30,000. |

**Account Number**
███3745 - 1

**Date**
12/07/20

**Manage your account online**
Navient.com

**Contact us**
888-272-5543

Monday – Thursday,
8 a.m. – 9 p.m. Eastern
Friday, 8 a.m. – 8 p.m. Eastern

**Remember,** the more you can pay each month, the less you'll pay in interest over the life of your loans.

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (888) 272-5543, y marque el numero correspondiente.

*9362273745115582980*

K008          C67895          S          0000



NSL000094

## If you need to postpone Monthly Payments

| Options | Keep in mind |
|---|---|
| **Deferment**: We may be able to postpone your payments when certain eligibility criteria is met. Common examples are: if you're enrolled in school (at least half time), in the military, unemployed or experiencing economic hardship. | You're not responsible for paying Accrued Interest on subsidized federal loans during most deferments. You remain responsible for interest that accrues on your unsubsidized loans. |
| **Forbearance**: If you don't qualify for deferment, we may still be able to temporarily postpone your payments. | During forbearance, interest on all loans will continue to accrue, so you'll pay more interest overall. |

## Forgiveness, cancellation, or discharge

| Options | Keep in mind |
|---|---|
| **Teacher Loan Forgiveness:** If you teach full-time for five complete and consecutive academic years you may be eligible for forgiveness of $5,000 (or up to $17,500 if you meet the criteria of a highly qualified teacher) on your federal loans. | Your teaching service must be completed in a low-income elementary school, low-income secondary school, or with an educational service agency.  If you live or work in Puerto Rico or the U.S. Virgin Islands and were affected by Hurricanes Maria or Irma, you may be eligible for a one-year gap in academic years. |
| **Closed School:**  If you were unable to complete your education because your school closed, you may be eligible for discharge of your federal loans. | To be eligible, you must have been enrolled when your school closed, on an approved leave of absence when your school closed, or if your school closed within 120 days after you withdrew. |
| **Total and Permanent Disability:**  If you are totally and permanently disabled, you may qualify for discharge of your remaining federal loan balance. | You must provide documentation, such as documentation from the Department of Veterans Affairs showing that you're unemployable due to a service-connected disability, Social Security Disability Insurance (SSDI), Supplemental Security Income (SSI) benefits, or physician certification. |
| **Death:**  The remaining federal loan balance may be discharged due to the death of the borrower (or student for which a PLUS loan was obtained). | Documentation of death is required. |

**If you'd like to consolidate loans -** You may also be able to combine your federal loans into a single Monthly Payment with a single interest rate. Consolidating FFELP loans into the Direct Lending program may also allow your loans to become eligible for more repayment and forgiveness options, including Public Service Loan Forgiveness. Past payments made toward your loans being consolidated will not be considered qualifying payments toward loan forgiveness options on a new Direct Consolidation Loan.

This is not an all-inclusive list of every option that may be available. *To apply for IDR or consolidation*, or to learn more about the other options above, visit the U.S. Department of Education at [StudentAid.gov](StudentAid.gov).

**We're here to help**
We want to help you find the option that fits your situation best. Making payments on time is always the best way to stay on track with your goals and build your credit, but when that's not possible, changing your repayment plan is much better than missing a payment. If you have any questions, visit online or give us a call.

**Important Disclosure(s)**

*Capitalization of interest*
Unpaid Interest may be capitalized (added to your principal balance) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an income-driven repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation Loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.

NSL000095



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

# RONALD, your request for forbearance has been approved.

Your forbearance has been approved from 12/08/20 through 02/07/21 on the student loans listed below. While your loans are in a forbearance status, payments aren't required. This notice also confirms your agreement that you're willing, but temporarily unable to make payments due to financial hardship, and that you agree to repay your loans after this forbearance expires in accordance with the terms of your promissory note.

**What you need to know**
If you have other delinquent federal loans serviced by Navient, forbearance will be applied to all eligible federal loans and you'll receive notification of the forbearance.

*Retroactive Forbearance*
If you received a retroactive forbearance, it temporarily postponed your payments on your loans listed below. You're responsible for the interest that accrued during your forbearance. This interest was capitalized (added to the principal balance of your loans) at certain intervals during and/or at the end of your forbearance, as allowed by your loan program and promissory note. As a result, you're now accruing interest on a higher principal balance.

When the forbearance was processed, it temporarily postponed payments during the designated forbearance period; however, it doesn't remove the accurate reporting of previous delinquencies, if any, to the consumer reporting agencies.

*Future Forbearance*
If you've been granted a future forbearance, it will temporarily postpone your payments on your loans listed below. You're responsible for the interest that will accrue during forbearance, and we encourage you to pay it as it accrues. If unpaid, this interest will be capitalized (added to the principal balance of your loans) at certain intervals during and/or at the end of your forbearance, as allowed by your loan program and promissory note. As a result, if you don't pay the interest as it accrues, once your forbearance expires, you'll be accruing interest on a higher principal balance.

*Impact of capitalization*
Capitalization is the addition of unpaid accrued interest to the principal balance of a loan. Depending on your loan program and promissory note, interest that accrues during forbearance may be capitalized as frequently as quarterly during the forbearance period and again at the end of this period. Unpaid Interest on FFELP Subsidized Stafford Loans disbursed on or after July 1, 2000 and FFELP Unsubsidized Stafford Loans disbursed on or after October 7, 1998 will capitalize only at the end of the forbearance period.

The principal balance of a loan increases when Unpaid Interest is capitalized. Interest then begins to accrue on the new, higher principal balance. As a result, more interest may accrue over the life of the loan, the Monthly Payment Amount may be higher and more payments

**Account number**
_____745 - 1

**Date**
12/07/20

**Manage your account online**
Navient.com

**Contact us**
888-272-5543

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 8 p.m. Eastern

**Worried about making payments?** If staying on track with your student loan(s) becomes difficult, changing your repayment plan can make a big difference. Visit StudentAid.gov to learn more.

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al (888) 272-5543, y marque el numero correspondiente.

*936227374511558 2983*



NSL000096

may be required.

To assist you, we're providing examples that show how capitalization of interest can impact the principal balance and the total interest paid over the life of a loan. You also can monitor and pay the Accrued Interest online by creating or logging in to your online account.

**What you can do now**
You may make payments during this forbearance or request that it be shortened or canceled at any time. To end the forbearance early, call our toll-free number or write to us at the address above. Your payment schedule will be sent to you shortly before you're required to begin repaying your loans. Please let us know if anything changes that could affect your status.

**We're here to help**
Visit us online or give us a call.

**Important disclosure(s)**

*Auto Pay suspension during forbearance/deferment*
If you are receiving an interest rate reduction for using Auto Pay, the rate reduction will be suspended during your forbearance or deferment.

*Borrower benefits/repayment incentives and forbearance*
If your loan has a borrower benefit or repayment incentive that includes an on-time payment requirement to either obtain and/or retain the benefit after qualifying, using forbearance may forfeit your loan's eligibility for the borrower benefit or repayment incentive. If Navient owns your loan, you should anticipate loss of benefits. You can call us at 888-272-5543 or go online to Navient.com to confirm the owner of your loan and the impact of forbearance on your borrower benefit or repayment incentive.

Although interest rate reductions are not permanently lost in all cases of forbearance, keep in mind that such interest rate reductions will be suspended during forbearance regardless of the owner of your loan.

Cosigner release for private loans also includes an on-time payment requirement. Forbearance and/or deferment may delay eligibility.

*Your loan servicer*
The loans referenced in this letter are serviced by Navient Solutions, LLC (NMLS# 212430).

**Loan Information**

| DISBURSEMENT DATE | ORIGINAL PRINCIPAL | UNPAID PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| 04/08/05 | $178,900.34 | $ 153,096.35 | 5.250 | SM |

NSL000097



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500                              (888) 272-5543

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

***Example of Interest Calculations***

The chart below provides estimates for a loan with a 6% interest rate, a $30,000 balance, and no unpaid accrued interest of the Monthly Payments due following a 12-month deferment or forbearance.

As you can see in the example below, paying interest during this period of deferment or forbearance lowers the Monthly Payment by about **$21/month** or about **$653** over the lifetime of the loan.

Keep in mind, the actual impact for your loans may vary based on factors such as loan program, interest rate, amount owed at the time you enter deferment or forbearance, the length of your deferment or forbearance, the repayment period, the frequency of capitalization, your future repayment pattern and whether interest accruing during deferment is payable by the federal government.

| Treatment of Interest Accrued During Deferment or Forbearance Status | Loan Amount | Capitalized Interest for 12 months | Principal to be Repaid | Monthly Payment | Number of Payments | Total Amount Repaid | Total Interest Paid |
|---|---|---|---|---|---|---|---|
| Interest is paid | $30,000.00 | $0.00 | $30,000.00 | $333.00 | 120 | $41,767.00* | $11,767.00 |
| Interest is capitalized at the end of status | $30,000.00 | $1,800.00 | $31,800.00 | $353.00 | 120 | $42,365.00 | $12,236.00 |
| Interest is capitalized quarterly during status and at the end of status | $30,000.00 | $1,841.00 | $31,841.00 | $354.00 | 120 | $42,420.00 | $12,420.00 |

*Total amount repaid includes interest paid during the 12-month period of deferment or forbearance.



NSL000098



# Knowing your federal repayment options

If staying on track with your federal student loans becomes difficult, changing your repayment plan can make a big difference.

Here are some common repayment options which may reduce or postpone your Monthly Payments on FFELP loans. If your loans qualify, the fastest way to apply for a new repayment plan is online, or, depending on the plan you choose, by phone. Log into your online account or give us a call to discuss options that might be available to you.

**A note to Health Education Assistance Loan (HEAL) customers**: Not all the options listed below may be available to you. Please visit us online at Navient.com or call us at 888-272-5543 for help.

### If you'd like to change your Monthly Payment Amount

| Repayment options | Keep in mind |
|---|---|
| **Standard (level):** You pay the same amount every month. | Typically, this is the most efficient way to pay down your principal and interest. |
| **Income-Driven:** We may reduce your Monthly Payments for 12 months at a time based on your income and other factors. (Example: Income-Based Repayment plan.) | Since your income can change, you need to reapply for Income-Driven Repayment plans every year. These plans usually extend your repayment period, so you'll pay more interest over time. Your payment could be as low as $0 per month with qualifying income and loans. Any remaining balance may be forgiven after no more than 25 years of qualifying repayment. Any forgiven amounts may be taxable. **Parent PLUS loans are ineligible** for Income-Driven Repayment plans. |
| **Graduated:** You pay less at first, then payments increase over time. | This is a good option if you need lower payments now but can pay more in the future. However, you'll pay more in interest over time. |

### If you need to postpone Monthly Payments

| Options | Keep in mind |
|---|---|
| **Deferment:** We may be able to postpone your payments when certain eligibility criteria are met. Common examples are: if you're enrolled in school (at least half time), in the military, unemployed or experiencing economic hardship. | You're not responsible for paying Accrued Interest on subsidized federal loans during most deferments. You remain responsible for interest that accrues on your unsubsidized loans. |
| **Forbearance:** If you don't qualify for deferment, we may still be able to temporarily postpone your payments. | During forbearance, interest on all loans will continue to accrue, so you'll pay more interest overall. |

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (800) 766-7242, y marque el numero correspondiente.

*9362273745115582981*

K305          C67895          S          0000



NSL000099

## Forgiveness, cancellation, or discharge

| Options | Keep in mind |
|---|---|
| **Teacher Loan Forgiveness:**<br>If you teach full-time for five complete and consecutive academic years you may be eligible for forgiveness of $5,000 (or up to $17,500 if you meet the criteria of a highly qualified teacher) on your federal loans. | Your teaching service must be completed in a low-income elementary school, low-income secondary school, or with an educational service agency. |
| **Closed School:**<br>If you were unable to complete your education because your school closed, you may be eligible for discharge of your federal loans. | To be eligible, you must have been enrolled when your school closed, on an approved leave of absence when your school closed, or if your school closed within 120 days after you withdrew. |
| **Total and Permanent Disability:**<br>If you are totally and permanently disabled, you may qualify for discharge of your remaining federal loan balance. | You must provide documentation, such as documentation from the Department of Veterans Affairs showing that you're unemployable due to a service-connected disability, Social Security Disability Insurance (SSDI), Supplemental Security Income (SSI) benefits, or physician certification. |
| **Death:**<br>The remaining federal loan balance may be discharged due to the death of the borrower (or student for which a PLUS loan was obtained). | Documentation will be required. |

### Consolidating your loans
You may also be able to combine your federal loans into a single Monthly Payment with a single interest rate. Consolidating FFELP loans into the Direct Lending program may also allow your loans to become eligible for more repayment and forgiveness options, including Public Service Loan Forgiveness. Past payments made toward your loans being consolidated will not be considered qualifying payments toward loan forgiveness options on a new Direct Consolidation Loan.

This is not an all-inclusive list of every option that may be available. To apply for IDR or consolidation, or to learn more about the other options above, visit the U.S. Department of Education at StudentAid.gov.

### We're here to help
We want to help you find the option that fits your situation best. Making payments on time is always the best way to stay on track with your goals and build your credit, but when that's not possible, changing your repayment plan is much better than missing a payment. If you have any questions, visit us online or give us a call.

### Important disclosure(s)

*Capitalization of interest*
Unpaid Interest may be capitalized (added to your principal balance) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an income-driven repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation Loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in-school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

# RONALD, we've approved your request for forbearance on the loans listed below. Your payments will resume on 04/07/21.

This notice confirms that you're willing but temporarily unable to make payments but agree to repay your loans after this forbearance expires in accordance with the terms of your Promissory Notes.

**What to expect**
If you have other eligible federal loans serviced by Navient, forbearance may also be applied to those loans, and you'll receive notification of those forbearances as well.

You don't need to make a loan payment until after the forbearance ends. We'll send you an updated repayment schedule before then.

**What you can do**
If you can, pay interest as it accrues during forbearance. This will help lower your loan costs. If you don't pay any interest, it will be capitalized (added to the principal balance) as frequently as quarterly or at the end of the forbearance period. That means your principal balance and monthly payment amount may increase once you resume payments. See the enclosed document to learn more about how interest is calculated.

If you would like to shorten or cancel your forbearance period at any time, let us know.

**We're here to help**
Whenever you have questions about your account or your repayment options, visit us online or give us a call.

| |
|---|
| **Account number** |
| ███████745 - 1 |
| **Date** |
| 12/08/20 |
| **Manage your account online** |
| Navient.com |
| **Phone number** |
| 888-272-5543 |
| Monday – Thursday, 8 a.m. – 9 p.m. Friday, 8 a.m. – 8 p.m. Eastern |
| **Forbearance isn't your only option.** Log in to your Navient.com account to learn more about our other programs including Income-Driven, Graduated or Extended repayment plans, deferments and more. |

Case 6:22-cv-08390-NEW    Document 30-4    Filed 08/01/23    Page 17 of 103    Page ID #:412

## Important disclosure(s)

*Auto Pay suspension during forbearance/deferment*
If you are receiving an interest rate reduction for using Auto Pay, the rate reduction will be suspended during your forbearance or deferment.

*Borrower benefits/repayment incentives and forbearance*
If your loan has a borrower benefit or repayment incentive that includes an on-time payment requirement to either obtain and/or retain the benefit after qualifying, using forbearance may forfeit your loan's eligibility for the borrower benefit or repayment incentive. If Navient owns

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (888) 272-5543, y marque el numero correspondiente.

*936227374511558289*

F146    SYSTEM    S    0001



NSL000101

your loan, you should anticipate loss of benefits. You can call us at 888-272-5543 or go online to Navient.com to confirm the owner of your loan and the impact of forbearance on your borrower benefit or repayment incentive.

Although interest rate reductions are not permanently lost in all cases of forbearance, keep in mind that such interest rate reductions will be suspended during forbearance regardless of the owner of your loan.

Cosigner release for private loans also includes an on-time payment requirement. Forbearance and/or deferment may delay eligibility.

*Capitalization of interest*
Unpaid Interest may be capitalized (added to your principal balance) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an Income-Driven Repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation Loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.

*Your loan servicer*
The loans referenced in this letter are serviced by Navient Solutions, LLC (NMLS# 212430).

## Loan Information

| DISBURSEMENT DATE | ORIGINAL PRINCIPAL | UNPAID PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| 04/08/05 | $178,900.34 | $ 153,096.35 | 5.250 | SM |

NSL000102



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500                          (888) 272-5543

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

### *Example of Interest Calculations*

The chart below provides estimates for a loan with a 6% interest rate, a $30,000 balance, and no unpaid accrued interest of the Monthly Payments due following a 12-month deferment or forbearance.

As you can see in the example below, paying interest during this period of deferment or forbearance lowers the Monthly Payment by about **$21/month** or about **$653** over the lifetime of the loan.

Keep in mind, the actual impact for your loans may vary based on factors such as loan program, interest rate, amount owed at the time you enter deferment or forbearance, the length of your deferment or forbearance, the repayment period, the frequency of capitalization, your future repayment pattern and whether interest accruing during deferment is payable by the federal government.

| Treatment of Interest Accrued During Deferment or Forbearance Status | Loan Amount | Capitalized Interest for 12 months | Principal to be Repaid | Monthly Payment | Number of Payments | Total Amount Repaid | Total Interest Paid |
|---|---|---|---|---|---|---|---|
| Interest is paid | $30,000.00 | $0.00 | $30,000.00 | $333.00 | 120 | $41,767.00* | $11,767.00 |
| Interest is capitalized at the end of status | $30,000.00 | $1,800.00 | $31,800.00 | $353.00 | 120 | $42,365.00 | $12,236.00 |
| Interest is capitalized quarterly during status and at the end of status | $30,000.00 | $1,841.00 | $31,841.00 | $354.00 | 120 | $42,420.00 | $12,420.00 |

*Total amount repaid includes interest paid during the 12-month period of deferment or forbearance.

*9362273745115582898*

K119          SYSTEM          S          0001



NSL000103



# Knowing your federal repayment options

If staying on track with your federal student loans becomes difficult, changing your repayment plan can make a big difference.

Here are some common repayment options which may reduce or postpone your Monthly Payments on FFELP loans. If your loans qualify, the fastest way to apply for a new repayment plan is online, or, depending on the plan you choose, by phone. Log into your online account or give us a call to discuss options that might be available to you.

**A note to Health Education Assistance Loan (HEAL) customers**: Not all the options listed below may be available to you. Please visit us online at Navient.com or call us at 888-272-5543 for help.

### If you'd like to change your Monthly Payment Amount

| Repayment options | Keep in mind |
|---|---|
| **Standard (level):** You pay the same amount every month. | Typically, this is the most efficient way to pay down your principal and interest. |
| **Income-Driven:** We may reduce your Monthly Payments for 12 months at a time based on your income and other factors. (Example: Income-Based Repayment plan.) | Since your income can change, you need to reapply for Income-Driven Repayment plans every year. These plans usually extend your repayment period, so you'll pay more interest over time. Your payment could be as low as $0 per month with qualifying income and loans. Any remaining balance may be forgiven after no more than 25 years of qualifying repayment. Any forgiven amounts may be taxable. **Parent PLUS loans are ineligible** for Income-Driven Repayment plans. |
| **Graduated:** You pay less at first, then payments increase over time. | This is a good option if you need lower payments now but can pay more in the future. However, you'll pay more in interest over time. |

### If you need to postpone Monthly Payments

| Options | Keep in mind |
|---|---|
| **Deferment:** We may be able to postpone your payments when certain eligibility criteria are met. Common examples are: if you're enrolled in school (at least half time), in the military, unemployed or experiencing economic hardship. | You're not responsible for paying Accrued Interest on subsidized federal loans during most deferments. You remain responsible for interest that accrues on your unsubsidized loans. |
| **Forbearance:** If you don't qualify for deferment, we may still be able to temporarily postpone your payments. | During forbearance, interest on all loans will continue to accrue, so you'll pay more interest overall. |

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (800) 766-7242, y marque el numero correspondiente.

*9362273745115582897*

K305          SYSTEM          S          0001



NSL000104

# Forgiveness, cancellation, or discharge

| Options | Keep in mind |
|---|---|
| **Teacher Loan Forgiveness:**<br>If you teach full-time for five complete and consecutive academic years you may be eligible for forgiveness of $5,000 (or up to $17,500 if you meet the criteria of a highly qualified teacher) on your federal loans. | Your teaching service must be completed in a low-income elementary school, low-income secondary school, or with an educational service agency. |
| **Closed School:**<br>If you were unable to complete your education because your school closed, you may be eligible for discharge of your federal loans. | To be eligible, you must have been enrolled when your school closed, on an approved leave of absence when your school closed, or if your school closed within 120 days after you withdrew. |
| **Total and Permanent Disability:**<br>If you are totally and permanently disabled, you may qualify for discharge of your remaining federal loan balance. | You must provide documentation, such as documentation from the Department of Veterans Affairs showing that you're unemployable due to a service-connected disability, Social Security Disability Insurance (SSDI), Supplemental Security Income (SSI) benefits, or physician certification. |
| **Death:**<br>The remaining federal loan balance may be discharged due to the death of the borrower (or student for which a PLUS loan was obtained). | Documentation will be required. |

## Consolidating your loans

You may also be able to combine your federal loans into a single Monthly Payment with a single interest rate. Consolidating FFELP loans into the Direct Lending program may also allow your loans to become eligible for more repayment and forgiveness options, including Public Service Loan Forgiveness. Past payments made toward your loans being consolidated will not be considered qualifying payments toward loan forgiveness options on a new Direct Consolidation Loan.

This is not an all-inclusive list of every option that may be available. To apply for IDR or consolidation, or to learn more about the other options above, visit the U.S. Department of Education at StudentAid.gov.

## We're here to help

We want to help you find the option that fits your situation best. Making payments on time is always the best way to stay on track with your goals and build your credit, but when that's not possible, changing your repayment plan is much better than missing a payment. If you have any questions, visit us online or give us a call.

## Important disclosure(s)

*Capitalization of interest*

Unpaid Interest may be capitalized (added to your principal balance) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an income-driven repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation Loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in-school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

## RONALD, we've approved your request for forbearance on the loans listed below. Your payments will resume on 07/07/21.

This notice confirms that you're willing but temporarily unable to make payments but agree to repay your loans after this forbearance expires in accordance with the terms of your Promissory Notes.

**What to expect**
If you have other eligible federal loans serviced by Navient, forbearance may also be applied to those loans, and you'll receive notification of those forbearances as well.

You don't need to make a loan payment until after the forbearance ends. We'll send you an updated repayment schedule before then.

**What you can do**
If you can, pay interest as it accrues during forbearance. This will help lower your loan costs. If you don't pay any interest, it will be capitalized (added to the principal balance) as frequently as quarterly or at the end of the forbearance period. That means your principal balance and monthly payment amount may increase once you resume payments. See the enclosed document to learn more about how interest is calculated.

If you would like to shorten or cancel your forbearance period at any time, let us know.

**We're here to help**
Whenever you have questions about your account or your repayment options, visit us online or give us a call.

---

**Account number**
████ 745 - 1

**Date**
04/12/21

---

**Manage your account online**
Navient.com

**Phone number**
888-272-5543

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 8 p.m. Eastern

---

**Forbearance isn't your only option.** Log in to your Navient.com account to learn more about our other programs including Income-Driven, Graduated or Extended repayment plans, deferments and more.

---



## Important disclosure(s)

*Auto Pay suspension during forbearance/deferment*
If you are receiving an interest rate reduction for using Auto Pay, the rate reduction will be suspended during your forbearance or deferment.

*Borrower benefits/repayment incentives and forbearance*
If your loan has a borrower benefit or repayment incentive that includes an on-time payment requirement to either obtain and/or retain the benefit after qualifying, using forbearance may forfeit your loan's eligibility for the borrower benefit or repayment incentive. If Navient owns

---

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al (888) 272-5543, y marque al numero correspondiente.

*9362273745115570393*

F146          C51287          S          0000

NSL000106

your loan, you should anticipate loss of benefits. You can call us at 888-272-5543 or go online to Navient.com to confirm the owner of your loan and the impact of forbearance on your borrower benefit or repayment incentive.

Although interest rate reductions are not permanently lost in all cases of forbearance, keep in mind that such interest rate reductions will be suspended during forbearance regardless of the owner of your loan.

Cosigner release for private loans also includes an on-time payment requirement. Forbearance and/or deferment may delay eligibility.

*Capitalization of interest*
Unpaid Interest may be capitalized (added to your principal balance) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an Income-Driven Repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation Loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

## Loan Information

| DISBURSEMENT DATE | ORIGINAL PRINCIPAL | UNPAID PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| 04/08/05 | $178,900.34 | $ 153,567.46 | 5.250 | SM |

NSL000107



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

(888) 272-5543

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

*Example of Interest Calculations*

The chart below provides estimates for a loan with a 6% interest rate, a $30,000 balance, and no unpaid accrued interest of the Monthly Payments due following a 12-month deferment or forbearance.

As you can see in the example below, paying interest during this period of deferment or forbearance lowers the Monthly Payment by about **$21/month** or about **$714** over the lifetime of the loan.

Keep in mind, the actual impact for your loans may vary based on factors such as loan program, interest rate, amount owed at the time you enter deferment or forbearance, the length of your deferment or forbearance, the repayment period, the frequency of capitalization, your future repayment pattern and whether interest accruing during deferment is payable by the federal government.

| Treatment of Interest Accrued During Deferment or Forbearance Status | Loan Amount | Capitalized Interest for 12 months | Principal to be Repaid | Monthly Payment | Number of Payments | Total Amount Repaid | Total Interest Paid |
|---|---|---|---|---|---|---|---|
| Interest is paid | $30,000.00 | $0.00 | $30,000.00 | $333.00 | 120 | $41,766.00* | $11,766.00 |
| Interest is capitalized at the end of status | $30,000.00 | $1,800.00 | $31,800.00 | $353.00 | 120 | $42,360.00 | $12,360.00 |
| Interest is capitalized quarterly during status and at the end of status | $30,000.00 | $1,841.00 | $31,841.00 | $354.00 | 120 | $42,480.00 | $12,480.00 |

*Total amount repaid includes interest paid during the 12-month period of deferment or forbearance.

**Important disclosure(s)**

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

*9362273745115570392*

K119          C51287          S          0000



NSL000108

# Knowing your federal repayment options

If staying on track with your federal student loans becomes difficult, changing your repayment plan can make a big difference.

Check out the information below to learn about some common repayment options which may reduce or postpone your Monthly Payments. If your loans qualify, the fastest way to apply for a new repayment plan is online, or, depending on the plan you choose, by phone.

## If you'd like to change your Monthly Payment Amount

| Repayment options | Keep in mind |
|---|---|
| **Standard:**<br>You pay the same amount every month. | Typically, this is the most efficient way to pay down your principal and interest. |
| **Income-Driven:**<br>We may reduce your Monthly Payments for 12 months at a time based on your income and other factors.<br>(Example: Income-Based Repayment plan.) | Since your income can change, you need to recertify income and family size for Income-Driven Repayment plans every year. These plans usually extend your repayment period, so you'll pay more interest over time. Your payment could be as low as $0 per month with qualifying income and loans.  Any remaining balance may be forgiven after no more than 25 years of qualifying repayment. Any forgiven amounts may be taxable. Parent PLUS loans are ineligible for Income-Driven Repayment plans. |
| **Graduated:**<br>You pay less at first, then payments increase over time. | This is a good option if you need lower payments now but can pay more in the future. However, you'll pay more in interest over time. |
| **Extended:**<br>You pay less every month but you pay over a longer period (up to 25 years). | Because the repayment period is longer you'll pay more interest over time with this option. This plan is only available if your qualifying loan is more than $30,000. |

## If you need to postpone Monthly Payments

| Options | Keep in mind |
|---|---|
| **Deferment:**<br>We may be able to postpone your payments when certain eligibility criteria are met. Common examples are: if you're enrolled in school (at least half time), in the military, unemployed or experiencing economic hardship. | You're not responsible for paying Accrued Interest on subsidized federal loans during most deferments. You remain responsible for interest that accrues on your unsubsidized loans. |
| **Forbearance:**<br>If you don't qualify for deferment, we may still be able to temporarily postpone your payments. | During forbearance, interest on all loans will continue to accrue, so you'll pay more interest overall. |

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (800) 766-7242, y marque el numero correspondiente.

*936227374511557039 1*

K305          C51287          S          0000

NSL000109

## Forgiveness, cancellation, or discharge

| Options | Keep in mind |
|---|---|
| **Teacher Loan Forgiveness:**<br>If you teach full-time for five complete and consecutive academic years you may be eligible for forgiveness of $5,000 (or up to $17,500 if you meet the criteria of a highly qualified teacher) on your federal loans. | Your teaching service must be completed in a low-income elementary school, low-income secondary school, or with an educational service agency.  If you live or work in Puerto Rico or the U.S. Virgin Islands and were affected by Hurricanes Maria or Irma, you may be eligible for a one-year gap in academic years. |
| **Closed School:**<br>If you were unable to complete your education because your school closed, you may be eligible for discharge of your federal loans. | To be eligible, you must have been enrolled when your school closed, on an approved leave of absence when your school closed, or if your school closed within 120 days after you withdrew. |
| **Total and Permanent Disability:**<br>If you are totally and permanently disabled, you may qualify for discharge of your remaining federal loan balance. | You must provide documentation, such as documentation from the Department of Veterans Affairs showing that you're unemployable due to a service-connected disability, Social Security Disability Insurance (SSDI), Supplemental Security Income (SSI) benefits, or physician certification. |
| **Death:**<br>The remaining federal loan balance may be discharged due to the death of the borrower (or student for which a PLUS loan was obtained). | Documentation of death is required. |

**If you'd like to consolidate loans -** You may also be able to combine your federal loans into a single Monthly Payment with a single interest rate. Consolidating FFELP loans into the Direct Lending program may also allow your loans to become eligible for more repayment and forgiveness options, including Public Service Loan Forgiveness. Past payments made toward your loans being consolidated will not be considered qualifying payments toward loan forgiveness options on a new Direct Consolidation Loan.

This is not an all-inclusive list of every option that may be available. To apply for IDR or consolidation, or to learn more about the other options above, visit the U.S. Department of Education at StudentAid.gov.

**We're here to help**
We want to help you find the option that fits your situation best. Making payments on time is always the best way to stay on track with your goals and build your credit, but when that's not possible, changing your repayment plan is much better than missing a payment. If you have any questions, visit us online or give us a call.

**Important disclosure(s)**

*Capitalization of interest*
Unpaid Interest may be capitalized (added to your principal balance) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an income-driven repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in-school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

Case 3:23-cv-05286-MTL-CS    Document 30-7    Filed 08/01/23    Page 53 of 103    Page ID #385



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

## RONALD, we've approved your request for forbearance on the loans listed below. Your payments will resume on 07/07/21.

This notice confirms that you're willing but temporarily unable to make payments but agree to repay your loans after this forbearance expires in accordance with the terms of your Promissory Notes.

**What to expect**
If you have other eligible federal loans serviced by Navient, forbearance may also be applied to those loans, and you'll receive notification of those forbearances as well.

You don't need to make a loan payment until after the forbearance ends. We'll send you an updated repayment schedule before then.

**What you can do**
If you can, pay interest as it accrues during forbearance. This will help lower your loan costs. If you don't pay any interest, it will be capitalized (added to the principal balance) as frequently as quarterly or at the end of the forbearance period. That means your principal balance and monthly payment amount may increase once you resume payments. See the enclosed document to learn more about how interest is calculated.

If you would like to shorten or cancel your forbearance period at any time, let us know.

**We're here to help**
Whenever you have questions about your account or your repayment options, visit us online or give us a call.

### Account number
█████745 - 1

### Date
04/12/21

### Manage your account online
Navient.com

### Phone number
888-272-5543

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 8 p.m. Eastern

**Forbearance isn't your only option.** Log in to your Navient.com account to learn more about our other programs including Income-Driven, Graduated or Extended repayment plans, deferments and more.



**Important disclosure(s)**

*Auto Pay suspension during forbearance/deferment*
If you are receiving an interest rate reduction for using Auto Pay, the rate reduction will be suspended during your forbearance or deferment.

*Borrower benefits/repayment incentives and forbearance*
If your loan has a borrower benefit or repayment incentive that includes an on-time payment requirement to either obtain and/or retain the benefit after qualifying, using forbearance may forfeit your loan's eligibility for the borrower benefit or repayment incentive. If Navient owns

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al (888) 272-5543, y marque al numero correspondiente.

*9362273745115570393*

F146          C51287          S          0000

NSL000111

your loan, you should anticipate loss of benefits. You can call us at 888-272-5543 or go online to Navient.com to confirm the owner of your loan and the impact of forbearance on your borrower benefit or repayment incentive.

Although interest rate reductions are not permanently lost in all cases of forbearance, keep in mind that such interest rate reductions will be suspended during forbearance regardless of the owner of your loan.

Cosigner release for private loans also includes an on-time payment requirement. Forbearance and/or deferment may delay eligibility.

*Capitalization of interest*
Unpaid Interest may be capitalized (added to your principal balance) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an Income-Driven Repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation Loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

## Loan Information

| DISBURSEMENT DATE | ORIGINAL PRINCIPAL | UNPAID PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| 04/08/05 | $178,900.34 | $ 153,567.46 | 5.250 | SM |

NSL000112



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500                     (888) 272-5543

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

### *Example of Interest Calculations*

The chart below provides estimates for a loan with a 6% interest rate, a $30,000 balance, and no unpaid accrued interest of the Monthly Payments due following a 12-month deferment or forbearance.

As you can see in the example below, paying interest during this period of deferment or forbearance lowers the Monthly Payment by about **$21/month** or about **$714** over the lifetime of the loan.

Keep in mind, the actual impact for your loans may vary based on factors such as loan program, interest rate, amount owed at the time you enter deferment or forbearance, the length of your deferment or forbearance, the repayment period, the frequency of capitalization, your future repayment pattern and whether interest accruing during deferment is payable by the federal government.

| Treatment of Interest Accrued During Deferment or Forbearance Status | Loan Amount | Capitalized Interest for 12 months | Principal to be Repaid | Monthly Payment | Number of Payments | Total Amount Repaid | Total Interest Paid |
|---|---|---|---|---|---|---|---|
| Interest is paid | $30,000.00 | $0.00 | $30,000.00 | $333.00 | 120 | $41,766.00* | $11,766.00 |
| Interest is capitalized at the end of status | $30,000.00 | $1,800.00 | $31,800.00 | $353.00 | 120 | $42,360.00 | $12,360.00 |
| Interest is capitalized quarterly during status and at the end of status | $30,000.00 | $1,841.00 | $31,841.00 | $354.00 | 120 | $42,480.00 | $12,480.00 |

Case 2:23-cv-02560-MJH-AS     Document 4-30     Filed 08/01/23     Page 29 of 103     Page ID #:781

*Total amount repaid includes interest paid during the 12-month period of deferment or forbearance.

**Important disclosure(s)**

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

*936227374511557039 2*



K119          C51287          S          0000

NSL000113

# Knowing your federal repayment options

If staying on track with your federal student loans becomes difficult, changing your repayment plan can make a big difference.

Check out the information below to learn about some common repayment options which may reduce or postpone your Monthly Payments. If your loans qualify, the fastest way to apply for a new repayment plan is online, or, depending on the plan you choose, by phone.

### If you'd like to change your Monthly Payment Amount

| Repayment options | Keep in mind |
|---|---|
| **Standard:**<br>You pay the same amount every month. | Typically, this is the most efficient way to pay down your principal and interest. |
| **Income-Driven:**<br>We may reduce your Monthly Payments for 12 months at a time based on your income and other factors.<br>(Example: Income-Based Repayment plan.) | Since your income can change, you need to recertify income and family size for Income-Driven Repayment plans every year. These plans usually extend your repayment period, so you'll pay more interest over time. Your payment could be as low as $0 per month with qualifying income and loans. Any remaining balance may be forgiven after no more than 25 years of qualifying repayment. Any forgiven amounts may be taxable. Parent PLUS loans are ineligible for Income-Driven Repayment plans. |
| **Graduated:**<br>You pay less at first, then payments increase over time. | This is a good option if you need lower payments now but can pay more in the future. However, you'll pay more in interest over time. |
| **Extended:**<br>You pay less every month but you pay over a longer period (up to 25 years). | Because the repayment period is longer you'll pay more interest over time with this option. This plan is only available if your qualifying loan is more than $30,000. |

### If you need to postpone Monthly Payments

| Options | Keep in mind |
|---|---|
| **Deferment:**<br>We may be able to postpone your payments when certain eligibility criteria are met. Common examples are: if you're enrolled in school (at least half time), in the military, unemployed or experiencing economic hardship. | You're not responsible for paying Accrued Interest on subsidized federal loans during most deferments. You remain responsible for interest that accrues on your unsubsidized loans. |
| **Forbearance:**<br>If you don't qualify for deferment, we may still be able to temporarily postpone your payments. | During forbearance, interest on all loans will continue to accrue, so you'll pay more interest overall. |

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (800) 766-7242, y marque el numero correspondiente.

*9362273745115570391*



K305          C51287          S          0000

NSL000114

**Forgiveness, cancellation, or discharge**

| Options: | Keep in mind |
|---|---|
| **Teacher Loan Forgiveness:**<br>If you teach full-time for five complete and consecutive academic years you may be eligible for forgiveness of $5,000 (or up to $17,500 if you meet the criteria of a highly qualified teacher) on your federal loans. | Your teaching service must be completed in a low-income elementary school, low-income secondary school, or with an educational service agency. If you live or work in Puerto Rico or the U.S. Virgin Islands and were affected by Hurricanes Maria or Irma, you may be eligible for a one-year gap in academic years. |
| **Closed School:**<br>If you were unable to complete your education because your school closed, you may be eligible for discharge of your federal loans. | To be eligible, you must have been enrolled when your school closed, on an approved leave of absence when your school closed, or if your school closed within 120 days after you withdrew. |
| **Total and Permanent Disability:**<br>If you are totally and permanently disabled, you may qualify for discharge of your remaining federal loan balance. | You must provide documentation, such as documentation from the Department of Veterans Affairs showing that you're unemployable due to a service-connected disability, Social Security Disability Insurance (SSDI), Supplemental Security Income (SSI) benefits, or physician certification. |
| **Death:**<br>The remaining federal loan balance may be discharged due to the death of the borrower (or student for which a PLUS loan was obtained). | Documentation of death is required. |

**If you'd like to consolidate loans -** You may also be able to combine your federal loans into a single Monthly Payment with a single interest rate. Consolidating FFELP loans into the Direct Lending program may also allow your loans to become eligible for more repayment and forgiveness options, including Public Service Loan Forgiveness. Past payments made toward your loans being consolidated will not be considered qualifying payments toward loan forgiveness options on a new Direct Consolidation Loan.

This is not an all-inclusive list of every option that may be available. To apply for IDR or consolidation, or to learn more about the other options above, visit the U.S. Department of Education at StudentAid.gov.

**We're here to help**
We want to help you find the option that fits your situation best. Making payments on time is always the best way to stay on track with your goals and build your credit, but when that's not possible, changing your repayment plan is much better than missing a payment. If you have any questions, visit us online or give us a call.

**Important disclosure(s)**

*Capitalization of interest*
Unpaid Interest may be capitalized (added to your principal balance) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an income-driven repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation Loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in-school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

Case 3:23-cv-05390-MH-LHG   Document 30-3   Filed 08/01/23   Page 31 of 103   Page



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

## RONALD, we've approved your request for forbearance on the loans listed below. Your payments will resume on 12/07/21.

This notice confirms that you're willing but temporarily unable to make payments but agree to repay your loans after this forbearance expires in accordance with the terms of your Promissory Notes.

**What to expect**
If you have other eligible federal loans serviced by Navient, forbearance may also be applied to those loans, and you'll receive notification of those forbearances as well.

You don't need to make a loan payment until after the forbearance ends. We'll send you an updated repayment schedule before then.

**What you can do**
If you can, pay interest as it accrues during forbearance. This will help lower your loan costs. If you don't pay any interest, it will be capitalized (added to the principal balance) as frequently as quarterly or at the end of the forbearance period. That means your principal balance and monthly payment amount may increase once you resume payments. See the enclosed document to learn more about how interest is calculated.

If you would like to shorten or cancel your forbearance period at any time, let us know.

**We're here to help**
Whenever you have questions about your account or your repayment options, visit us online or give us a call.

**Account number**
█████745 - 1

**Date**
09/28/21

**Manage your account online**
Navient.com

**Phone number**
888-272-5543

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 8 p.m. Eastern

**Forbearance isn't your only option.** Log in to your Navient.com account to learn more about our other programs including Income-Driven, Graduated or Extended repayment plans, deferments and more.

**Important disclosure(s)**

Case 6:22-cv-08399-NEW(x)   Document 30-4   Filed 08/01/23   Page 32 of 103   Page
ID #:460

*Auto Pay suspension during forbearance/deferment*
If you are receiving an interest rate reduction for using Auto Pay, the rate reduction will be suspended during your forbearance or deferment.

*Borrower benefits/repayment incentives and forbearance*
If your loan has a borrower benefit or repayment incentive that includes an on-time payment requirement to either obtain and/or retain the benefit after qualifying, using forbearance may forfeit your loan's eligibility for the borrower benefit or repayment incentive. You can call us

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al (888) 272-5543, y marque al numero correspondiente.

*9362273745115553494*



F146        C49246        S        0000

NSL000116

at 888-272-5543 or go online to Navient.com to confirm the owner of your loan and the impact of forbearance on your borrower benefit or repayment incentive.

Although interest rate reductions are not permanently lost in all cases of forbearance, keep in mind that such interest rate reductions will be suspended during forbearance regardless of the owner of your loan.

Cosigner release for private loans also includes an on-time payment requirement. Forbearance and/or deferment may delay eligibility.

*Capitalization of interest*
Unpaid Interest may be capitalized (added to your Unpaid Principal) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an income-driven repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation Loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.

*Impact of Deferment or Forbearance on Loan Forgiveness*
Periods of deferment or forbearance are not typically eligible to be counted as qualifying payments toward Income Based Repayment (IBR) forgiveness for FFELP loans, with the exception of economic hardship deferment. Periods of economic hardship deferment are counted as qualifying payments toward IBR loan forgiveness. You may request that your deferment or forbearance be shortened by contacting us.

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

## Loan Information

| DISBURSEMENT DATE | ORIGINAL PRINCIPAL | UNPAID PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| 04/08/05 | $178,900.34 | $ 153,496.97 | 5.250 | SM |

NSL000117



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

(888) 272-5543

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

### *Example of Interest Calculations*

The chart below provides estimates for a loan with a 6% interest rate, a $30,000 balance, and no unpaid accrued interest of the Monthly Payments due following a 12-month deferment or forbearance.

As you can see in the example below, paying interest during this period of deferment or forbearance lowers the Monthly Payment by about **$21/month** or about **$714** over the lifetime of the loan.

Keep in mind, the actual impact for your loans may vary based on factors such as loan program, interest rate, amount owed at the time you enter deferment or forbearance, the length of your deferment or forbearance, the repayment period, the frequency of capitalization, your future repayment pattern and whether interest accruing during deferment is payable by the federal government.

| Treatment of Interest Accrued During Deferment or Forbearance Status | Loan Amount | Capitalized Interest for 12 months | Principal to be Repaid | Monthly Payment | Number of Payments | Total Amount Repaid | Total Interest Paid |
|---|---|---|---|---|---|---|---|
| Interest is paid | $30,000.00 | $0.00 | $30,000.00 | $333.00 | 120 | $41,766.00* | $11,766.00 |
| Interest is capitalized at the end of status | $30,000.00 | $1,800.00 | $31,800.00 | $353.00 | 120 | $42,360.00 | $12,360.00 |
| Interest is capitalized quarterly during status and at the end of status | $30,000.00 | $1,841.00 | $31,841.00 | $354.00 | 120 | $42,480.00 | $12,480.00 |

*Total amount repaid includes interest paid during the 12-month period of deferment or forbearance.

**Important disclosure(s)**

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

*9362273745115553493*

K119          C49246          S          0000



NSL000118

# Knowing your federal repayment options

If staying on track with your federal student loans becomes difficult, changing your repayment plan can make a big difference.

Check out the information below to learn about some common repayment options which may reduce or postpone your Monthly Payments. If your loans qualify, the fastest way to apply for a new repayment plan is online, or, depending on the plan you choose, by phone.

## If you'd like to change your Monthly Payment Amount

| Repayment options | Keep in mind |
|---|---|
| **Standard:** You pay the same amount every month. | Typically, this is the most efficient way to pay down your principal and interest. |
| **Income-Driven:** We may reduce your Monthly Payments for 12 months at a time based on your income and other factors. (Example: Income-Based Repayment plan.) | Since your income can change, you need to recertify income and family size for Income-Driven Repayment plans every year. These plans usually extend your repayment period, so you'll pay more interest over time. Your payment could be as low as $0 per month with qualifying income and loans.  Any remaining balance may be forgiven after no more than 25 years of qualifying repayment. Any forgiven amounts may be taxable. Parent PLUS loans are ineligible for Income-Driven Repayment plans. |
| **Graduated:** You pay less at first, then payments increase over time. | This is a good option if you need lower payments now but can pay more in the future. However, you'll pay more in interest over time. |
| **Extended:** You pay less every month but you pay over a longer period (up to 25 years). | Because the repayment period is longer you'll pay more interest over time with this option. This plan is only available if your qualifying loan is more than $30,000. |

## If you need to postpone Monthly Payments

| Options | Keep in mind |
|---|---|
| **Deferment:** We may be able to postpone your payments when certain eligibility criteria are met. Common examples are: if you're enrolled in school (at least half time), in the military, unemployed or experiencing economic hardship. | You're not responsible for paying Accrued Interest on subsidized federal loans during most deferments. You remain responsible for interest that accrues on your unsubsidized loans. |
| **Forbearance:** If you don't qualify for deferment, we may still be able to temporarily postpone your payments. | During forbearance, interest on all loans will continue to accrue, so you'll pay more interest overall. |

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (800) 766-7242, y marque el numero correspondiente.

*936227374511553492*

K305          C49246          S          0000

NSL000119



**Forgiveness, cancellation, or discharge**

| Options | Keep in mind |
|---|---|
| **Teacher Loan Forgiveness:**<br>If you teach full-time for five complete and consecutive academic years you may be eligible for forgiveness of $5,000 (or up to $17,500 if you meet the criteria of a highly qualified teacher) on your federal loans. | Your teaching service must be completed in a low-income elementary school, low-income secondary school, or with an educational service agency. If you live or work in Puerto Rico or the U.S. Virgin Islands and were affected by Hurricanes Maria or Irma, you may be eligible for a one-year gap in academic years. |
| **Closed School:**<br>If you were unable to complete your education because your school closed, you may be eligible for discharge of your federal loans. | To be eligible, you must have been enrolled when your school closed, on an approved leave of absence when your school closed, or if your school closed within 120 days after you withdrew. |
| **Total and Permanent Disability:**<br>If you are totally and permanently disabled, you may qualify for discharge of your remaining federal loan balance. | You must provide documentation, such as documentation from the Department of Veterans Affairs showing that you're unemployable due to a service-connected disability, Social Security Disability Insurance (SSDI), Supplemental Security Income (SSI) benefits, or physician certification. |
| **Death:**<br>The remaining federal loan balance may be discharged due to the death of the borrower (or student for which a PLUS loan was obtained). | Documentation of death is required. |

**If you'd like to consolidate loans -** You may also be able to combine your federal loans into a single Monthly Payment with a single interest rate. Consolidating FFELP loans into the Direct Lending program may also allow your loans to become eligible for more repayment and forgiveness options, including Public Service Loan Forgiveness. Past payments made toward your loans being consolidated will not be considered qualifying payments toward loan forgiveness options on a new Direct Consolidation Loan.

This is not an all-inclusive list of every option that may be available. To apply for IDR or consolidation, or to learn more about the other options above, visit the U.S. Department of Education at StudentAid.gov.

**We're here to help**
We want to help you find the option that fits your situation best. Making payments on time is always the best way to stay on track with your goals and build your credit, but when that's not possible, changing your repayment plan is much better than missing a payment. If you have any questions, visit us online or give us a call.

**Important disclosure(s)**

*Capitalization of interest*
Unpaid Interest may be capitalized (added to your Unpaid Principal) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an income-driven repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in-school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

Case 3:23-cv-05290-MJP-TLF   Document 30-3   Filed 08/01/23   Page 39 of 103   Page



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

## RONALD, we've approved your request for forbearance on the loans listed below. Your payments will resume on 01/07/22.

This notice confirms that you're willing but temporarily unable to make payments but agree to repay your loans after this forbearance expires in accordance with the terms of your Promissory Notes.

**What to expect**
If you have other eligible federal loans serviced by Navient, forbearance may also be applied to those loans, and you'll receive notification of those forbearances as well.

You don't need to make a loan payment until after the forbearance ends. We'll send you an updated repayment schedule before then.

**What you can do**
If you can, pay interest as it accrues during forbearance. This will help lower your loan costs. If you don't pay any interest, it will be capitalized (added to the principal balance) as frequently as quarterly or at the end of the forbearance period. That means your principal balance and monthly payment amount may increase once you resume payments. See the enclosed document to learn more about how interest is calculated.

If you would like to shorten or cancel your forbearance period at any time, let us know.

**We're here to help**
Whenever you have questions about your account or your repayment options, visit us online or give us a call.

**Account number**

▇▇▇▇745 - 1

**Date**
11/29/21

**Manage your account online**
Navient.com

**Phone number**
888-272-5543

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 8 p.m. Eastern

**Forbearance isn't your only option.** Log in to your Navient.com account to learn more about our other programs including Income-Driven, Graduated or Extended repayment plans, deferments and more.

Case 5:22-cv-08290-NEM  Document 30-4  Filed 08/01/23  Page 37 of 103  Page
ID #:482

## Important disclosure(s)

*Auto Pay suspension during forbearance/deferment*
If you are receiving an interest rate reduction for using Auto Pay, the rate reduction will be suspended during your forbearance or deferment.

*Borrower benefits/repayment incentives and forbearance*
If your loan has a borrower benefit or repayment incentive that includes an on-time payment requirement to either obtain and/or retain the benefit after qualifying, using forbearance may forfeit your loan's eligibility for the borrower benefit or repayment incentive. You can call us

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al (888) 272-5543, y marque el numero correspondiente.

*9362273745115547291*



F146          C73201          S          0000

NSL000121

at 888-272-5543 or go online to Navient.com to confirm the owner of your loan and the impact of forbearance on your borrower benefit or repayment incentive.

Although interest rate reductions are not permanently lost in all cases of forbearance, keep in mind that such interest rate reductions will be suspended during forbearance regardless of the owner of your loan.

Cosigner release for private loans also includes an on-time payment requirement. Forbearance and/or deferment may delay eligibility.

*Capitalization of interest*
Unpaid Interest may be capitalized (added to your Unpaid Principal) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an income-driven repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation Loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.

*Impact of Deferment or Forbearance on Loan Forgiveness*
Periods of deferment or forbearance are not typically eligible to be counted as qualifying payments toward Income Based Repayment (IBR) forgiveness for FFELP loans, with the exception of economic hardship deferment. Periods of economic hardship deferment are counted as qualifying payments toward IBR loan forgiveness. You may request that your deferment or forbearance be shortened by contacting us.

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

## Loan Information

| DISBURSEMENT DATE | ORIGINAL PRINCIPAL | UNPAID PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| 04/08/05 | $178,900.34 | $ 154,845.54 | 5.250 | SM |

NSL000122



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

(888) 272-5543

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

### *Example of Interest Calculations*

The chart below provides estimates for a loan with a 6% interest rate, a $30,000 balance, and no unpaid accrued interest of the Monthly Payments due following a 12-month deferment or forbearance.

As you can see in the example below, paying interest during this period of deferment or forbearance lowers the Monthly Payment by about **$21/month** or about **$714** over the lifetime of the loan.

Keep in mind, the actual impact for your loans may vary based on factors such as loan program, interest rate, amount owed at the time you enter deferment or forbearance, the length of your deferment or forbearance, the repayment period, the frequency of capitalization, your future repayment pattern and whether interest accruing during deferment is payable by the federal government.

| Treatment of Interest Accrued During Deferment or Forbearance Status | Loan Amount | Capitalized Interest for 12 months | Principal to be Repaid | Monthly Payment | Number of Payments | Total Amount Repaid | Total Interest Paid |
|---|---|---|---|---|---|---|---|
| Interest is paid | $30,000.00 | $0.00 | $30,000.00 | $333.00 | 120 | $41,766.00* | $11,766.00 |
| Interest is capitalized at the end of status | $30,000.00 | $1,800.00 | $31,800.00 | $353.00 | 120 | $42,360.00 | $12,360.00 |
| Interest is capitalized quarterly during status and at the end of status | $30,000.00 | $1,841.00 | $31,841.00 | $354.00 | 120 | $42,480.00 | $12,480.00 |

*Total amount repaid includes interest paid during the 12-month period of deferment or forbearance.

### Important disclosure(s)

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

*9362273745115547290*

K119          C73201          S          0000



NSL000123

# Knowing your federal repayment options

If staying on track with your federal student loans becomes difficult, changing your repayment plan can make a big difference.

Check out the information below to learn about some common repayment options which may reduce or postpone your Monthly Payments. If your loans qualify, the fastest way to apply for a new repayment plan is online, or, depending on the plan you choose, by phone.

### If you'd like to change your Monthly Payment Amount

| Repayment options | Keep in mind |
|---|---|
| **Standard:**<br>You pay the same amount every month. | Typically, this is the most efficient way to pay down your principal and interest. |
| **Income-Driven:**<br>We may reduce your Monthly Payments for 12 months at a time based on your income and other factors. (Example: Income-Based Repayment plan.) | Since your income can change, you need to recertify income and family size for Income-Driven Repayment plans every year. These plans usually extend your repayment period, so you'll pay more interest over time. Your payment could be as low as $0 per month with qualifying income and loans. Any remaining balance may be forgiven after no more than 25 years of qualifying repayment. Any forgiven amounts may be taxable. Parent PLUS loans are ineligible for Income-Driven Repayment plans. |
| **Graduated:**<br>You pay less at first, then payments increase over time. | This is a good option if you need lower payments now but can pay more in the future. However, you'll pay more in interest over time. |
| **Extended:**<br>You pay less every month but you pay over a longer period (up to 25 years). | Because the repayment period is longer you'll pay more interest over time with this option. This plan is only available if your qualifying loan is more than $30,000. |

### If you need to postpone Monthly Payments

| Options | Keep in mind |
|---|---|
| **Deferment:**<br>We may be able to postpone your payments when certain eligibility criteria are met. Common examples are: if you're enrolled in school (at least half time), in the military, unemployed or experiencing economic hardship. | You're not responsible for paying Accrued Interest on subsidized federal loans during most deferments. You remain responsible for interest that accrues on your unsubsidized loans. |
| **Forbearance:**<br>If you don't qualify for deferment, we may still be able to temporarily postpone your payments. | During forbearance, interest on all loans will continue to accrue, so you'll pay more interest overall. |

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (800) 766-7242, y marque el numero correspondiente.

K305          C73201          S          0000



NSL000124

**Forgiveness, cancellation, or discharge**

| Options | Keep in mind |
|---|---|
| **Teacher Loan Forgiveness:** If you teach full-time for five complete and consecutive academic years you may be eligible for forgiveness of $5,000 (or up to $17,500 if you meet the criteria of a highly qualified teacher) on your federal loans. | Your teaching service must be completed in a low-income elementary school, low-income secondary school, or with an educational service agency. If you live or work in Puerto Rico or the U.S. Virgin Islands and were affected by Hurricanes Maria or Irma, you may be eligible for a one-year gap in academic years. |
| **Closed School:** If you were unable to complete your education because your school closed, you may be eligible for discharge of your federal loans. | To be eligible, you must have been enrolled when your school closed, on an approved leave of absence when your school closed, or if your school closed within 120 days after you withdrew. |
| **Total and Permanent Disability:** If you are totally and permanently disabled, you may qualify for discharge of your remaining federal loan balance. | You must provide documentation, such as documentation from the Department of Veterans Affairs showing that you're unemployable due to a service-connected disability, Social Security Disability Insurance (SSDI), Supplemental Security Income (SSI) benefits, or physician certification. |
| **Death:** The remaining federal loan balance may be discharged due to the death of the borrower (or student for which a PLUS loan was obtained). | Documentation of death is required. |

**If you'd like to consolidate loans -** You may also be able to combine your federal loans into a single Monthly Payment with a single interest rate. Consolidating FFELP loans into the Direct Lending program may also allow your loans to become eligible for more repayment and forgiveness options, including Public Service Loan Forgiveness. Past payments made toward your loans being consolidated will not be considered qualifying payments toward loan forgiveness options on a new Direct Consolidation Loan.

This is not an all-inclusive list of every option that may be available. To apply for IDR or consolidation, or to learn more about the other options above, visit the U.S. Department of Education at StudentAid.gov.

**We're here to help**
We want to help you find the option that fits your situation best. Making payments on time is always the best way to stay on track with your goals and build your credit, but when that's not possible, changing your repayment plan is much better than missing a payment. If you have any questions, visit us online or give us a call.

**Important disclosure(s)**

*Capitalization of interest*
Unpaid Interest may be capitalized (added to your Unpaid Principal) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an income-driven repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation loans, and some private loans. Unpaid Interest may also be capitalized as often as quarterly during in-school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

Case 3:23-cv-05390-MTL-CJS   Document 30-3   Filed 08/01/23   Page 41 of 103   Page



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

## RONALD, we've approved your request for forbearance on the loans listed below. Your payments will resume on 06/07/22.

This notice confirms that you're willing but temporarily unable to make payments but agree to repay your loans after this forbearance expires in accordance with the terms of your Promissory Notes.

**What to expect**
If you have other eligible federal loans serviced by Navient, forbearance may also be applied to those loans, and you'll receive notification of those forbearances as well.

You don't need to make a loan payment until after the forbearance ends. We'll send you an updated repayment schedule before then.

**What you can do**
If you can, pay interest as it accrues during forbearance. This will help lower your loan costs. If you don't pay any interest, it will be capitalized (added to the principal balance) as frequently as quarterly or at the end of the forbearance period. That means your principal balance and monthly payment amount may increase once you resume payments. See the enclosed document to learn more about how interest is calculated.

If you would like to shorten or cancel your forbearance period at any time, let us know.

**We're here to help**
Whenever you have questions about your account or your repayment options, visit us online or give us a call.

**Account number**
████ 745 - 1

**Date**
02/28/22

**Manage your account online**
[Navient.com](Navient.com)

**Phone number**
888-272-5543

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 8 p.m. Eastern

**Forbearance isn't your only option.** Log in to your Navient.com account to learn more about our other programs including Income-Driven, Graduated or Extended repayment plans, deferments and more.

**Important disclosure(s)**

*Auto Pay suspension during forbearance/deferment*
If you are receiving an interest rate reduction for using Auto Pay, the rate reduction will be suspended during your forbearance or deferment.

*Borrower benefits/repayment incentives and forbearance*
If your loan has a borrower benefit or repayment incentive that includes an on-time payment requirement to either obtain and/or retain the benefit after qualifying, using forbearance may forfeit your loan's eligibility for the borrower benefit or repayment incentive. You can call us

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al (888) 272-5543, y marque al numero correspondiente.

*9362273745115538196*



F146        E20739        S        4864

NSL000126

at 888-272-5543 or go online to Navient.com to confirm the owner of your loan and the impact of forbearance on your borrower benefit or repayment incentive.

Although interest rate reductions are not permanently lost in all cases of forbearance, keep in mind that such interest rate reductions will be suspended during forbearance regardless of the owner of your loan.

Cosigner release for private loans also includes an on-time payment requirement. Forbearance and/or deferment may delay eligibility.

*Capitalization of interest*
Unpaid Interest may be capitalized (added to your Unpaid Principal) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an income-driven repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation Loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.

*Impact of Deferment or Forbearance on Loan Forgiveness*
Periods of deferment or forbearance are not typically eligible to be counted as qualifying payments toward Income Based Repayment (IBR) forgiveness for FFELP loans, with the exception of economic hardship deferment. Periods of economic hardship deferment are counted as qualifying payments toward IBR loan forgiveness.  You may request that your deferment or forbearance be shortened by contacting us.

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

## Loan Information

| DISBURSEMENT DATE | ORIGINAL PRINCIPAL | UNPAID PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| 04/08/05 | $178,900.34 | $ 154,507.72 | 5.250 | SM |

NSL000127



P.O. BOX 9500
WILKES-BARRE, PA 18773-9500                                   (888) 272-5543

RONALD J AMBROSETTI
25501 CAMINO LOS PAD
# 01-317
LAGUNA NIGUEL CA 92677-5853

***Example of Interest Calculations***

The chart below provides estimates for a loan with a 6% interest rate, a $30,000 balance, and no unpaid accrued interest of the Monthly Payments due following a 12-month deferment or forbearance.

As you can see in the example below, paying interest during this period of deferment or forbearance lowers the Monthly Payment by about **$21/month** or about **$714** over the lifetime of the loan.

Keep in mind, the actual impact for your loans may vary based on factors such as loan program, interest rate, amount owed at the time you enter deferment or forbearance, the length of your deferment or forbearance, the repayment period, the frequency of capitalization, your future repayment pattern and whether interest accruing during deferment is payable by the federal government.

| Treatment of Interest Accrued During Deferment or Forbearance Status | Loan Amount | Capitalized Interest for 12 months | Principal to be Repaid | Monthly Payment | Number of Payments | Total Amount Repaid | Total Interest Paid |
|---|---|---|---|---|---|---|---|
| Interest is paid | $30,000.00 | $0.00 | $30,000.00 | $333.00 | 120 | $41,766.00* | $11,766.00 |
| Interest is capitalized at the end of status | $30,000.00 | $1,800.00 | $31,800.00 | $353.00 | 120 | $42,360.00 | $12,360.00 |
| Interest is capitalized quarterly during status and at the end of status | $30,000.00 | $1,841.00 | $31,841.00 | $354.00 | 120 | $42,480.00 | $12,480.00 |

*Total amount repaid includes interest paid during the 12-month period of deferment or forbearance.

**Important disclosure(s)**

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

*9362273745115538195*

K119          E20739          S          4864



NSL000128

# Knowing your federal repayment options

If staying on track with your federal student loans becomes difficult, changing your repayment plan can make a big difference.

Check out the information below to learn about some common repayment options which may reduce or postpone your Monthly Payments. If your loans qualify, the fastest way to apply for a new repayment plan is online, or, depending on the plan you choose, by phone.

### If you'd like to change your Monthly Payment Amount

| Repayment options | Keep in mind |
|---|---|
| **Standard:**<br>You pay the same amount every month. | Typically, this is the most efficient way to pay down your principal and interest. |
| **Income-Driven:**<br>We may reduce your Monthly Payments for 12 months at a time based on your income and other factors.<br>(Example: Income-Based Repayment plan.) | Since your income can change, you need to recertify income and family size for Income-Driven Repayment plans every year. These plans usually extend your repayment period, so you'll pay more interest over time. Your payment could be as low as $0 per month with qualifying income and loans.  Any remaining balance may be forgiven after no more than 25 years of qualifying repayment. Any forgiven amounts may be taxable. Parent PLUS loans are ineligible for Income-Driven Repayment plans. |
| **Graduated:**<br>You pay less at first, then payments increase over time. | This is a good option if you need lower payments now but can pay more in the future. However, you'll pay more in interest over time. |
| **Extended:**<br>You pay less every month but you pay over a longer period (up to 25 years). | Because the repayment period is longer you'll pay more interest over time with this option. This plan is only available if your qualifying loan is more than $30,000. |

### If you need to postpone Monthly Payments

| Options | Keep in mind |
|---|---|
| **Deferment:**<br>We may be able to postpone your payments when certain eligibility criteria are met. Common examples are: if you're enrolled in school (at least half time), in the military, unemployed or experiencing economic hardship. | You're not responsible for paying Accrued Interest on subsidized federal loans during most deferments. You remain responsible for interest that accrues on your unsubsidized loans. |
| **Forbearance:**<br>If you don't qualify for deferment, we may still be able to temporarily postpone your payments. | During forbearance, interest on all loans will continue to accrue, so you'll pay more interest overall. |

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (800) 766-7242, y marque el numero correspondiente.

*936227374511553B194*

K305          E20739          S          4864

NSL000129

**Forgiveness, cancellation, or discharge**

| Options: | Keep in mind |
|---|---|
| **Teacher Loan Forgiveness:** If you teach full-time for five complete and consecutive academic years you may be eligible for forgiveness of $5,000 (or up to $17,500 if you meet the criteria of a highly qualified teacher) on your federal loans. | Your teaching service must be completed in a low-income elementary school, low-income secondary school, or with an educational service agency. If you live or work in Puerto Rico or the U.S. Virgin Islands and were affected by Hurricanes Maria or Irma, you may be eligible for a one-year gap in academic years. |
| **Closed School:** If you were unable to complete your education because your school closed, you may be eligible for discharge of your federal loans. | To be eligible, you must have been enrolled when your school closed, on an approved leave of absence when your school closed, or if your school closed within 120 days after you withdrew. |
| **Total and Permanent Disability:** If you are totally and permanently disabled, you may qualify for discharge of your remaining federal loan balance. | You must provide documentation, such as documentation from the Department of Veterans Affairs showing that you're unemployable due to a service-connected disability, Social Security Disability Insurance (SSDI), Supplemental Security Income (SSI) benefits, or physician certification. |
| **Death:** The remaining federal loan balance may be discharged due to the death of the borrower (or student for which a PLUS loan was obtained). | Documentation of death is required. |

**If you'd like to consolidate loans -** You may also be able to combine your federal loans into a single Monthly Payment with a single interest rate. Consolidating FFELP loans into the Direct Lending program may also allow your loans to become eligible for more repayment and forgiveness options, including Public Service Loan Forgiveness. Past payments made toward your loans being consolidated will not be considered qualifying payments toward loan forgiveness options on a new Direct Consolidation Loan.

This is not an all-inclusive list of every option that may be available. To apply for IDR or consolidation, or to learn more about the other options above, visit the U.S. Department of Education at StudentAid.gov.

**We're here to help**
We want to help you find the option that fits your situation best. Making payments on time is always the best way to stay on track with your goals and build your credit, but when that's not possible, changing your repayment plan is much better than missing a payment. If you have any questions, visit us online or give us a call.

**Important disclosure(s)**

*Capitalization of interest*
Unpaid Interest may be capitalized (added to your Unpaid Principal) at the end of the grace period, at the end of a deferment, at the end of each forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an income-driven repayment (IDR) plan as permitted by law and your loan agreement. For Subsidized Stafford Loans first disbursed prior to July 1, 2000, Unsubsidized Stafford Loans first disbursed prior to October 7, 1998, all PLUS and Consolidation loans, and some private loans, Unpaid Interest may also be capitalized as often as quarterly during in-school, grace, deferment, or forbearance periods. Please see your loan agreement for additional details. Capitalization increases both the principal balance and total loan cost.

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

# EXHIBIT 2

```
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  1....................
               UNITY CD _____    _____

   DATE  SOURCE                      MESSAGE                        PST/RESOLVE
   011023 E18565 _____ _____    CONT _
 _ 032213 MYL    TW50 LOGIN SUCCESSFUL                                 032213
 _ 032213 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET    032213
 _ 040813 SYSTEM P099 MONTHLY BILL: SLM                                E040813
 _ 040813 SYSTEM P102 NEW BILL SUMMARY PAGES                           E040913
 _ 042713 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER                E042713
 _ 042913 SYSTEM GK0D X933 PMT CFN EMAIL SENT                          043013
 _ 050813 SYSTEM P099 MONTHLY BILL: SLM                                E050813
 _ 050813 SYSTEM P102 NEW BILL SUMMARY PAGES                           E050813
 _ 052813 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER                E052813
 _ 053013 SYSTEM GK0D X933 PMT CFN EMAIL SENT                          053113
 _ 060913 SYSTEM P099 MONTHLY BILL: SLM                                E060913
 _ 060913 SYSTEM P102 NEW BILL SUMMARY PAGES                           E060913

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


   CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
 >NXT SCR 151 SSN ____ ____ ____ _ PG ____ OWN ____ ST ____ GU __ LN __ DT __ __ __
   SSN ████  7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
   NAME  RONALD J AMBROSETTI                         OWNER  NAV FFELP TRUST
   LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  1....................
                  UNITY CD _____    _____
   DATE  SOURCE                      MESSAGE                        PST/RESOLVE
   011023 E18565 _____ _____    CONT _
 _ 061413 SYSTEM GK0D X933 PMT CFN EMAIL SENT                          061513
 _ 070813 SYSTEM P099 MONTHLY BILL: SLM                                E070913
 _ 070813 SYSTEM P102 NEW BILL SUMMARY PAGES                           E070913
 _ 071513 SYSTEM GK0D X933 PMT CFN EMAIL SENT                          071613
 _ 080613 SYSTEM GK0D X933 PMT CFN EMAIL SENT                          080713
 _ 080813 SYSTEM P099 MONTHLY BILL: SLM                                E080913
 _ 080813 SYSTEM P102 NEW BILL SUMMARY PAGES                           E080913
 _ 090413 SYSTEM GK0D X933 PMT CFN EMAIL SENT                          090513
 _ 090813 SYSTEM P099 MONTHLY BILL: SLM                                E090813
 _ 090813 SYSTEM P102 NEW BILL SUMMARY PAGES                           E090813
 _ 100813 SYSTEM P099 MONTHLY BILL: SLM                                E100913
 _ 100813 SYSTEM P102 NEW BILL SUMMARY PAGES                           E100913

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

Case 3:23-cv-02580-MFH-A   Document 30-4   Filed 09/01/23   Page 48 of 103   Page

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F     01/10/23
>NXT SCR 151 SSN ___ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                        OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____
   DATE   SOURCE                        MESSAGE                    PST/RESOLVE
   011023 E18565 _____ _____ CONT _
_ 101013 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      101113
_ 110713 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      110813
_ 110813 SYSTEM P099 MONTHLY BILL: SLM                            E110913
_ 110813 SYSTEM P102 NEW BILL SUMMARY PAGES                       E110913
_ 120613 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      120713
_ 120813 SYSTEM P099 MONTHLY BILL: SLM                            E120813
_ 120813 SYSTEM P102 NEW BILL SUMMARY PAGES                       E120813
_ 122713 MODSTR GXN1 EML-1098E VLD PRMS - DATE FRM WILL BE AVAIL  012414
_ 010814 SYSTEM P099 MONTHLY BILL: SLM                            E010914
_ 010814 SYSTEM P102 NEW BILL SUMMARY PAGES                       E010914
_ 011114 SYSTEM K190 2013 1098-E W/SALLIE MAE PRIV POL            E011114
_ 011114 SYSTEM K308 SLM PRIVACY AS ENCLOSURE                     E011114

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F     01/10/23
>NXT SCR 151 SSN ___ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                        OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____
   DATE   SOURCE                        MESSAGE                    PST/RESOLVE
   011023 E18565 _____ _____ CONT _
```
```
_ 011114 LSMB00 TX00 1098-E LTR SENT ON THIS ACCOUNT             011114
_ 011914 SYSTEM K306 SLM APN COVER LTR GENERATED BY CLASS        E011914
_ 011914 SYSTEM K308 SLM PRIVACY AS ENCLOSURE                    E011914
_ 011914 SYSTEM GB00 KEY ACTIVITY 3 - ANNUAL PRIVACY POLICY      011914
                     PIGGYBACKED WITH K306 LTR
_ 012814 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER           E012814
_ 012914 MODSTR GXN4 X759 MOBILE WEBSITE NOW AVAILABLE CAMPAIGN  013014
_ 012914 MODSTR GXN4 X759 MOBILE WEBSITE NOW AVAILABLE CAMPAIGN  013114
_ 020314 SYSTEM GK0D X933 PMT CFN EMAIL SENT                     020414
_ 020914 SYSTEM P099 MONTHLY BILL: SLM                           E020914
_ 020914 SYSTEM P102 NEW BILL SUMMARY PAGES                      E020914
_ 022514 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER           E022514
```

Case 3:23-cv-05286-MTH-V2   Document 30-4   Filed 03/01/33   Page 49 of 103   Page

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG    GUAR WI    OWNER 833253
NAME  RONALD J AMBROSETTI                               OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  1....................
                      UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
   011023 E18565 ____ _____ CONT _
 _ 030414 SYSTEM GK0D X933 PMT CFN EMAIL SENT                         030514
 _ 030914 SYSTEM P099 MONTHLY BILL: SLM                              E030914
 _ 030914 SYSTEM P102 NEW BILL SUMMARY PAGES                         E030914
 _ 032814 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER              E032814
 _ 040814 SYSTEM P099 MONTHLY BILL: SLM                              E040914
 _ 040814 SYSTEM P102 NEW BILL SUMMARY PAGES                         E040914
 _ 040814 SYSTEM GK0D X933 PMT CFN EMAIL SENT                         040914
 _ 040914 MODSTR GXV4 NOTIFY 1-COMPANY SPLIT-BORROWER-EMAIL           040914
 _ 042714 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER              E042714
 _ 050814 SYSTEM P099 MONTHLY BILL: SLM                              E050914
 _ 050814 SYSTEM P102 NEW BILL SUMMARY PAGES                         E050914
 _ 051214 SYSTEM GK00 DELQ DAYS REDUCED FROM 004 TO 000 FOR LOAN(S) 01   051314

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG    GUAR WI    OWNER 833253
NAME  RONALD J AMBROSETTI                               OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  1....................
                      UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
   011023 E18565 ____ _____ CONT _
 _ 051214 SYSTEM GK0D X933 PMT CFN EMAIL SENT                         051314
 _ 052814 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER              E052814
 _ 060814 SYSTEM P099 MONTHLY BILL: SLM                              E060814
 _ 060814 SYSTEM P102 NEW BILL SUMMARY PAGES                         E060814
 _ 060914 SYSTEM GK00 DELQ DAYS REDUCED FROM 001 TO 000 FOR LOAN(S) 01   061014
 _ 060914 SYSTEM GK0D X933 PMT CFN EMAIL SENT                         061014
 _ 062714 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER              E062714
 _ 070714 SYSTEM GK0D X933 PMT CFN EMAIL SENT                         070814
 _ 070814 SYSTEM P099 MONTHLY BILL: SLM                              E070914

Case 3:23-cv-02890-MEH-VS   Document 30-4   Filed 08/01/23   Page 50 of 103   Page ID #:208

NSL000034

```
_ 070814 SYSTEM P102 NEW BILL SUMMARY PAGES                    E070914
_ 072814 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER         E072814
_ 080514 SYSTEM GK0D X933 PMT CFN EMAIL SENT                    080614


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN  ████ 7824 1    LOANS ALL     PROG SM    STATUS PIFG    GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                       UNITY CD _____  _____
    DATE   SOURCE                   MESSAGE                    PST/RESOLVE
    011023 E18565 ____ _____ CONT _
_ 080814 SYSTEM P099 MONTHLY BILL: SLM                         E080914
_ 080814 SYSTEM P102 NEW BILL SUMMARY PAGES                    E080914
_ 081214 MODSTR GX3N X880-COSPLIT NTFY 2 NAVI CMRCL BOR EMAIL   081214
_ 082814 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER         E082814
_ 082914 MODSTR GX3Q X880-SPLT#2 NAV CMCL COS/EN UNPN'D/BNCE-2ND ATMPT  090514
_ 090514 SYSTEM GK0D X933 PMT CFN EMAIL SENT                    090614
_ 090814 SYSTEM P099 MONTHLY BILL: SLM                         E090914
_ 090814 SYSTEM P102 NEW BILL SUMMARY PAGES                    E090914
_ 091614 MODSTR GX7K X910-COSPLIT NTFY 3 NAVI CMRCL BOR EMAIL   091714
_ 092714 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER         E092714
_ 100314 SYSTEM GK0D X933 PMT CFN EMAIL SENT                    100414
_ 100814 SYSTEM P099 MONTHLY BILL: SLM                         E100914

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN  ████ 7824 1    LOANS ALL     PROG SM    STATUS PIFG    GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                       UNITY CD _____  _____
    DATE   SOURCE                   MESSAGE                    PST/RESOLVE
    011023 E18565 ____ _____ CONT _
_ 100814 SYSTEM P102 NEW BILL SUMMARY PAGES                    E100914
_ 102814 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER         E102814
_ 102814 PwrLdr MDOC MDOC ADDR=IN1P41a57fc1db LTR CD=GFB4       102914
_ 110414 SYSTEM GK0D X933 PMT CFN EMAIL SENT                    110514
_ 110914 SYSTEM P099 MONTHLY BILL: SLM                         E110914
```

Case 3:33-cv-03200-MHR-v2   Document 30-9   Filed 08/01/23   Page 51 of 103  Page

```
_ 110914 SYSTEM P102 NEW BILL SUMMARY PAGES                        E110914
_ 112214 MYL    TW50 LOGIN SUCCESSFUL                               112214
_ 112214 CISMYL C006 ADDRESS CHANGE                                 112214
_ 112214 CISMYL C005 BORROWER PRIM PHONE NUM CHANGED                112214
_ 112214 CISMYL C005 BORROWER PRIM PHONE NUM CHANGED                112214
_ 112714 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER             E112714
_ 112714 PwrLdr MDOC MDOC ADDR=IN1P41a62d4600 LTR CD=GFB4           112814


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                        OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD ____   ____    LOANS SELECTED  1...................
                    UNITY CD ____
   DATE  SOURCE                   MESSAGE                  PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 120214 SYSTEM GK0D X933 PMT CFN EMAIL SENT                       120314
_ 120814 SYSTEM P099 MONTHLY BILL: SLM                            E120914
_ 120814 SYSTEM P102 NEW BILL SUMMARY PAGES                       E120914
_ 122814 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER            E122814
_ 122814 PwrLdr MDOC MDOC ADDR=IN1P41a6dcc846 LTR CD=GFB4          123014
_ 123014 SYSTEM GK0D X933 PMT CFN EMAIL SENT                       123114
_ 010815 MODSTR GXN1 EML-1098E VLD PRMS - DATE FRM WILL BE AVAIL   010815
_ 010815 SYSTEM P099 MONTHLY BILL: SLM                            E010915
_ 010815 SYSTEM P102 NEW BILL SUMMARY PAGES                       E010915
_ 011215 SYSTEM K190 1098-E W/NAVIENT PRIV POL                    E011215
_ 011215 SYSTEM K308 NAV PRIVACY AS ENCLOSURE                     E011215
_ 011215 LSMB00 TX00 1098-E LTR SENT ON THIS ACCOUNT              011215


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                        OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD ____   ____    LOANS SELECTED  1...................
                    UNITY CD ____   ____
   DATE  SOURCE                   MESSAGE                  PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 011215 PwrLdr MDOC MDOC ADDR=IN1P41a73febbb LTR CD=GFB4          011715
```

NSL000036

```
_ 011815 SYSTEM K306 NAV APN COVER LTR GENERATED BY CLASS        E011815
_ 011815 SYSTEM K308 NAV PRIVACY AS ENCLOSURE                    E011815
_ 011815 SYSTEM GB00 KEY ACTIVITY 3 - ANNUAL PRIVACY POLICY       011815
              PIGGYBACKED WITH K306 LTR
_ 011815 SYSTEM GB00 KEY ACTIVITY 3 - ANNUAL PRIVACY POLICY       011815
              PIGGYBACKED WITH K306 LTR
_ 011815 PwrLdr MDOC MDOC ADDR=IN1P41a7db5b66 LTR CD=GFB4         012915
_ 012815 SYSTEM P374 MONTHLY BILL -SLM E-BILL REMINDER           E012815
_ 012815 PwrLdr MDOC MDOC ADDR=IN1P41a7dde33f LTR CD=GFB4         012915
_ 020315 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      020415
_ 020815 SYSTEM P099 MONTHLY BILL: SLM                           E020815
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F    01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ███ 7824 1    LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                  UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                      PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 020815 SYSTEM P102 NEW BILL SUMMARY PAGES                      E020815
_ 021015 MODSTR GYB6 X936-INTRO PATH TO SUCCESS EMAIL SNT         021015
_ 022515 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E022515
_ 022515 PwrLdr MDOC MDOC ADDR=IN1P41a87a4675 LTR CD=GFB4         022615
_ 030815 SYSTEM P099 MONTHLY BILL: SLM                           E030815
_ 030815 SYSTEM P102 NEW BILL SUMMARY PAGES                      E030815
_ 030915 SYSTEM GK00 DELQ DAYS REDUCED FROM 001 TO 000 FOR LOAN(S) 01  031015
_ 030915 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      031015
_ 032815 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E032815
_ 032815 PwrLdr MDOC MDOC ADDR=IN1P41a9369958 LTR CD=GFB4         032915
_ 040215 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      040315
_ 040815 SYSTEM P099 MONTHLY BILL: SLM                           E040915
```

Case 2:23-cv-02250-MTH-V2   Document 30-4   Filed 08/01/23   Page 53 of 103   Page

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F    01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ███ 7824 1    LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
```

```
                      UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 040815 SYSTEM P102 NEW BILL SUMMARY PAGES                     E040915
_ 042715 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER          E042715
_ 042715 PwrLdr MDOC MDOC ADDR=IN1P41a9dae25d LTR CD=GFB4        042815
_ 050515 SYSTEM GK0D X933 PMT CFN EMAIL SENT                    050615
_ 050815 SYSTEM P099 MONTHLY BILL: SLM                          E050915
_ 050815 SYSTEM P102 NEW BILL SUMMARY PAGES                     E050915
_ 051215 CISCAL GR71 VERIFIED BORROWER E-MAIL ADDRESS           051215
_ 051215 CISCAL C150 BORROWER E-MAIL ADDRESS CHANGED            051215
_ 051215 CISCAL GY89 RECEIVED BORROWER'S E-MAIL ADDRESS         051215
_ 051215 CISCAL GR78 BORROWER REQUESTED PROMO MAILINGS          051215
_ 051215 MYL    TW50 LOGIN SUCCESSFUL                           051215
_ 051215 MYL    TW50 LOGIN SUCCESSFUL                           051215

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F    01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ____7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                           OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                      UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 051215 CISMYL C101 AUXILIARY PHONE NUMBER CHANGE             051215
_ 051215 CISMYL C527 BORROWER CELL PHONE CHANGED               051215
_ 051215 MYL    TW48 10 DAY PAY OFF REQUESTED                  051215
_ 051215 MYL    TX00 05/22/2015,180,217.05                     051215
_ 052815 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER         E052815
_ 052815 PwrLdr MDOC MDOC ADDR=IN1P41aa765984 LTR CD=GFB4      052915
_ 060215 SYSTEM GK0D X933 PMT CFN EMAIL SENT                   060315
_ 060815 SYSTEM P099 MONTHLY BILL: SLM                         E060915
_ 060815 SYSTEM P102 NEW BILL SUMMARY PAGES                    E060915
_ 062715 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER         E062715
_ 062715 PwrLdr MDOC MDOC ADDR=IN1P41ab0a1296 LTR CD=GFB4      062815
_ 062915 SYSTEM GK0D X933 PMT CFN EMAIL SENT                   063015

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F    01/10/23
```

Case 3:23-cv-02500-MFH-V2   Document 30-4   Filed 08/01/23   Page 54 of 103   Page

```
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL   PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                        OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   011023 E18565 ____ _____   CONT _
_ 070815 SYSTEM P099 MONTHLY BILL: SLM                         E070915
_ 070815 SYSTEM P102 NEW BILL SUMMARY PAGES                    E070915
_ 072815 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER         E072815
_ 072815 PwrLdr MDOC MDOC ADDR=IN1P41abbc3088 LTR CD=GFB4       072915
_ 080415 SYSTEM GKOD X933 PMT CFN EMAIL SENT                    080515
_ 080915 SYSTEM P099 MONTHLY BILL: SLM                         E080915
_ 080915 SYSTEM P102 NEW BILL SUMMARY PAGES                    E080915
_ 082815 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER         E082815
_ 082815 PwrLdr MDOC MDOC ADDR=IN1P41ac65973b LTR CD=GFB4       082915
_ 090315 SYSTEM GKOD X933 PMT CFN EMAIL SENT                    090415
_ 090815 SYSTEM P099 MONTHLY BILL: NAV                         E090915
_ 090815 SYSTEM P102 NEW BILL SUMMARY PAGES                    E090915

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F       01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL   PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                        OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   011023 E18565 ____ _____   CONT _
_ 092715 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER         E092715
_ 092715 PwrLdr MDOC MDOC ADDR=IN1P41ad066ddb LTR CD=GFB4       092915
_ 100515 SYSTEM GKOD X933 PMT CFN EMAIL SENT                    100615
_ 100815 SYSTEM P099 MONTHLY BILL: NAV                         E100915
_ 100815 SYSTEM P102 NEW BILL SUMMARY PAGES                    E100915
_ 102815 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER         E102815
_ 102815 PwrLdr MDOC MDOC ADDR=IN1P41ada68bce LTR CD=GFB4       102915
_ 110315 SYSTEM GKOD X933 PMT CFN EMAIL SENT                    110415
_ 110815 SYSTEM P099 MONTHLY BILL: NAV                         E110815
_ 110815 SYSTEM P102 NEW BILL SUMMARY PAGES                    E110815
_ 112715 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER         E112715
_ 112715 PwrLdr MDOC MDOC ADDR=IN1P41ae37cf33 LTR CD=GFB4       112815

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
```

Case 3:23-cv-05220-MFH-V2   Document 30-4   Filed 08/01/23   Page 22 of 103   Page

```
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST ____ CLASS CD ____    ____   LOANS SELECTED  1...................
                     UNITY CD ____    ____

  DATE   SOURCE                    MESSAGE               PST/RESOLVE
  011023 E18565 ____                                      ___    CONT _
_ 120215 SYSTEM GK0D X933 PMT CFN EMAIL SENT             120315
_ 120815 SYSTEM P099 MONTHLY BILL: NAV                  E120915
_ 120815 SYSTEM P102 NEW BILL SUMMARY PAGES             E120915
_ 122815 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER  E122815
_ 122815 PwrLdr MDOC MDOC ADDR=IN1P41aeda8a29 LTR CD=GFB4 122915
_ 010716 SYSTEM GK0D X933 PMT CFN EMAIL SENT             010816
_ 010816 SYSTEM P099 MONTHLY BILL: NAV                  E010916
_ 010816 SYSTEM P102 NEW BILL SUMMARY PAGES             E010916
_ 011016 SYSTEM K190 1098-E W/NAVIENT PRIV POL          E011016
_ 011016 SYSTEM K308 NAV PRIVACY AS ENCLOSURE           E011016
_ 011016 LSMB00 TX00 1098-E LTR SENT ON THIS ACCOUNT     011016
_ 011016 PwrLdr MDOC MDOC ADDR=IN1P41af48d5e7 LTR CD=GFB4 011516

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST ____ CLASS CD ____    ____   LOANS SELECTED  1...................
                     UNITY CD ____    ____
  DATE   SOURCE                    MESSAGE               PST/RESOLVE
  011023 E18565 ____                                      ___    CONT _
_ 012816 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER  E012816
_ 012816 PwrLdr MDOC MDOC ADDR=IN1P41afb785c0 LTR CD=GFB4 012916
_ 020216 SYSTEM GK0D X933 PMT CFN EMAIL SENT             020316
_ 020816 SYSTEM P099 MONTHLY BILL: NAV                  E020916
_ 020816 SYSTEM P102 NEW BILL SUMMARY PAGES             E020916
_ 022616 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER  E022616
_ 022616 PwrLdr MDOC MDOC ADDR=IN1P41b0503a83 LTR CD=GFB4 022716
_ 030416 SYSTEM GK0D X933 PMT CFN EMAIL SENT             030516
_ 030816 SYSTEM P099 MONTHLY BILL: NAV                  E030916
_ 030816 SYSTEM P102 NEW BILL SUMMARY PAGES             E030916
```

Case 3:23-cv-00200-MFH-E2   Document 30-4   Filed 08/01/23   Page 56 of 103   Page
ID #:214

```
_ 031316 NCOA    C006 ADDRESS CHANGE                                    031316
_ 032816 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER                 E032816


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F    01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                           OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                  UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                    PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 032816 PwrLdr MDOC MDOC ADDR=IN1P41b0eb37c6 LTR CD=GFB4              032916
_ 040516 SYSTEM GKOD X933 PMT CFN EMAIL SENT                          040616
_ 040816 SYSTEM P099 MONTHLY BILL: NAV                               E040916
_ 040816 SYSTEM P102 NEW BILL SUMMARY PAGES                          E040916
_ 040816 PwrLdr MDOC MDOC ADDR=IN1P41b8e728bf LTR CD=GFB4              032417
_ 042716 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER               E042716
_ 042716 PwrLdr MDOC MDOC ADDR=IN1P41b18d453f LTR CD=GFB4              042816
_ 050316 SYSTEM GKOD X933 PMT CFN EMAIL SENT                          050416
_ 051016 SYSTEM P099 MONTHLY BILL: NAV                               E051116
_ 051016 SYSTEM P102 NEW BILL SUMMARY PAGES                          E051116
_ 051016 PwrLdr MDOC MDOC ADDR=IN1P41b98325e3 LTR CD=GFB4              040217
_ 052816 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER               E052816


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F    01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                           OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                  UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                    PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 052816 PwrLdr MDOC MDOC ADDR=IN1P41b22649f8 LTR CD=GFB4              052916
_ 060316 SYSTEM GKOD X933 PMT CFN EMAIL SENT                          060416
_ 061016 SYSTEM P099 MONTHLY BILL: NAV                               E061116
_ 061016 SYSTEM P102 NEW BILL SUMMARY PAGES                          E061116
_ 061016 PwrLdr MDOC MDOC ADDR=IN1P41ba5d68a8 LTR CD=GFB4              042217
_ 062716 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER               E062716
```

Case 3:23-cv-03280-MTH-V2   Document 30-4   Filed 08/01/23   Page 57 of 103  Page ID #:212

```
_ 062716 PwrLdr MDOC MDOC ADDR=IN1P41b2b50d74 LTR CD=GFB4          062916
_ 070716 SYSTEM GK0D X933 PMT CFN EMAIL SENT                       070816
_ 071016 SYSTEM P099 MONTHLY BILL: NAV                            E071016
_ 071016 SYSTEM P102 NEW BILL SUMMARY PAGES                       E071016
_ 071016 PwrLdr MDOC MDOC ADDR=IN1P41bb296066 LTR CD=GFB4          060217
_ 072816 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER            E072816
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F     01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN ____ ST ____ GU __ LN __ DT __ __ __
SSN ▮▮▮▮ 7824 1    LOANS ALL    PROG SM    STATUS PIFG    GUAR WI    OWNER 833253
NAME  RONALD J AMBROSETTI                            OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
              UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                   PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 072816 PwrLdr MDOC MDOC ADDR=IN1P41b34b4e06 LTR CD=GFB4          073016
_ 080116 SYSTEM GK0D X933 PMT CFN EMAIL SENT                       080216
_ 081016 SYSTEM P099 MONTHLY BILL: NAV                            E081116
_ 081016 SYSTEM P102 NEW BILL SUMMARY PAGES                       E081116
_ 081016 PwrLdr MDOC MDOC ADDR=IN1P41bc0ca042 LTR CD=GFB4          061417
_ 082816 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER            E082816
_ 082816 PwrLdr MDOC MDOC ADDR=IN1P41b3d6ea6e LTR CD=GFB4          083116
_ 090716 SYSTEM GK0D X933 PMT CFN EMAIL SENT                       090816
_ 091116 SYSTEM P099 MONTHLY BILL: NAV                            E091116
_ 091116 SYSTEM P102 NEW BILL SUMMARY PAGES                       E091116
_ 091116 PwrLdr MDOC MDOC ADDR=IN1P41bd4a947d LTR CD=GFB4          072017
_ 092716 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER            E092716
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

Case 2:23-cv-02590-MTH-AS   Document 30-4   Filed 08/01/23   Page 58 of 103   Page
ID #:519

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F     01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN ____ ST ____ GU __ LN __ DT __ __ __
SSN ▮▮▮▮ 7824 1    LOANS ALL    PROG SM    STATUS PIFG    GUAR WI    OWNER 833253
NAME  RONALD J AMBROSETTI                            OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
              UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                   PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 092716 PwrLdr MDOC MDOC ADDR=IN1P41b460d021 LTR CD=GFB4          093016
_ 100416 SYSTEM GK0D X933 PMT CFN EMAIL SENT                       100516
```

```
_ 101016 SYSTEM P099 MONTHLY BILL: NAV                           E101116
_ 101016 SYSTEM P102 NEW BILL SUMMARY PAGES                      E101116
_ 101016 PwrLdr MDOC MDOC ADDR=In1P41be1dc067 LTR CD=GFB4         081717
_ 102816 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E102816
_ 102816 PwrLdr MDOC MDOC ADDR=IN1P41b515113a LTR CD=GFB4         110716
_ 110316 SYSTEM GKOD X933 PMT CFN EMAIL SENT                      110416
_ 111016 SYSTEM P099 MONTHLY BILL: NAV                           E111116
_ 111016 SYSTEM P102 NEW BILL SUMMARY PAGES                      E111116
_ 111016 PwrLdr MDOC MDOC ADDR=IN1P41b5626932 LTR CD=GFB4         111516
_ 112716 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E112716


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ▮▮▮▮ 7824 1  LOANS ALL    PROG SM   STATUS PIFG  GUAR WI  OWNER 833253
NAME  RONALD J AMBROSETTI                           OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  1...................
                        UNITY CD _____  _____
  DATE  SOURCE                       MESSAGE                   PST/RESOLVE
 011023 E18565 _____ CONT _
_ 112716 PwrLdr MDOC MDOC ADDR=IN1P41b5d550a5 LTR CD=GFB4         120116
_ 120116 SYSTEM GKOD X933 PMT CFN EMAIL SENT                      120216
_ 121116 SYSTEM P099 MONTHLY BILL: NAV                           E121116
_ 121116 SYSTEM P102 NEW BILL SUMMARY PAGES                      E121116
_ 121116 PwrLdr MDOC MDOC ADDR=IN1P41b61ba58a LTR CD=GFB4         121416
_ 122316 MODSTR GXN1 EML-1098E VLD PRMS - DATE FRM WILL BE AVAIL   122316
_ 122716 MODSTR GXN1 EML-1098E VLD PRMS - DATE FRM WILL BE AVAIL   122716
_ 122816 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E122816
_ 122816 PwrLdr MDOC MDOC ADDR=IN1P41b69f7ad0 LTR CD=GFB4         010117
_ 122916 MODSTR GXN1 EML-1098E VLD PRMS - DATE FRM WILL BE AVAIL   122916
_ 010417 SYSTEM GKOD X933 PMT CFN EMAIL SENT                      010517
_ 010817 SYSTEM K190 1098-E                                      E010817
```

ID #:517
Case 2:22-cv-02060-MTH-AS   Document 30-4   Filed 08/01/23   Page 59 of 103   Page

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ▮▮▮▮ 7824 1  LOANS ALL    PROG SM   STATUS PIFG  GUAR WI  OWNER 833253
NAME  RONALD J AMBROSETTI                           OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  1...................
                        UNITY CD _____  _____
```

```
  DATE   SOURCE                        MESSAGE                      PST/RESOLVE
  011023 E18565 ____ _____ CONT _
_ 010817 LSMB00 TX00 1098-E LTR SENT ON THIS ACCOUNT                      010817
_ 010817 PwrLdr MDOC MDOC ADDR=IN1P41b6f6f9a1 LTR CD=GFB4                 011517
_ 011017 SYSTEM P099 MONTHLY BILL: NAV                                   E011117
_ 011017 SYSTEM P102 NEW BILL SUMMARY PAGES                              E011117
_ 011017 PwrLdr MDOC MDOC ADDR=IN1P41b7110de7 LTR CD=GFB4                 012117
_ 012817 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER                   E012817
_ 012817 PwrLdr MDOC MDOC ADDR=IN1P41b7acdb1d LTR CD=GFB4                 020117
_ 020317 SYSTEM GK0D X933 PMT CFN EMAIL SENT                             020417
_ 021017 SYSTEM P099 MONTHLY BILL: NAV                                   E021117
_ 021017 SYSTEM P102 NEW BILL SUMMARY PAGES                              E021117
_ 021017 PwrLdr MDOC MDOC ADDR=IN1P41b80363e5 LTR CD=GFB4                 021217
_ 022517 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER                   E022517


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN  ██████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                           OWNER  NAV FFELP TRUST
LETTER REQUEST _____  CLASS CD _____  _____   LOANS SELECTED  1..................
                    UNITY CD _____  _____
  DATE   SOURCE                        MESSAGE                      PST/RESOLVE
  011023 E18565 ____ _____ CONT _
_ 022517 PwrLdr MDOC MDOC ADDR=IN1P41b8741ea4 LTR CD=GFB4                 030117
_ 030617 MODSTR GUC5 M003 - CAREER PLAYBOOK PROMO EMAIL SNT               030617
_ 030617 SYSTEM GK0D X933 PMT CFN EMAIL SENT                             030717
_ 031017 SYSTEM P099 MONTHLY BILL: NAV                                   E031017
_ 031017 SYSTEM P102 NEW BILL SUMMARY PAGES                              E031017
_ 031017 PwrLdr MDOC MDOC ADDR=IN1P41b8c0eb49 LTR CD=GFB4                 031217
_ 031917 NCOA   C006 ADDRESS CHANGE                                      031917
_ 032817 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER                   E032817
_ 032817 PwrLdr MDOC MDOC ADDR=IN1P41b98b7602 LTR CD=GFB4                 040117
_ 040417 SYSTEM GK0D X933 PMT CFN EMAIL SENT                             040517
_ 041017 SYSTEM P099 MONTHLY BILL: NAV                                   E041017
_ 041017 SYSTEM P102 NEW BILL SUMMARY PAGES                              E041017


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
```

Case 3:23-cv-05290-MFH-V2   Document 30-4   Filed 08/01/53   Page 60 of 103   Page

```
SSN ▓▓▓▓ 7824 1   LOANS ALL     PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  1...................
                      UNITY CD _____    _____
    DATE  SOURCE                         MESSAGE                    PST/RESOLVE
   011023 E18565 _____ _____    CONT _
_  041017 PwrLdr MDOC MDOC ADDR=IN1P41b9f2c9b6 LTR CD=GFB4            041217
_  042717 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER              E042717
_  042717 PwrLdr MDOC MDOC ADDR=IN1P41ba9e641d LTR CD=GFB4            042917
_  050317 SYSTEM GK0D X933 PMT CFN EMAIL SENT                         050417
_  051017 SYSTEM P099 MONTHLY BILL: NAV                              E051017
_  051017 SYSTEM P102 NEW BILL SUMMARY PAGES                         E051017
_  051017 PwrLdr MDOC MDOC ADDR=IN1P41baf80b19 LTR CD=GFB4            051317
_  052817 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER              E052817
_  052817 PwrLdr MDOC MDOC ADDR=IN1P41bbac2a71 LTR CD=GFB4            053117
_  060217 SYSTEM GK0D X933 PMT CFN EMAIL SENT                         060317
_  061117 SYSTEM P099 MONTHLY BILL: NAV                              E061117
_  061117 SYSTEM P102 NEW BILL SUMMARY PAGES                         E061117

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F     01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ▓▓▓▓ 7824 1   LOANS ALL     PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  1...................
                      UNITY CD _____    _____
    DATE  SOURCE                         MESSAGE                    PST/RESOLVE
   011023 E18565 _____ _____    CONT _
_  061117 PwrLdr MDOC MDOC ADDR=IN1P41bbfff091 LTR CD=GFB4            061217
_  062717 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER              E062717
_  062717 PwrLdr MDOC MDOC ADDR=IN1P41bcb1698b LTR CD=GFB4            062817
_  070617 SYSTEM GK0D X933 PMT CFN EMAIL SENT                         070717
_  071017 SYSTEM P099 MONTHLY BILL: NAV                              E071017
_  071017 SYSTEM P102 NEW BILL SUMMARY PAGES                         E071017
_  071017 PwrLdr MDOC MDOC ADDR=IN1P41bd078d22 LTR CD=GFB4            071317
_  072817 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER              E072817
_  072817 PwrLdr MDOC MDOC ADDR=IN1P41bd95c4b3 LTR CD=GFB4            073017
_  080317 SYSTEM GK0D X933 PMT CFN EMAIL SENT                         080417
_  081017 SYSTEM P099 MONTHLY BILL: NAV                              E081017
_  081017 SYSTEM P102 NEW BILL SUMMARY PAGES                         E081017

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
```

Case 3:23-cv-05200-MFH-V2   Document 30-4   Filed 08/01/23   Page 61 of 103   Page ID #: 870

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ███ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  1...................
                     UNITY CD _____  _____
   DATE   SOURCE                   MESSAGE                       PST/RESOLVE
   011023 E18565 ____ _____  CONT _
 _ 081017 PwrLdr MDOC MDOC ADDR=IN1P41bdf717db LTR CD=GFB4         081417
 _ 082817 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E082817
 _ 082817 PwrLdr MDOC MDOC ADDR=IN1P41be7b0b17 LTR CD=GFB4         083017
 _ 090617 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      090717
 _ 091017 SYSTEM P099 MONTHLY BILL: NAV                           E091017
 _ 091017 SYSTEM P102 NEW BILL SUMMARY PAGES                      E091017
 _ 091017 PwrLdr MDOC MDOC ADDR=IN1P41beb8a919 LTR CD=GFB4         091217
 _ 092717 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E092717
 _ 092717 PwrLdr MDOC MDOC ADDR=IN1P41bf35cb62 LTR CD=GFB4         100117
 _ 100317 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      100417
 _ 101017 SYSTEM P099 MONTHLY BILL: NAV                           E101017
 _ 101017 SYSTEM P102 NEW BILL SUMMARY PAGES                      E101017

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ███ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  1...................
                     UNITY CD _____  _____
```

```
   DATE   SOURCE                   MESSAGE                       PST/RESOLVE
   011023 E18565 ____ _____  CONT _
 _ 101017 PwrLdr MDOC MDOC ADDR=IN1P41bf8510f0 LTR CD=GFB4         101317
 _ 101617 MODSTR GYN6 PER CR2947, DISASTER FORBEARANCE EMAIL SENT  101917
 _ 102817 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E102817
 _ 102817 PwrLdr MDOC MDOC ADDR=IN1P41bff9eadd LTR CD=GFB4         102917
 _ 110317 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      110417
 _ 111017 SYSTEM P099 MONTHLY BILL: NAV                           E111017
 _ 111017 SYSTEM P102 NEW BILL SUMMARY PAGES                      E111017
 _ 111017 PwrLdr MDOC MDOC ADDR=IN1P41c03d468e LTR CD=GFB4         111117
 _ 112717 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E112717
 _ 112717 PwrLdr MDOC MDOC ADDR=IN1P41c09cd1cd LTR CD=GFB4         120317
 _ 120717 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      120817
```

Case 3:23-cv-05240-MFH-V2   Document 30-4   Filed 04/03/23   Page 62 of 103   Page

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ▮▮▮▮ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____

   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 121017 SYSTEM P102 STATEMENT BACKER                           E121017
_ 121017 PwrLdr MDOC MDOC ADDR=IN1P41c0d58f21 LTR CD=GFB4        121717
_ 122317 CISSUB C527 BORROWER CELL PHONE CHANGED                122317
_ 122317 CISSUB C005 BORROWER PRIM PHONE NUM CHANGED            122317
_ 122317 CISSUB C005 BORROWER PRIM PHONE NUM CHANGED            122317
_ 122317 CISSUB C525 BORROWER ALT PHONE/EXT CHANGED             122317
_ 122317 CISSUB C101 AUXILIARY PHONE NUMBER CHANGE              122317
_ 122817 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER          E122817
_ 122817 PwrLdr MDOC MDOC ADDR=IN1P41c1506313 LTR CD=GFB4        122817
_ 122917 MODSTR GXN1 EML-1098E VLD PRMS - DATE FRM WILL BE AVAIL  122917
_ 010518 SYSTEM GK0D X933 PMT CFN EMAIL SENT                     010618
_ 010818 SYSTEM K190 1098-E                                     E010818

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ▮▮▮▮ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____

   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 010818 LSMB00 TX00 1098-E LTR SENT ON THIS ACCOUNT            010818
_ 010818 PwrLdr MDOC MDOC ADDR=IN1P41c194c66f LTR CD=GFB4        011518
_ 011018 SYSTEM P099 MONTHLY BILL: NAV                          E011118
_ 011018 SYSTEM P102 STATEMENT BACKER                           E011118
_ 011018 PwrLdr MDOC MDOC ADDR=IN1P41c1b0271a LTR CD=GFB4        011318
_ 012818 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER          E012818
_ 012818 PwrLdr MDOC MDOC ADDR=IN1P41c23cc1cd LTR CD=GFB4        013018

```
_ 020518 SYSTEM GK0D X933 PMT CFN EMAIL SENT                        020618
_ 021118 SYSTEM P099 MONTHLY BILL: NAV                             E021118
_ 021118 SYSTEM P102 STATEMENT BACKER                              E021118
_ 021118 SYSTEM K308 NAV PRIVACY AS ENCLOSURE                      E021118
_ 021118 SYSTEM GB00 ANNUAL PRIVACY POLICY PIGGYBACKED WITH P099 LTR   021118


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ___ ___ ____ __ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ■■■■ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  1...................
                    UNITY CD _____  _____
   DATE  SOURCE                     MESSAGE                     PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 021118 PwrLdr MDOC MDOC ADDR=IN1P41c275959d LTR CD=GFB4          022018
_ 022318 US     C096 GUARANTOR LOAN ID CHANGED                    022318
_ 022318 SYSTEM C351 GUARANTEE DATE CHANGE                        022318
_ 022518 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E022518
_ 022518 PwrLdr MDOC MDOC ADDR=IN1P41c30f831f LTR CD=GFB4          030918
_ 030218 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      030318
_ 031118 SYSTEM P099 MONTHLY BILL: NAV                           E031118
_ 031118 SYSTEM P102 STATEMENT BACKER                            E031118
_ 031118 PwrLdr MDOC MDOC ADDR=IN1P41c3525631 LTR CD=GFB4          031218
_ 032818 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E032818
_ 032818 PwrLdr MDOC MDOC ADDR=IN1P41c3d7e2b4 LTR CD=GFB4          040118
_ 040518 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      040618


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ___ ___ ____ __ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ■■■■ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  1...................
                    UNITY CD _____  _____
   DATE  SOURCE                     MESSAGE                     PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 041018 SYSTEM P099 MONTHLY BILL: NAV                           E041018
_ 041018 SYSTEM P102 STATEMENT BACKER                            E041018
_ 041018 PwrLdr MDOC MDOC ADDR=IN1P41c40eb872 LTR CD=GFB4          041318
```

Case 3:23-cv-03007-MFM-V2   Document 30-4   Filed 03/01/23   Page 64 of 103  Page

```
_ 042718 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E042718
_ 042718 PwrLdr MDOC MDOC ADDR=IN1P41c48f313c LTR CD=GFB4         050118
_ 050218 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      050318
_ 051018 SYSTEM P099 MONTHLY BILL: NAV                            E051018
_ 051018 SYSTEM P102 STATEMENT BACKER                             E051018
_ 051018 PwrLdr MDOC MDOC ADDR=IN1P41c4da12e3 LTR CD=GFB4         051418
_ 052818 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER            E052818
_ 052818 PwrLdr MDOC MDOC ADDR=IN1P41c54a7385 LTR CD=GFB4         060118
_ 060518 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      060618


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                        OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
               UNITY CD _____   _____
  DATE  SOURCE                      MESSAGE                    PST/RESOLVE
  011023 E18565 ____ _____ CONT _
_ 061018 SYSTEM P099 MONTHLY BILL: NAV                            E061018
_ 061018 SYSTEM P102 STATEMENT BACKER                            E061018
_ 061018 PwrLdr MDOC MDOC ADDR=IN1P41c5810ca1 LTR CD=GFB4         061318
_ 062718 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E062718
_ 071018 SYSTEM C101 AUXILIARY PHONE NUMBER CHANGE                071018
_ 071018 SYSTEM P099 MONTHLY BILL: NAV                            E071018
_ 071018 SYSTEM P102 STATEMENT BACKER                            E071018
_ 071018 SYSTEM GK00 DELQ DAYS REDUCED FROM 002 TO 000 FOR LOAN(S) 01   071018
_ 071018 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      071118
_ 071018 PwrLdr MDOC MDOC ADDR=IN1P41c6339d72 LTR CD=GFB4         071218
_ 072818 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E072818
_ 072818 PwrLdr MDOC MDOC ADDR=IN1P41c6a01701 LTR CD=GFB4         080518

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                        OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
               UNITY CD _____   _____
  DATE  SOURCE                      MESSAGE                    PST/RESOLVE
```

Case 2:23-cv-02200-MTH-V2   Document 30-4   Filed 08/01/23   Page 65 of 103   Page ID#253

```
    011023 E18565 ____ _____ CONT _
_ 080918 SYSTEM GK00 DELQ DAYS REDUCED FROM 001 TO 000 FOR LOAN(S) 01   080918
_ 080918 SYSTEM GK0D X933 PMT CFN EMAIL SENT                           081018
_ 081018 SYSTEM P099 MONTHLY BILL: NAV                                E081018
_ 081018 SYSTEM P102 STATEMENT BACKER                                 E081018
_ 081018 PwrLdr MDOC MDOC ADDR=IN1P41c6dda80a LTR CD=GFB4              081218
_ 082818 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER                E082818
_ 082818 PwrLdr MDOC MDOC ADDR=IN1P41c7413e05 LTR CD=GFB4              090918
_ 090518 SYSTEM GK0D X933 PMT CFN EMAIL SENT                           090618
_ 091018 SYSTEM P099 MONTHLY BILL: NAV                                E091018
_ 091018 SYSTEM P102 STATEMENT BACKER                                 E091018
_ 091018 PwrLdr MDOC MDOC ADDR=IN1P41c7796597 LTR CD=GFB4              091218
_ 092718 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER                E092718

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                        OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  1...................
                     UNITY CD _____  _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 092718 PwrLdr MDOC MDOC ADDR=IN1P41c7e063c8 LTR CD=GFB4              100218
_ 100318 SYSTEM GK0D X933 PMT CFN EMAIL SENT                           100418
_ 101018 SYSTEM P099 MONTHLY BILL: NAV                                E101018
_ 101018 SYSTEM P102 STATEMENT BACKER                                 E101018
_ 101018 PwrLdr MDOC MDOC ADDR=IN1P41c820902a LTR CD=GFB4              101218
_ 102818 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER                E102818
_ 102818 PwrLdr MDOC MDOC ADDR=IN1P41c886838d LTR CD=GFB4              110418
_ 110518 SYSTEM GK0D X933 PMT CFN EMAIL SENT                           110618
_ 111118 SYSTEM P099 MONTHLY BILL: NAV                                E111118
_ 111118 SYSTEM P102 STATEMENT BACKER                                 E111118
_ 111118 PwrLdr MDOC MDOC ADDR=IN1P41c8b47f25 LTR CD=GFB4              111518
_ 111418 MODSTR G1Q5 X076 - NEW WEB PROMO                             111518

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
```

Case 2:23-cv-02500-MFH-V2   Document 30-4   Filed 09/01/23   Page 66 of 103  Page

```
NAME   RONALD J AMBROSETTI                          OWNER   NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1..................
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   011023 E18565 _____ _____ CONT _
_  111418 MODSTR G1Q5 X076 – NEW WEB PROMO                        111918
_  112718 SYSTEM P374 MONTHLY BILL –NAV E–BILL REMINDER          E112718
_  112718 PwrLdr MDOC MDOC ADDR=IN1P41c91c4ac4 LTR CD=GFB4        120218
_  120518 SYSTEM GK0D X933 PMT CFN EMAIL SENT                     120618
_  121018 SYSTEM P099 MONTHLY BILL: NAV                          E121018
_  121018 SYSTEM P102 STATEMENT BACKER                           E121018
_  121018 PwrLdr MDOC MDOC ADDR=IN1P41c95bf408 LTR CD=GFB4        121618
_  122818 SYSTEM P374 MONTHLY BILL –NAV E–BILL REMINDER          E122818
_  122818 PwrLdr MDOC MDOC ADDR=IN1P41c9befd0b LTR CD=GFB4        010719
_  010319 S41033 C011 GUARANTOR CODE CHANGE                       010319
_  010519 MODSTR GVD5 X892 – TAX STMT WILL SOON BE AVAILABLE      010819
_  010819 SYSTEM K190 1098-E                                     E010819

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ▮▮▮▮ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME   RONALD J AMBROSETTI                          OWNER   NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1..................
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   011023 E18565 _____ _____ CONT _
_  010819 LSMB00 TX00 1098-E LTR SENT ON THIS ACCOUNT             010819
_  010819 SYSTEM GK0D X933 PMT CFN EMAIL SENT                     010919
_  010819 PwrLdr MDOC MDOC ADDR=IN1P41ca054eaa LTR CD=GFB4        012119
_  011019 SYSTEM P099 MONTHLY BILL: NAV                          E011019
_  011019 SYSTEM P102 STATEMENT BACKER                           E011019
_  011019 PwrLdr MDOC MDOC ADDR=IN1P41ca15d1ea LTR CD=GFB4        012319
_  012819 SYSTEM P374 MONTHLY BILL –NAV E–BILL REMINDER          E012819
_  012819 PwrLdr MDOC MDOC ADDR=IN1P41ca8e0132 LTR CD=GFB4        020719
_  020519 SYSTEM GK0D X933 PMT CFN EMAIL SENT                     020619
_  021019 SYSTEM P099 MONTHLY BILL: NAV                          E021019
_  021019 SYSTEM P102 STATEMENT BACKER                           E021019
_  021019 PwrLdr MDOC MDOC ADDR=IN1P41cab9cdc6 LTR CD=GFB4        021319

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

Case 2:23-cv-02500-MFH-V2   Document 30-4   Filed 03/03/23   Page 67 of 103   Page

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F    01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ███ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____

  DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  011023 E18565 _____ _____ CONT _
_ 021719 IVRCSC TK00 IVR Call Information: 02/17/2019 01:00:32 PM. Call  021719
                     er Dialed 8882725543 BORROWER calling.
_ 021719 IVRCSC TK00 TCPA Consent: Yes                                   021719
_ 021719 CISSUB C101 AUXILIARY PHONE NUMBER CHANGE                       021719
_ 021719 CISSUB C101 AUXILIARY PHONE NUMBER CHANGE                       021719
_ 021719 MYL2   TW50 LOGIN SUCCESSFUL                                    021719
_ 021719 MYL2   TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE         021719
_ 021719 CISPRO C006 ADDRESS CHANGE                                      021719
_ 022519 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER                  E022519
_ 022519 PwrLdr MDOC MDOC ADDR=IN1P41cb16dcad LTR CD=GFB4                022619
_ 030519 SYSTEM GK0D X933 PMT CFN EMAIL SENT                             030619
_ 031019 SYSTEM P099 MONTHLY BILL: NAV                                  E031019

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F    01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ███ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____

  DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  011023 E18565 _____ _____ CONT _
_ 031019 SYSTEM P102 STATEMENT BACKER                                   E031019
_ 031019 PwrLdr MDOC MDOC ADDR=IN1P41cb4b1e91 LTR CD=GFB4                031019
_ 032819 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER                  E032819
_ 032819 PwrLdr MDOC MDOC ADDR=IN1P41cbddf44b LTR CD=GFB4                042219
_ 040319 SYSTEM GK0D X933 PMT CFN EMAIL SENT                             040419
_ 041019 SYSTEM P099 MONTHLY BILL: NAV                                  E041019
_ 041019 SYSTEM P102 STATEMENT BACKER                                   E041019
_ 041019 PwrLdr MDOC MDOC ADDR=IN1P41cc0f0b64 LTR CD=GFB4                041919
_ 042719 MODSTR GVE7 X086 - SYSTEM OUTAGE/CUTOVER CUSTOMER NOTIFICATION  042619
_ 042719 MODSTR GVE7 X086 - SYSTEM OUTAGE/CUTOVER CUSTOMER NOTIFICATION  042619
_ 042719 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER                  E042719
_ 042719 PwrLdr MDOC MDOC ADDR=IN1P41cc6549e5 LTR CD=GFB4                050219

Case 3:23-cv-05200-MFH-V2   Document 30-4   Filed 03/01/33   Page 68 of 103   Page

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ▐▐▐▐▐▐▐ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                             OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                     UNITY CD _____   _____
  DATE   SOURCE                        MESSAGE                    PST/RESOLVE
  011023 E18565 ____ _____ CONT _
_ 050219 SYSTEM GK0D X933 PMT CFN EMAIL SENT                              050319
_ 050319 MODSTR GRM6 LTR208 NAVIREFI REFINANCE OFFER LETTER SENT          050619
_ 050619 MYL2   Tw50 LOGIN SUCCESSFUL                                     050619
_ 051019 SYSTEM P099 MONTHLY BILL: NAV                                   E051019
_ 051019 SYSTEM P102 STATEMENT BACKER                                    E051019
_ 051019 PwrLdr MDOC MDOC ADDR=IN1P41cc97072f LTR CD=GFB4                 051219
_ 051019 PwrLdr MDOC MDOC ADDR=IN1P41cc97072f LTR CD=GFB4                 051219
_ 051019 PwrLdr MDOC MDOC ADDR=IN1P41cc97072f LTR CD=GFB4                 051219
_ 051019 PwrLdr MDOC MDOC ADDR=IN1P41cc97072f LTR CD=GFB4                 051219
_ 052019 MODSTR G1L8 NRI DRCTMAIL FIRMOFFR LTR NOTFN                      052019
_ 052819 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER                   E052819
_ 052819 PwrLdr MDOC MDOC ADDR=IN1P41ccea90a8 LTR CD=GFB4                 053019

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ▐▐▐▐▐▐▐ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                             OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                     UNITY CD _____   _____
  DATE   SOURCE                        MESSAGE                    PST/RESOLVE
  011023 E18565 ____ _____ CONT _
_ 060519 MODSTR GRM6 LTR208 NAVIREFI REFINANCE OFFER LETTER SENT          060519
_ 060519 SYSTEM GK0D X933 PMT CFN EMAIL SENT                              060619
_ 061019 SYSTEM P099 MONTHLY BILL: NAV                                   E061019
_ 061019 SYSTEM P102 STATEMENT BACKER                                    E061019
_ 061019 PwrLdr MDOC MDOC ADDR=IN1P41cd192f26 LTR CD=GFB4                 061119
_ 061019 PwrLdr MDOC MDOC ADDR=IN1P41cd192f26 LTR CD=GFB4                 061119
_ 062719 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER                   E062719
_ 062719 PwrLdr MDOC MDOC ADDR=IN1P41cd69d216 LTR CD=GFB4                 063019
```

NSL000053

```
_ 070319 SYSTEM GK0D X933 PMT CFN EMAIL SENT                    070419
_ 071019 SYSTEM P099 MONTHLY BILL: NAV                         E071019
_ 071019 SYSTEM P102 STATEMENT BACKER                         E071019
_ 071019 PwrLdr MDOC MDOC ADDR=IN1P41cd9d5391 LTR CD=GFB4      071219
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F    01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN  ████  7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____  CLASS CD _____   _____   LOANS SELECTED  1..................
                      UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                  PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 071019 MODSTR GRM6 LTR208 NAVIREFI REFINANCE OFFER LETTER SENT    071219
_ 071019 MODSTR GRM6 LTR208 NAVIREFI REFINANCE OFFER LETTER SENT    071219
_ 072419 MODSTR G1L8 NRI DRCTMAIL FIRMOFFR LTR NOTFN               072519
_ 072819 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E072819
_ 072819 PwrLdr MDOC MDOC ADDR=IN1P41cdf05cca LTR CD=GFB4          073019
_ 080619 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      080719
_ 081119 SYSTEM P099 MONTHLY BILL: NAV                           E081119
_ 081119 SYSTEM P102 STATEMENT BACKER                           E081119
_ 081119 PwrLdr MDOC MDOC ADDR=IN1P41ce1b8dab LTR CD=GFB4          092719
_ 082119 MODSTR GRM6 LTR208 NAVIREFI REFINANCE OFFER LETTER SENT    091819
_ 082819 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E082819
_ 082819 PwrLdr MDOC MDOC ADDR=IN1P41ce6d0a11 LTR CD=GFB4          100919
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F    01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
```
ID #:2S8
Case 2:33-cv-01200-MFH-VZ  Document 30-9  Filed 01/01/33  Page 10 of 103  Page
```
SSN  ████  7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____  CLASS CD _____   _____   LOANS SELECTED  1..................
                      UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                  PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 090319 MODSTR G1L8 NRI DRCTMAIL FIRMOFFR LTR NOTFN               091819
_ 090519 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      090619
_ 091019 SYSTEM P099 MONTHLY BILL: NAV                           E091019
_ 091019 SYSTEM P102 STATEMENT BACKER                           E091019
```

```
_ 091019 PwrLdr MDOC MDOC ADDR=IN1P41ce971551 LTR CD=GFB4          100319
_ 092519 MODSTR GRM6 LTR208 NAVIREFI REFINANCE OFFER LETTER SENT   092619
_ 092619 MYL2   TW50 LOGIN SUCCESSFUL                              092619
_ 092719 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER            E092719
_ 092719 PwrLdr MDOC MDOC ADDR=IN1P41cee49f18 LTR CD=GFB4          092919
_ 100319 SYSTEM GK0D X933 PMT CFN EMAIL SENT                       100419
_ 101019 SYSTEM P099 MONTHLY BILL: NAV                            E101019
_ 101019 SYSTEM P102 STATEMENT BACKER                             E101019

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                            OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  1...................
                    UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                     PST/RESOLVE
  011023 E18565 _____ _____ CONT _
_ 101019 PwrLdr MDOC MDOC ADDR=IN1P41cf127a4c LTR CD=GFB4          101119
_ 101019 PwrLdr MDOC MDOC ADDR=IN1P41cf127a4c LTR CD=GFB4          101119
_ 101819 MODSTR G1L8 NRI DRCTMAIL FIRMOFFR LTR NOTFN              102419
_ 102819 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER            E102819
_ 102819 PwrLdr MDOC MDOC ADDR=IN1P41cf64bb90 LTR CD=GFB4          120219
_ 102919 MODSTR GRM6 LTR208 NAVIREFI REFINANCE OFFER LETTER SENT   102919
_ 110519 SYSTEM GK0D X933 PMT CFN EMAIL SENT                       110619
_ 111019 SYSTEM P099 MONTHLY BILL: NAV                            E111019
_ 111019 SYSTEM P102 STATEMENT BACKER                             E111019
_ 111019 PwrLdr MDOC MDOC ADDR=IN1P41cf879b70 LTR CD=GFB4          120919
_ 112719 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER            E112719
_ 112719 PwrLdr MDOC MDOC ADDR=IN1P41cfd63b1f LTR CD=GFB4          120619

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                            OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  1...................
                    UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                     PST/RESOLVE
  011023 E18565 _____ _____ CONT _
```

Case 3:23-cv-03250-MFH-V3   Document 30-4   Filed 09/01/23   Page 71 of 103   Page

```
_ 120419 SYSTEM GK0D X933 PMT CFN EMAIL SENT                    120519
_ 121019 SYSTEM P099 MONTHLY BILL: NAV                         E121019
_ 121019 SYSTEM P102 STATEMENT BACKER                          E121019
_ 121019 PwrLdr MDOC MDOC ADDR=In1P41d00b8a2c LTR CD=GFB4       121119
_ 122819 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER         E122819
_ 122819 PwrLdr MDOC MDOC ADDR=In1P41d065f7d2 LTR CD=GFB4       123019
_ 010320 SYSTEM GK0D X933 PMT CFN EMAIL SENT                    010420
_ 010420 MODSTR GVD5 X892 - TAX STMT WILL SOON BE AVAILABLE     021420
_ 010820 SYSTEM K190 1098-E                                    E010820
_ 010820 LSMB00 TX00 1098-E LTR SENT ON THIS ACCOUNT            010820
_ 010820 PwrLdr MDOC MDOC ADDR=In1P41d0a347c4 LTR CD=GFB4       011620
_ 011020 SYSTEM P099 MONTHLY BILL: NAV                         E011120
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                            OWNER   NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  1...................
                  UNITY CD _____ _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
   011023 E18565 _____ _____ CONT _
_ 011020 SYSTEM P102 STATEMENT BACKER                          E011120
_ 011020 PwrLdr MDOC MDOC ADDR=In1P41d0b58908 LTR CD=GFB4       011520
_ 012820 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER         E012820
_ 012820 PwrLdr MDOC MDOC ADDR=In1P41d10ebe88 LTR CD=GFB4       013020
_ 020220 MYL2   TW50 LOGIN SUCCESSFUL                           020220
_ 020220 MYL2   TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE 020220
_ 020520 SYSTEM GK0D X933 PMT CFN EMAIL SENT                    020620
_ 021020 SYSTEM P099 MONTHLY BILL: NAV                         E021120
_ 021020 SYSTEM P102 STATEMENT BACKER                          E021120
_ 021020 PwrLdr MDOC MDOC ADDR=In1P41d13b65ed LTR CD=GFB4       021220
_ 022620 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER         E022620
_ 022620 PwrLdr MDOC MDOC ADDR=In1P41d18164fe LTR CD=GFB4       022720
```

Case 2:23-cv-05290-MTH-V2  Document 30-4  Filed 09/01/23  Page 72 of 103  Page

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                            OWNER  NAV FFELP TRUST
```

```
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   011023 E18565 _____ _____ CONT _
 _ 030520 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      030620
 _ 031020 SYSTEM P099 MONTHLY BILL: NAV                           E031120
 _ 031020 SYSTEM P102 STATEMENT BACKER                            E031120
 _ 031020 PwrLdr MDOC MDOC ADDR=IN1P41d1b40bd4 LTR CD=GFB4         031120
 _ 031820 MODSTR GUK6 X039-05 - CORONAVIRUS UPDATE EMAIL SNT       031820
 _ 032820 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E032820
 _ 032820 PwrLdr MDOC MDOC ADDR=IN1P41d203d6d7 LTR CD=GFB4         033020
 _ 040620 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      040720
 _ 040720 MODSTR GUL1 X039-06 - 2ND CORONAVIRUS UPDATE EMAIL SNT   040820
 _ 040820 MODSTR G1L8 NRI DRCTMAIL FIRMOFFR LTR NOTFN              040920
 _ 041020 SYSTEM P099 MONTHLY BILL: NAV                           E041120
 _ 041020 SYSTEM P102 STATEMENT BACKER                            E041120

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG ____ OWN ____ ST ___ GU __ LN __ DT __ __ __
SSN  ▮▮▮▮  7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                            OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   011023 E18565 _____ _____ CONT _
 _ 041020 PwrLdr MDOC MDOC ADDR=IN1P41d22a9dc9 LTR CD=GFB4         041120
 _ 042620 MYL2   TW50 LOGIN SUCCESSFUL                             042620
 _ 042620 MYL2   TW50 LOGIN SUCCESSFUL                             042620
 _ 042720 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E042720
 _ 042720 PwrLdr MDOC MDOC ADDR=IN1P41d277b5a5 LTR CD=GFB4         042820
 _ 050520 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      050620
 _ 051020 SYSTEM P099 MONTHLY BILL: NAV                           E051020
 _ 051020 SYSTEM P102 STATEMENT BACKER                            E051020
 _ 051020 PwrLdr MDOC MDOC ADDR=IN1P41d299ce6c LTR CD=GFB4         051120
 _ 052820 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E052820
 _ 052820 PwrLdr MDOC MDOC ADDR=IN1P41d2eb357c LTR CD=GFB4         053020
 _ 060820 SYSTEM GP00 UNDPMT INSTR: ALIGNDLNQ        DFLT=Y        060820

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

Case 3:23-cv-05980-MFM-v2    Document 30-4    Filed 08/01/23    Page 73 of 103    Page

>NXT SCR 151 SSN ____ __ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ███ 7824 1    LOANS ALL     PROG SM    STATUS PIFG    GUAR WI    OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____     _____    LOANS SELECTED  1....................
                    UNITY CD _____    _____

```
   DATE  SOURCE                       MESSAGE                  PST/RESOLVE
   011023 E18565 ____ _____ CONT _
 _ 060820 SYSTEM GK0D X933 PMT CFN EMAIL SENT                    060920
 _ 061020 SYSTEM P099 MONTHLY BILL: NAV                         E061120
 _ 061020 SYSTEM P102 STATEMENT BACKER                          E061120
 _ 061020 PwrLdr MDOC MDOC ADDR=IN1P41d317210e LTR CD=GFB4       061120
 _ 062720 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER         E062720
 _ 062720 PwrLdr MDOC MDOC ADDR=IN1P41d35a2b96 LTR CD=GFB4       062920
 _ 070120 MODSTR GRM6 LTR208 NAVIREFI REFINANCE OFFER LETTER SENT 070920
 _ 070620 SYSTEM GK0D X933 PMT CFN EMAIL SENT                    070720
 _ 071020 SYSTEM P099 MONTHLY BILL: NAV                         E071120
 _ 071020 SYSTEM P102 STATEMENT BACKER                          E071120
 _ 071020 PwrLdr MDOC MDOC ADDR=IN1P41d37d81b8 LTR CD=GFB4       071220
 _ 072820 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER         E072820
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ███ 7824 1    LOANS ALL     PROG SM    STATUS PIFG    GUAR WI    OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____     _____    LOANS SELECTED  1....................
                    UNITY CD _____    _____

```
   DATE  SOURCE                       MESSAGE                  PST/RESOLVE
   011023 E18565 ____ _____ CONT _
 _ 072820 PwrLdr MDOC MDOC ADDR=IN1P41d3cc7d47 LTR CD=GFB4       072920
 _ 080420 SYSTEM GK0D X933 PMT CFN EMAIL SENT                    080520
 _ 081020 SYSTEM P099 MONTHLY BILL: NAV                         E081120
 _ 081020 SYSTEM P102 STATEMENT BACKER                          E081120
 _ 081020 PwrLdr MDOC MDOC ADDR=IN1P41d3ec8244 LTR CD=GFB4       081120
 _ 081120 MYL2   TW50 LOGIN SUCCESSFUL                           081120
 _ 081120 IVRCSC TK00 IVR Call Information: 08/11/2020 11:35:00 AM. Call 081120
                       er Dialed 8882725543 BORROWER calling.
 _ 081120 C66495 TK00 TCPA Consent Auto Presented                081120
 _ 081120 C66495 TK00 Borrower phone contact re: Reviewed Account 081120
 _ 081120 C66495 TK00 Borr called adv loans not elig for cares act, adv 081120
                       we are still awaiting directives from DOE.
```

Case 3:23-cv-05200-MLH-V2   Document 30-4   Filed 09/01/23   Page 74 of 103   Page ID #:835

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                          UNITY CD _____   _____

   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
  011023 E18565 ____ _____ CONT _
_ 082820 SYSTEM P374  MONTHLY BILL -NAV E-BILL REMINDER            E082820
_ 082820 PwrLdr MDOC  MDOC ADDR=IN1P41d43a5520 LTR CD=GFB4         082820
_ 090320 SYSTEM GK0D  X933 PMT CFN EMAIL SENT                      090420
_ 090920 IVRCSC TK00  IVR Call Information: 09/09/2020 11:02:09 AM. Call  090920
                      er Dialed 8882725543 BORROWER calling.
_ 090920 C52813 TK00  Cares-S - IBR model / Total Children: 0/ Total Oth  090920
                      er Dependents: 0/ Bor Num: 1/ Marital Status: S/ B
                      or AGI: $40,200.00/ Bor Ext Ln Bal: $0.00/ IBR
_ 090920 C52813 TK00  New MPA: $263.25                             090920
_ 090920 C52813 TK00  Cares-S - ISR model / Reduced Pymt Forb: N / % Mon  090920
                      thly Income: 21% - 25% / Monthly Income: $3,300.00
                       / New MPA: $693.00

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                          UNITY CD _____   _____

ID #:233  Document 30-4  Filed 08/01/23  Page 75 of 103  Page
Case 5:23-cv-05500-WLH-AS

   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
  011023 E18565 ____ _____ CONT _
_ 090920 C52813 TK00  CARES - Borrower may lose FFELP benefits due to fo  090920
                      rb for suffix 1
_ 090920 C52813 C004  PAYMENT DUE DAY CHANGE                       090920
_ 090920 C52813 GH00  PRCSD FORV FRM 090820 TO 100720              090920
_ 090920 SYSTEM C080  CAP FREQUENCY INDICATOR CHANGE               090920
_ 090920 C52813 TF09  BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY  090920
_ 090920 C52813 F146  FORBEARANCE APPROVED - SYSTEM                E090920
_ 090920 C52813 K119  EXAMPLE OF INTEREST CALCULATIONS             E090920
_ 090920 C52813 K305  DIFFICULTY MAKING PAYMENTS DISCLOSURE        E090920

```
_ 090920 C52813 TK00 CARES - Processed Verbal Forbearance.              090920
_ 090920 C52813 GHD1 PERMISSIONS WINDOW OPENED BY AGENT                 090920
_ 090920 C52813 TK00 TCPA Consent Auto Presented                       090920


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ██████ 7824 1   LOANS ALL     PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST ____ CLASS CD ____    ____   LOANS SELECTED  1...................
              UNITY CD ____ ____

   DATE   SOURCE                     MESSAGE                      PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 090920 C52813 TK00 TCPA Consent Auto Presented                       090920
_ 090920 C52813 C525 BORROWER ALT PHONE/EXT CHANGED                    090920
_ 090920 CISSUB C525 BORROWER ALT PHONE/EXT CHANGED                    090920
_ 090920 CISSUB C101 AUXILIARY PHONE NUMBER CHANGE                     090920
_ 090920 C52813 C005 BORROWER PRIM PHONE NUM CHANGED                   090920
_ 090920 C52813 C005 BORROWER PRIM PHONE NUM CHANGED                   090920
_ 090920 C52813 C525 BORROWER ALT PHONE/EXT CHANGED                    090920
_ 090920 C52813 TK00 Cares-S - IBR model / Total Children: 0/ Total Oth 090920
                     er Dependents: 0/ Bor Num: 1/ Marital Status: S/ B
                     or AGI: $40,200.00/ Bor Ext Ln Bal: $0.00/ IBR
_ 090920 C52813 TK00 New MPA: $263.25                                  090920


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ██████ 7824 1   LOANS ALL     PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST ____ CLASS CD ____    ____   LOANS SELECTED  1...................
              UNITY CD ____ ____
   DATE   SOURCE                     MESSAGE                      PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 090920 C52813 TK00 Cares-S - ISR model / Reduced Pymt Forb: N / % Mon 090920
                     thly Income: 21% - 25% / Monthly Income: $3,300.00
                      / New MPA: $693.00
_ 090920 C52813 TK00 b wanting to postpone the payment for 1 month only 090920
                     , he will be moving across the country in two days
```

C52e S-33 CA-05200-MTH-A2   Document 30-4   Filed 03/01/23   Page 76 of 103  Page

```
                         . and he just need time ot get everything
 _ 090920 C52813 TK00 situated. and he eill be underpoing  open heart su   090920
                      rgery soon
 _ 090920 C52813 TK00 Borrower phone contact re: Reviewed Account, Updat   090920
                      ed Demographics
 _ 090920 C52813 G134 PHONE NUMBER RMVD; INELIGIBLE FOR FUTURE USE         090920
 _ 090920 SYSTEM H204 CHANGE IN TERMS LETTER - NAV                        E090920
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN  ████  7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                UNITY CD _____   _____
    DATE   SOURCE                    MESSAGE                    PST/RESOLVE
    011023 E18565 _____ _____ CONT _
 _ 090920 SYSTEM P099 MONTHLY BILL: NAV                                   E090920
 _ 090920 SYSTEM P102 STATEMENT BACKER                                    E090920
 _ 090920 PwrLdr MDOC MDOC ADDR=IN1P41d4570852 LTR CD=GFB4                 091020
 _ 090920 PwrLdr MDOC MDOC ADDR=IN1P41d4570855 LTR CD=GFB4                 091020
 _ 090920 PwrLdr MDOC MDOC ADDR=IN1P41d4570a76 LTR CD=GFB4                 091020
 _ 091220 SYSTEM C138 UNIQUE-ID UPDATED                                    091220
 _ 092320 MYL2   TW50 LOGIN SUCCESSFUL                                     092320
 _ 092320 MYL2   TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE          092320
 _ 092320 CISPRO C006 ADDRESS CHANGE                                       092320
 _ 100820 SYSTEM C080 CAP FREQUENCY INDICATOR CHANGE                       100820
 _ 100920 MODSTR G12E X105 COVID RELIEF OPTS AVAIL EMAIL SENT              101220
 _ 101120 SYSTEM P099 MONTHLY BILL: NAV                                   E101120
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

Case 3:23-cv-05360-MTH-V2   Document 30-4   Filed 09/01/23   Page 77 of 103   Page

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN  ████  7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                UNITY CD _____   _____
    DATE   SOURCE                    MESSAGE                    PST/RESOLVE
    011023 E18565 _____ _____ CONT _
 _ 101120 SYSTEM P102 STATEMENT BACKER                                    E101120
```

NSL000061

```
_ 101120 PwrLdr MDOC MDOC ADDR=IN1P41d4c6af4b LTR CD=GFB4        101220
_ 102820 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E102820
_ 102820 PwrLdr MDOC MDOC ADDR=IN1P41d514e748 LTR CD=GFB4        102920
_ 111020 SYSTEM P099 MONTHLY BILL: NAV                           E111020
_ 111020 SYSTEM P102 STATEMENT BACKER                            E111020
_ 111020 PwrLdr MDOC MDOC ADDR=IN1P41d53594b5 LTR CD=GFB4        111120
_ 112720 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER           E112720
_ 112720 PwrLdr MDOC MDOC ADDR=IN1P41d57c5672 LTR CD=GFB4        112820
_ 120220 MODSTR GK0D X933 PMT CFN EMAIL SENT                     120220
_ 120720 MYL2   TW50 LOGIN SUCCESSFUL                            120720
_ 120720 MYL2   GTB3 WEB CALLBACK LINK DISPLAYED TO USER         120720


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ▇▇▇▇ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME   RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED 1....................
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   011023 E18565 ____ _____    CONT _
_ 120720 MYL2   GTD8 CUST CLICKS CALL SCHED LNK DHAR PAGE        120720
_ 120720 IVRCSC TK00 IVR Call Information: 12/07/2020 02:42:11 PM. Call  120720
                er Dialed 8882725543 BORROWER calling.
_ 120720 E93620 GH00 PRCSD FORV FRM 120720 TO 020721             120720
_ 120720 SYSTEM C080 CAP FREQUENCY INDICATOR CHANGE             120720
_ 120720 E93620 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY 120720
_ 120720 E93620 F146 FORBEARANCE APPROVED - SYSTEM             E120720
_ 120720 E93620 K119 EXAMPLE OF INTEREST CALCULATIONS          E120720
_ 120720 E93620 K305 DIFFICULTY MAKING PAYMENTS DISCLOSURE     E120720
_ 120720 E93620 GH00 RMVD FORV FRM 120720 TO 020721             120720
_ 120720 E93620 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY    C120720
```

Case 5:23-cv-02560-MJW-AS   Document 30-4   Filed 09/01/23   Page 78 of 103   Page
ID #:230

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ▇▇▇▇ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME   RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED 1....................
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   011023 E18565 _____ _____ CONT _
 _ 120720 E93620 TK00 Borrower phone contact re: Reviewed Account, * Adv  120720
                      ised timeframes
 _ 120720 E93620 TK00 was trying to do forbearance but bwr disconnected   120720
                      before reading script
 _ 120720 IVRCSC TK00 IVR Call Information: 12/07/2020 02:50:32 PM. Call   120720
                      er Dialed 8882725543 BORROWER calling.
 _ 120720 C67895 GH00 PRCSD FUTR FORV FRM 120820 TO 020721                 120720
 _ 120720 C67895 F045 VERBAL FORB APPROVED -SYSTEM                        E120720
 _ 120720 C67895 K119 EXAMPLE OF INTEREST CALCULATIONS                    E120720
 _ 120720 C67895 K305 DIFFICULTY MAKING PAYMENTS DISCLOSURE               E120720
 _ 120720 C67895 K008 DIFFICULTY MAKING PAYMENTS                         E120820
 _ 120720 C67895 TK00 Advised Navient.com                                 120720

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN  █████ 7824 1  LOANS ALL    PROG SM   STATUS PIFG  GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                         OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1..................
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   011023 E18565 _____ _____ CONT _
 _ 120720 C67895 TK00 Borrower phone contact re: Reviewed Account         120720
 _ 120720 C67895 TK00 called in to continue the disconnected conversatio  120720
                      n with the previous agent. procssed 2months forb a
                      s per b request next payment due date advised
 _ 120720 SYSTEM H204 CHANGE IN TERMS LETTER - NAV                        E120720
 _ 120720 SYSTEM P099 MONTHLY BILL: NAV                                   E120720
 _ 120720 SYSTEM P102 STATEMENT BACKER                                    E120720
 _ 120720 PwrLdr MDOC MDOC ADDR=IN1P41d597fc4b LTR CD=GFB4                 120820
 _ 120720 PwrLdr MDOC MDOC ADDR=IN1P41d597fc4d LTR CD=GFB4                 120820
 _ 120720 PwrLdr MDOC MDOC ADDR=IN1P41d597fc5a LTR CD=GFB4                 120820
 _ 120720 PwrLdr MDOC MDOC ADDR=IN1P41d597fc5d LTR CD=GFB4                 120820
 _ 120720 PwrLdr MDOC MDOC ADDR=IN1P41d597fc62 LTR CD=GFB4                 120820

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
```

Case 3:23-cv-02200-MFH-V2   Document 30-4   Filed 09/01/23   Page 79 of 103   Page

```
>NXT SCR 151 SSN ____ __ _____ _ PG ___ OWN _____ ST _____ GU ___ LN ___ DT ___ ___ ___
SSN  ████  7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI    OWNER 833253
NAME   RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                      PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_  120820 SYSTEM F146 FORBEARANCE APPROVED - SYSTEM                     E120820
_  120820 SYSTEM K119 EXAMPLE OF INTEREST CALCULATIONS                  E120820
_  120820 SYSTEM K305 DIFFICULTY MAKING PAYMENTS DISCLOSURE             E120820
_  120820 PwrLdr MDOC MDOC ADDR=IN1P41d59aeaee LTR CD=GFB4               120920
_  122420 SYSTEM H204 CHANGE IN TERMS LETTER - NAV                      E122420
_  122420 SYSTEM P099 MONTHLY BILL: NAV                                 E122420
_  122420 SYSTEM P102 STATEMENT BACKER                                  E122420
_  122420 PwrLdr MDOC MDOC ADDR=IN1P41d5e25198 LTR CD=GFB4               122520
_  122420 PwrLdr MDOC MDOC ADDR=IN1P41d5e251c0 LTR CD=GFB4               122520
_  122920 MODSTR GVD5 X892 - TAX STMT WILL SOON BE AVAILABLE             122920
_  011021 SYSTEM K190 1098-E                                           E011021
_  011021 LSMB00 TX00 1098-E LTR SENT ON THIS ACCOUNT                    011021

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG ___ OWN _____ ST _____ GU ___ LN ___ DT ___ ___ ___
SSN  ████  7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI    OWNER 833253
NAME   RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                      PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_  011021 PwrLdr MDOC MDOC ADDR=IN1P41d6291d46 LTR CD=GFB4               011421
_  020821 SYSTEM C080 CAP FREQUENCY INDICATOR CHANGE                     020821
_  020821 SYSTEM P099 MONTHLY BILL: NAV                                 E020821
_  020821 SYSTEM P102 STATEMENT BACKER                                  E020821
_  020821 PwrLdr MDOC MDOC ADDR=IN1P41d6a0876e LTR CD=GFB4               020921
_  021021 MYL2   TW50 LOGIN SUCCESSFUL                                   021021
_  021021 MYL2   TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE        021021
_  022521 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER                 E022521
_  022521 PwrLdr MDOC MDOC ADDR=IN1P41d6e7dd17 LTR CD=GFB4               022621
_  030521 MODSTR GK0D X933 PMT CFN EMAIL SENT                            030521
_  031021 SYSTEM P099 MONTHLY BILL: NAV                                 E031021
_  031021 SYSTEM P102 STATEMENT BACKER                                  E031021

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
```

Case 3:23-cv-03200-MFH-V2   Document 30-4   Filed 09/01/23   Page 80 of 103   Page

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  1...................
                     UNITY CD _____  _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
  011023 E18565 _____ _____ CONT _
_ 031021 PwrLdr MDOC MDOC ADDR=IN1P41d7118a76 LTR CD=GFB4          031121
_ 032821 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER             E032821
_ 032821 PwrLdr MDOC MDOC ADDR=IN1P41d75b30d6 LTR CD=GFB4          033021
_ 040721 MODSTR GK0D X933 PMT CFN EMAIL SENT                       040721
_ 041121 SYSTEM P099 MONTHLY BILL: NAV                             E041121
_ 041121 SYSTEM P102 STATEMENT BACKER                             E041121
_ 041121 PwrLdr MDOC MDOC ADDR=IN1P41d778a0a0 LTR CD=GFB4          041121
_ 041221 IVRCSC TK00 IVR Call Information: 04/12/2021 02:26:41 PM. Call 041221
                     er Dialed 8882725543 BORROWER calling.
_ 041221 C51287 K008 DIFFICULTY MAKING PAYMENTS                   E041321
_ 041221 C51287 TK00 CARES - Borrower may lose FFELP benefits due to fo 041221
                     rb for suffix 1

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  1...................
                     UNITY CD _____  _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
  011023 E18565 _____ CONT _
_ 041221 C51287 GH00 PRCSD FORV FRM 040821 TO 060721              041221
_ 041221 SYSTEM C080 CAP FREQUENCY INDICATOR CHANGE               041221
_ 041221 C51287 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY 041221
_ 041221 C51287 F146 FORBEARANCE APPROVED - SYSTEM                E041221
_ 041221 C51287 K119 EXAMPLE OF INTEREST CALCULATIONS             E041221
_ 041221 C51287 K305 DIFFICULTY MAKING PAYMENTS DISCLOSURE        E041221
_ 041221 C51287 TK00 CARES - Processed Verbal Forbearance.        041221
_ 041221 C51287 TK00 CARES - Advised agent that multiple suffixes exist 041221
                     ed.
_ 041221 C51287 TK00 Forbearance Question/ Request                041221

Case 3:23-cv-00290-MHH-V2   Document 30-9   Filed 08/01/23   Page 18 of 103   Page
ID #:230

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1    LOANS ALL    PROG SM    STATUS PIFG    GUAR WI    OWNER 833253
NAME  RONALD J AMBROSETTI                           OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  1...................
                     UNITY CD _____  _____
   DATE   SOURCE                    MESSAGE                     PST/RESOLVE
  011023  E18565 _____ _____   CONT _
_ 041221  C51287 TK00 borrower ci asking for a shorterm forv process bor  041221
                      r okd
_ 041221  PwrLdr MDOC MDOC ADDR=In1P41d7879366 LTR CD=GFB4         041321
_ 041221  PwrLdr MDOC MDOC ADDR=In1P41d7879374 LTR CD=GFB4         041321
_ 041321  MODSTR GEP6 X020 CX TRIGGER SURVEY EMAIL SENT            041321
_ 042321  SYSTEM H204 CHANGE IN TERMS LETTER - NAV               E042321
_ 042321  SYSTEM P099 MONTHLY BILL: NAV                          E042321
_ 042321  SYSTEM P102 STATEMENT BACKER                           E042321
_ 042321  PwrLdr MDOC MDOC ADDR=In1P41d7af62b3 LTR CD=GFB4         042421
_ 042321  PwrLdr MDOC MDOC ADDR=In1P41d7af62ba LTR CD=GFB4         042421
_ 042821  MODSTR GVE7 X086 - SYSTEM OUTAGE/CUTOVER CUSTOMER NOTIFICATION 042921
_ 060821  SYSTEM C080 CAP FREQUENCY INDICATOR CHANGE               060821
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1    LOANS ALL    PROG SM    STATUS PIFG    GUAR WI    OWNER 833253
NAME  RONALD J AMBROSETTI                           OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  1...................
                     UNITY CD _____  _____
   DATE   SOURCE                    MESSAGE                     PST/RESOLVE
  011023  E18565 _____ _____   CONT _
_ 060821  SYSTEM P099 MONTHLY BILL: NAV                          E060821
_ 060821  SYSTEM P102 STATEMENT BACKER                           E060821
_ 060821  PwrLdr MDOC MDOC ADDR=In1P41d84199f7 LTR CD=GFB4         061021
_ 060921  MYL2   TW50 LOGIN SUCCESSFUL                             060921
_ 062721  SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER          E062721
_ 062721  PwrLdr MDOC MDOC ADDR=In1P41d889c7ab LTR CD=GFB4         063021
```

Case 5:23-cv-05250-MFH-V2   Document 30-4   Filed 08/01/23   Page 82 of 103   Page ID #:240

```
_ 070821 MODSTR GK0D X933 PMT CFN EMAIL SENT                          070821
_ 071121 SYSTEM P099 MONTHLY BILL: NAV                               E071121
_ 071121 SYSTEM P102 STATEMENT BACKER                               E071121
_ 071121 MYL2    TW50 LOGIN SUCCESSFUL                                071121
_ 071121 MYL2    GMD2 COMMERCIAL MEDIA SERVER LINK SELECTED           071121
_ 071121 MYL2    TW50 LOGIN SUCCESSFUL                                071121

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN ____ ST ____ GU __ LN __ DT __ __ __
SSN ▮▮▮▮ 7824 1    LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  1...................
               UNITY CD _____    _____
    DATE   SOURCE                    MESSAGE                    PST/RESOLVE
    011023 E18565 ____ _____ CONT _
_ 071121 PwrLdr MDOC MDOC ADDR=IN1P41d8aa26e7 LTR CD=GFB4             071221
_ 072821 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER              E072821
_ 072821 PwrLdr MDOC MDOC ADDR=IN1P41d8f43e6f LTR CD=GFB4             073021
_ 080521 MODSTR GK0D X933 PMT CFN EMAIL SENT                          080521
_ 081021 SYSTEM P099 MONTHLY BILL: NAV                              E081021
_ 081021 SYSTEM P102 STATEMENT BACKER                               E081021
_ 081021 PwrLdr MDOC MDOC ADDR=IN1P41d9157825 LTR CD=GFB4             081221
_ 082821 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER              E082821
_ 082821 PwrLdr MDOC MDOC ADDR=IN1P41d9581d33 LTR CD=GFB4             083021
_ 090821 SYSTEM GP00 UNDPMT INSTR: MOSTMPA        DFLT=Y              090821
_ 090921 MODSTR GK0D X933 PMT CFN EMAIL SENT                          090921
_ 091021 SYSTEM P099 MONTHLY BILL: NAV                              E091021

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

Case 2:23-cv-02560-MTH-AS   Document 30-1   Filed 08/01/23   Page 83 of 103   Page
ID #:241

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN ____ ST ____ GU __ LN __ DT __ __ __
SSN ▮▮▮▮ 7824 1    LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  1...................
               UNITY CD _____    _____
    DATE   SOURCE                    MESSAGE                    PST/RESOLVE
    011023 E18565 ____ _____ CONT _
_ 091021 SYSTEM P102 STATEMENT BACKER                               E091021
_ 092721 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER             E092721
```

```
_ 092721 PwrLdr MDOC MDOC ADDR=IN1P41d9ab98a7 LTR CD=GFB4              100921
_ 092821 IVRCSC TK00 IVR Call Information: 09/28/2021 01:26:44 PM. Call  092821
                     er Dialed 8882725543 BORROWER calling.
_ 092821 C49246 TK00 CARES - Borrower may lose FFELP benefits due to fo  092821
                     rb for suffix 1
_ 092821 C49246 GH00 PRCSD FORV FRM 090821 TO 110721                     092821
_ 092821 SYSTEM C080 CAP FREQUENCY INDICATOR CHANGE                      092821
_ 092821 C49246 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY  092821
_ 092821 C49246 F146 FORBEARANCE APPROVED - SYSTEM                      E092821
_ 092821 C49246 K119 EXAMPLE OF INTEREST CALCULATIONS                   E092821


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ ____ __ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                            OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  1..................
                     UNITY CD _____  _____
   DATE  SOURCE                      MESSAGE                      PST/RESOLVE
  011023 E18565 _____ CONT _
_ 092821 C49246 K305 DIFFICULTY MAKING PAYMENTS DISCLOSURE              E092821
_ 092821 C49246 TK00 CARES - Processed Verbal Forbearance.              092821
_ 092821 C49246 TK00 CARES - Advised agent that multiple suffixes exist 092821
                     ed.
_ 092821 C49246 GHD1 PERMISSIONS WINDOW OPENED BY AGENT                 092821
_ 092821 C49246 TK00 Forbearance Question/ Request                      092821
_ 092821 C49246 TK00 Advised Navient.com                                092821
_ 092821 C49246 TK00 Payment Question/Prob                              092821
_ 092821 C49246 TK00 Borrower phone contact re: Reviewed Account        092821
_ 092821 C49246 TK00 borr unable to give amnt of taxable income to chec 092821
                     k on other opt just wanted 2 mos of forv.declined
                     lower payment
```

ID #:545
Case 2:22-cv-02500-MEM-AS    Document 30-4    Filed 08/01/23    Page 84 of 103    Page

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ ____ __ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                            OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  1..................
                     UNITY CD _____  _____
```

```
  DATE  SOURCE                    MESSAGE                        PST/RESOLVE
  011023 E18565 ____ _____   CONT _
_ 092821 SYSTEM H204 CHANGE IN TERMS LETTER – NAV                 E092821
_ 092821 SYSTEM P099 MONTHLY BILL: NAV                            E092821
_ 092821 SYSTEM P102 STATEMENT BACKER                             E092821
_ 092821 PwrLdr MDOC MDOC ADDR=IN1P41d9b1d041 LTR CD=GFB4         101221
_ 092821 PwrLdr MDOC MDOC ADDR=IN1P41d9b1d06a LTR CD=GFB4         101221
_ 092821 PwrLdr MDOC MDOC ADDR=IN1P41d9b1d071 LTR CD=GFB4         101221
_ 110821 SYSTEM C080 CAP FREQUENCY INDICATOR CHANGE               110921
_ 110821 SYSTEM P099 MONTHLY BILL: NAV                            E110921
_ 110821 SYSTEM P102 STATEMENT BACKER                             E110921
_ 110821 PwrLdr MDOC MDOC ADDR=IN1P41da25e37f LTR CD=GFB4         111021
_ 112721 SYSTEM P374 MONTHLY BILL –NAV E-BILL REMINDER            E112721
_ 112721 PwrLdr MDOC MDOC ADDR=IN1P41de6ab4d9 LTR CD=GFB4         053122

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                            OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  1...................
                     UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                        PST/RESOLVE
  011023 E18565 ____ _____   CONT _
_ 112721 PwrLdr MDOC MDOC ADDR=IN1P41de6ab4d9 LTR CD=GFB4         053122
_ 112721 PwrLdr MDOC MDOC ADDR=IN1P41de6ab4d9 LTR CD=GFB4         053122
_ 112721 PwrLdr MDOC MDOC ADDR=IN1P41de6ab4d9 LTR CD=GFB4         053122
_ 112721 PwrLdr MDOC MDOC ADDR=IN1P41de6ab4d9 LTR CD=GFB4         053122
_ 112721 PwrLdr MDOC MDOC ADDR=IN1P41de6ab4d9 LTR CD=GFB4         053122
_ 112721 PwrLdr MDOC MDOC ADDR=IN1P41de6ab4d9 LTR CD=GFB4         053122
_ 112921 IVRCSC TK00 IVR Call Information: 11/29/2021 12:25:48 PM. Call  112921
                     er Dialed 8882725543 BORROWER calling.
_ 112921 C73201 TK00 Cares IBR model / Total Children: 0/ Total Oth  112921
                     er Dependents: 0/ Bor Num: 1/ Marital Status: S/ B
                     or AGI: $60,000.00/ Bor Ext Ln Bal: $0.00/ IBR
_ 112921 C73201 TK00 New MPA: $508.50                              112921

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
```

Case 5:23-cv-05280-MTH-v2   Document 30-1   Filed 02/01/23   Page 82 of 103   PageID #: 243

```
SSN ███████ 7824 1   LOANS ALL     PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                                OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1..................
                     UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                    PST/RESOLVE
  011023 E18565 _____ _____    CONT _
_ 112921 C73201 TK00 Cares-S - ISR model / Reduced Pymt Forb: N / % Mon  112921
                     thly Income: 0% / Monthly Income:  / New MPA: Inel
                     ig
_ 112921 C73201 TK00 CARES - Borrower may lose FFELP benefits due to fo  112921
                     rb for suffix 1
_ 112921 C73201 GH0D PRCSD FORV FRM 110821 TO 120721                     112921
_ 112921 SYSTEM C080 CAP FREQUENCY INDICATOR CHANGE                      112921
_ 112921 C73201 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY  112921
_ 112921 C73201 F146 FORBEARANCE APPROVED - SYSTEM                      E112921
_ 112921 C73201 K119 EXAMPLE OF INTEREST CALCULATIONS                   E112921
_ 112921 C73201 K305 DIFFICULTY MAKING PAYMENTS DISCLOSURE              E112921
_ 112921 C73201 TK00 CARES - Processed Verbal Forbearance.               112921

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ███████ 7824 1   LOANS ALL     PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                                OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1..................
                     UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                    PST/RESOLVE
  011023 E18565 _____ _____    CONT _
_ 112921 C73201 GHD1 PERMISSIONS WINDOW OPENED BY AGENT                  112921
_ 112921 C73201 GJ97 ADJUSTED ACCT DURING BORR CONTACT WITH CALL CENTER C112921
_ 112921 C73201 TK00 IBR                                                 112921
_ 112921 C73201 TK00 Borrower phone contact re: Reviewed Account         112921
_ 112921 C73201 TK00 bci  to postpone his payment, put accnt on forv, pr 112921
                     eq for IDr, npdd 1/07/2022
_ 112921 SYSTEM H204 CHANGE IN TERMS LETTER - NAV                       E113021
_ 112921 SYSTEM P099 MONTHLY BILL: NAV                                  E113021
_ 112921 SYSTEM P102 STATEMENT BACKER                                   E113021
_ 112921 PwrLdr MDOC MDOC ADDR=In1P41da703255 LTR CD=GFB4                120221
_ 112921 PwrLdr MDOC MDOC ADDR=In1P41da70331a LTR CD=GFB4                120221
_ 112921 PwrLdr MDOC MDOC ADDR=In1P41da70337d LTR CD=GFB4                120221

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
```

Case 3:23-cv-02500-MFH-V2   Document 30-4   Filed 08/01/53   Page 86 of 103   Page

```
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                     UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                       PST/RESOLVE
   011023 E18565 _____ _____ CONT _
_  112921 PwrLdr MDOC MDOC ADDR=IN1P41de6b3a6d LTR CD=GFB4               053122
_  112921 PwrLdr MDOC MDOC ADDR=IN1P41de6b3a89 LTR CD=GFB4               053122
_  112921 PwrLdr MDOC MDOC ADDR=IN1P41de6b3c55 LTR CD=GFB4               053122
_  120121 IVRCSC TK00 IVR Call Information: 12/01/2021 02:30:11 PM. Call  120121
                      er Dialed 8882725543 BORROWER calling.
_  120121 IVRCSC GPU1 PROVIDED SAME DAY PIF AMOUNT                        120121
_  120121 IVRCSC TK00 Spoke Today's Loan ID 1000212487824101 Payoff Bala  120121
                      nce: $155357.45
_  120121 IVRCSC TK00 IVR Call Information: 12/01/2021 07:04:16 PM. Call  120121
                      er Dialed 8882725543 BORROWER calling.
_  120121 C67998 TK00 Borrower phone contact re: Reviewed Account         120121


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                     UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                       PST/RESOLVE
   011023 E18565 _____ _____ CONT _
_  120121 C67998 TK00 bci a working regarding the status of the account / a  120121
                      dv accordingly / provided the loan locator phone
                      number for the borr can locate his other loan
_  120121 C67998 TK00 outside Navient                                     120121
_  120221 MODSTR GEP6 X020 CX TRIGGER SURVEY EMAIL SENT                    120221
_  120821 SYSTEM C080 CAP FREQUENCY INDICATOR CHANGE                       120921
_  121021 SYSTEM P099 MONTHLY BILL: NAV                                   E121121
_  121021 SYSTEM P102 STATEMENT BACKER                                    E121121
_  121021 PwrLdr MDOC MDOC ADDR=IN1P41da8be0fb LTR CD=GFB4                 121421
_  122821 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER                   E122821
_  122821 PwrLdr MDOC MDOC ADDR=IN1P41daedaf92 LTR CD=GFB4                 010322
```

Case 3:23-cv-05200-MFH-V2   Document 30-3   Filed 08/01/53   Page 8 of 103   PageID #: 203

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____

  DATE   SOURCE                       MESSAGE                     PST/RESOLVE
  011023 E18565 _____ _____ CONT _
_ 010822 SYSTEM K190 1098-E                                         E010822
_ 010822 LSMB00 TX00 1098-E LTR SENT ON THIS ACCOUNT               010822
_ 010822 PwrLdr MDOC MDOC ADDR=IN1P41db193ed8 LTR CD=GFB4          011222
_ 010822 PwrLdr MDOC MDOC ADDR=IN1P41de74fdf2 LTR CD=GFB4          060122
_ 010822 PwrLdr MDOC MDOC ADDR=IN1P41de74fdf2 LTR CD=GFB4          060122
_ 011022 SYSTEM P099 MONTHLY BILL: NAV                             E011122
_ 011022 SYSTEM P102 STATEMENT BACKER                              E011122
_ 011022 PwrLdr MDOC MDOC ADDR=IN1P41de28853a LTR CD=GFB4          051122
_ 011022 PwrLdr MDOC MDOC ADDR=IN1P41de28853a LTR CD=GFB4          051122
_ 011022 PwrLdr MDOC MDOC ADDR=IN1P41de28853a LTR CD=GFB4          051122
_ 011022 PwrLdr MDOC MDOC ADDR=IN1P41de28853a LTR CD=GFB4          051122
_ 011022 PwrLdr MDOC MDOC ADDR=IN1P41de28853a LTR CD=GFB4          051122

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F     01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____   CLASS CD _____   _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____

  DATE   SOURCE                       MESSAGE                     PST/RESOLVE
  011023 E18565 _____ _____ CONT _
_ 012822 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER            E012822
_ 012822 PwrLdr MDOC MDOC ADDR=IN1P41dbaacca2 LTR CD=GFB4         013122
_ 020822 MODSTR GK0D X933 PMT CFN EMAIL SENT                      020822
_ 021022 SYSTEM P099 MONTHLY BILL: NAV                            E021122
_ 021022 SYSTEM P102 STATEMENT BACKER                             E021122
_ 021022 PwrLdr MDOC MDOC ADDR=IN1P41dc24417f LTR CD=GFB4         021422
_ 022522 SYSTEM P374 MONTHLY BILL -NAV E-BILL REMINDER            E022522

C926 S:S3-CV-0S200-WT H-V2   Document 30-4   Filed 03\01\S3   Page 88 of 103   Page

```
_ 022522 PwrLdr MDOC MDOC ADDR=IN1P41dcc3e727 LTR CD=GFB4              030122
_ 022522 PwrLdr MDOC MDOC ADDR=IN1P41de7e4785 LTR CD=GFB4              060322
_ 022522 PwrLdr MDOC MDOC ADDR=IN1P41de7e4785 LTR CD=GFB4              060322
_ 022522 PwrLdr MDOC MDOC ADDR=IN1P41de7e4785 LTR CD=GFB4              060322
_ 022522 PwrLdr MDOC MDOC ADDR=IN1P41de7e4785 LTR CD=GFB4              060322


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ ___ ____ — PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ███████ 7824 1    LOANS ALL    PROG SM    STATUS PIFG    GUAR WI    OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  1...................
                     UNITY CD _____    _____

   DATE  SOURCE                        MESSAGE                       PST/RESOLVE
   011023 E18565 ____  _____      CONT _
_ 022522 PwrLdr MDOC MDOC ADDR=IN1P41de7e4785 LTR CD=GFB4              060322
_ 022522 PwrLdr MDOC MDOC ADDR=IN1P41de7e4785 LTR CD=GFB4              060322
_ 022522 PwrLdr MDOC MDOC ADDR=IN1P41de7e4785 LTR CD=GFB4              060322
_ 022622 IVRCSC TK00 IVR Call Information: 02/26/2022 02:54:29 PM. Call  022622
                     er Dialed 8882725543 BORROWER calling.
_ 022622 MYL2   TW50 LOGIN SUCCESSFUL                                   022622
_ 022622 MYL2   GTB3 WEB CALLBACK LINK DISPLAYED TO USER                022622
_ 022622 MYL2   TX00 GEN FORB REASON=FIN DIFF RQST FORB START=03/22 RQS 022622
                     T FORB END=05/22
_ 022622 E20739 MF00 RECVD FORB; PROCESSED                              022822
_ 022822 E20739 C063 STATUS END DATE CHANGE                            022822
_ 022822 E20739 GH00 PRCSD FORB FRM 020822 TO 050722                   022822


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ ___ ____ — PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ███████ 7824 1    LOANS ALL    PROG SM    STATUS PIFG    GUAR WI    OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  1...................
                     UNITY CD _____    _____

   DATE  SOURCE                        MESSAGE                       PST/RESOLVE
   011023 E18565 ____  _____      CONT _
_ 022822 SYSTEM C080 CAP FREQUENCY INDICATOR CHANGE                     022822
_ 022822 E20739 F146 FORBEARANCE APPROVED - SYSTEM                     E022822
_ 022822 E20739 K119 EXAMPLE OF INTEREST CALCULATIONS                  E022822
```

Case 3:23-cv-05220-MTH-V2   Document 30-4   Filed 03/01/23   Page 89 of 103   Page

```
_ 022822 E20739 K305 DIFFICULTY MAKING PAYMENTS DISCLOSURE           E022822
_ 022822 E20739 MF00 BSA ID:15282 0228202275742 - PROCESSED BY PAC    022822
_ 022822 IVRCSC TK00 IVR Call Information: 02/28/2022 01:39:02 PM. Call 022822
                     er Dialed 8882725543 BORROWER calling.
_ 022822 C77252 TK00 Advised Navient.com                               022822
_ 022822 C77252 TK00 Borrower phone contact re: Reviewed Account, * Adv 022822
                     ised timeframes
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F      01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                         OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  1...................
                     UNITY CD _____  _____
   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
   011023 E18565 _____ _____   CONT _
_ 022822 C77252 TK00 bci to ask for a forbearance  adv that his loan is 022822
                     alrdy on the temp hold until june  adv that he rc
                     v the confirmation leter for FORV
_ 022822 PwrLdr MDOC MDOC ADDR=IN1P41dcd262af LTR CD=GFB4              030222
_ 032322 SYSTEM H204 CHANGE IN TERMS LETTER - NAV                     E032422
_ 032322 SYSTEM P099 MONTHLY BILL: NAV                               E032422
_ 032322 SYSTEM P102 STATEMENT BACKER                                E032422
_ 032322 PwrLdr MDOC MDOC ADDR=IN1P41ddfd9707 LTR CD=GFB4              050522
_ 032322 PwrLdr MDOC MDOC ADDR=IN1P41ddfd9707 LTR CD=GFB4              050522
_ 032322 PwrLdr MDOC MDOC ADDR=IN1P41ddfd9707 LTR CD=GFB4              050522
_ 032322 PwrLdr MDOC MDOC ADDR=IN1P41ddfd9707 LTR CD=GFB4              050522
_ 032322 PwrLdr MDOC MDOC ADDR=IN1P41ddfd9707 LTR CD=GFB4              050522
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

Case 3:23-cv-00200-MTH-V2   Document 30-4   Filed 08/01/23   Page 90 of 103   Page

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F      01/10/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                         OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  1...................
                     UNITY CD _____  _____
   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
```

```
  011023 E18565 ____ _____ CONT _
_ 032322 PwrLdr MDOC MDOC ADDR=IN1P41ddfd9707 LTR CD=GFB4        050522
_ 032322 PwrLdr MDOC MDOC ADDR=IN1P41ddfd9707 LTR CD=GFB4        050522
_ 032322 PwrLdr MDOC MDOC ADDR=IN1P41ddfd9a51 LTR CD=GFB4        050522
_ 032322 PwrLdr MDOC MDOC ADDR=IN1P41ddfd9a51 LTR CD=GFB4        050522
_ 032322 PwrLdr MDOC MDOC ADDR=IN1P41ddfd9a51 LTR CD=GFB4        050522
_ 032322 PwrLdr MDOC MDOC ADDR=IN1P41ddfd9a51 LTR CD=GFB4        050522
_ 032322 PwrLdr MDOC MDOC ADDR=IN1P41ddfd9a51 LTR CD=GFB4        050522
_ 032322 PwrLdr MDOC MDOC ADDR=IN1P41ddfd9a51 LTR CD=GFB4        050522
_ 032322 PwrLdr MDOC MDOC ADDR=IN1P41ddfd9a51 LTR CD=GFB4        050522
_ 033122 MYL2   TW50 LOGIN SUCCESSFUL                            033122
_ 033122 MYL2   TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE 033122
_ 043022 MYL2   TW50 LOGIN SUCCESSFUL                            043022

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F    01/10/23
>NXT SCR 151 SSN ____ __ ____ __ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN [████] 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                           OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  1..................
                     UNITY CD _____ _____
  DATE   SOURCE                       MESSAGE              PST/RESOLVE
  011023 E18565 ____ _____ CONT _
_ 050622 MYL2   TW50 LOGIN SUCCESSFUL                            050622
_ 050822 SYSTEM C080 CAP FREQUENCY INDICATOR CHANGE              050822
_ 050822 SYSTEM P099 MONTHLY BILL: NAV                          E050822
_ 050822 SYSTEM P102 STATEMENT BACKER                           E050822
_ 050822 PwrLdr MDOC MDOC ADDR=IN1P41ded5047e LTR CD=GFB4        061522
_ 050822 PwrLdr MDOC MDOC ADDR=IN1P41ded5047e LTR CD=GFB4        061522
_ 050822 PwrLdr MDOC MDOC ADDR=IN1P41ded5047e LTR CD=GFB4        061522
_ 050822 PwrLdr MDOC MDOC ADDR=IN1P41ded5047e LTR CD=GFB4        061522
_ 051822 E19127 GH00 PRCSD FORM FRM 051322 TO 090922             051822
_ 051822 E19127 GLL4 120SUSP: 120-DAY SUSPENSION PERIOD          051822
```

Case 2:23-cv-02520-WLH-A2   Document 30-4   Filed 08/07/23   Page 91 of 103   Page

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F    01/10/23
>NXT SCR 151 SSN ____ __ ____ __ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN [████] 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
```

```
NAME  RONALD J AMBROSETTI                           OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  1...................
                 UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
  011023 E18565 _____ _____  CONT _
_ 051822 E19127 GL00 051722 RCVD TPD FROM NELNET: RONALD            051822
                     AMBROSETTI DOB 063045
                     120SUSP SUSP START 051322 SUSP END 090922
_ 051822 E19127 GL00 PROCESSED SUSPENSION                           051822
_ 051822 E19127 GL00 BSA ID:16055 0518202273028 - PROCESSED BY PAC  051822
_ 051922 E18328 GH00 ADJUSTED FORM END DT FRM 090922 TO 051732      051922
_ 051922 E18328 GLL5 INDEFSUSP * INDEFINITE SUSPENSION PERIOD       051922
_ 051922 E18328 GL00 051822 RCVD TPD FROM NELNET: RONALD            051922
                     AMBROSETTI DOB 063045
                     INDEFSUSP SUSP START 051822
_ 051922 E18328 GL00 PROCESSED 10 YR SUSPENSION                     051922
_ 051922 E18328 GL00 BSA ID:16055 0519202271534 - PROCESSED BY PAC  051922

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F    01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ▓▓▓▓▓ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                           OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  1...................
                 UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
  011023 E18565 _____ _____  CONT _
_ 060122 SYSTEM P263 SEMI-ANNUAL INTEREST STATEMENT FORB            E060222
_ 060122 PwrLdr MDOC MDOC ADDR=IN1P41df23a824 LTR CD=GFB4           062322
_ 060122 PwrLdr MDOC MDOC ADDR=IN1P41df23a824 LTR CD=GFB4           062322
_ 060122 PwrLdr MDOC MDOC ADDR=IN1P41df23a824 LTR CD=GFB4           062322
_ 060122 PwrLdr MDOC MDOC ADDR=IN1P41df23a824 LTR CD=GFB4           062322
_ 060122 PwrLdr MDOC MDOC ADDR=IN1P41df23a824 LTR CD=GFB4           062322
_ 060122 PwrLdr MDOC MDOC ADDR=IN1P41df23a824 LTR CD=GFB4           062322
_ 060822 E18328 GH00 ADJUSTED FORM END DT FRM 051732 TO 060622      060822
_ 060822 E18328 GL00 PRCSD FORA FRM 060722 TO 060623               060822
_ 060822 SYSTEM C080 CAP FREQUENCY INDICATOR CHANGE                 060822
_ 060822 E18328 GL00 NEW CLAIM      DISABLED                        060822
_ 060822 E18328 GL00 CLAIM TYPE IS DIS                              060822

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

Case 5:23-cv-00290-MTH-V2   Document 30-4   Filed 02/01/23   Page 92 of 103   Page

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ■■■■ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____
    DATE   SOURCE                        MESSAGE                  PST/RESOLVE
    011023 E18565 ____ _____    CONT _
_ 060822 E18328 GL00 NOTIFY DATE IS 2022-06-07                   060822
_ 060822 E18328 GL00 DI EFF DATE IS 2022-05-12                   060822
_ 060822 E18328 GL00 CLAIM ASSIGN ID CHANGED FROM        TO FLE  060822
_ 060822 E18328 GLL6 APPAPPR * APPLICATION APPROVED              060822
_ 060822 E18328 GL00 060722 RCVD TPD FROM NELNET: RONALD         060822
                    AMBROSETTI DOB 063045
                    APPAPPR TYPE: STD TPD DT: 051222 APV 060622
_ 060822 E18328 GL00 BSA ID:16055 0608202273201 - PROCESSED BY PAC 060822
_ 061522 MODSTR GMR6 PSLF LWO EMAIL                              061522
_ 061622 MYL2   TW50 LOGIN SUCCESSFUL                            061622
_ 061622 IVRCSC TK00 IVR Call Information: 06/16/2022 02:09:32 PM. Call 061622
                    er Dialed 8882725543 BORROWER calling.

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ■■■■ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                    UNITY CD _____   _____
    DATE   SOURCE                        MESSAGE                  PST/RESOLVE
    011023 E18565 ____ _____    CONT _
_ 061622 C79978 TD00 provide number of guarantor, due to the acct is in 061622
                    post payment for the disabled brr and asking for
                    refund
_ 061622 C79978 TK00 Borrower phone contact re: Reviewed Account, * Adv 061622
                    ised timeframes
_ 061722 IVRCSC TK00 IVR Call Information: 06/17/2022 01:46:26 PM. Call 061722
                    er Dialed 8882725543 BORROWER calling.
_ 061722 IVRCSC TK00 TCPA Consent: No                            061722
_ 061722 CISSUB C101 AUXILIARY PHONE NUMBER CHANGE               061722
_ 061722 E89649 TD00 Bwr asked about a refund of pmts going back to jan 061722
                     of 2014. Adv once tpd is processed and loans are
                    discharged, a refund was be sent by check via

Case 2:23-cv-0260-MJW-AS   Document 30-4   Filed 09/01/23   Page 93 of 103   Page

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F       01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                 UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   011023 E18565 ____ _____    CONT _
 _ 061722 E89649 TD00 usps, can also reach out to nelnet for updates.   061722
 _ 061722 E89649 TK00 Borrower phone contact re: Reviewed Account       061722
 _ 061722 E89649 TD00 IF QUAL FOR REFUND WILL BE SENT                   061722
 _ 061722 E89649 TD00 VERIFIED MAILING ADDRESS WAS CORRECT              061722
 _ 070822 MODSTR GMR6 PSLF LWO EMAIL                                    070922
 _ 071522 E76105 GL00 COLLATERAL SENT CHANGED FROM N TO Y               071522
 _ 071522 E76105 GL00 PASS IND CHANGED FROM   TO M                      071522
 _ 071522 E76105 GL00 SUBMIT INDICATOR CHANGED TO: Y                    071522
                  FOR CLM 01 LOANS 1...................
 _ 071522 E76105 GL00 CLAIM FILED    GU-WI OWNER-833253 PG-SM TYPE-DIS   071522
                  LOAN : 1...................
                  CCI TYP:DI,DLQ DT:CCYYMMDD  ,CUREINTCAP:   0000.00
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F       01/10/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                 UNITY CD _____   _____
```

Case 2:23-cv-02560-WLH-AS   Document 30-4   Filed 03/01/23   Page 94 of 103   Page
ID #:555

```
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   011023 E18565 ____ _____    CONT _
 _ 071522 E76105 GL00 PRN CLM:  156512.79, IPTD: 05-07-2022             071522
                  INTCLM:07-14-2022,   1529.77, UNPDCRINT:  0000.00
 _ 071522 E76105 GJ00 LN#:   1 UNPAID TRA BALANCES AT FILING:           071522
                  CAP INTEREST: $    3416.44 ORIG FEES: $     0.00
 _ 071522 E76105 GL00 MANUAL ROUTE DELETED                             071522
 _ 071522 E76105 GL00 CLAIM ASSIGN ID CHANGED FROM FLE      TO         071522
 _ 071522 E76105 GLW9 DOCS SAVED TO BE MAILED W CLAIM PKG              071522
 _ 071522 E76105 GLK4 CLAIM FILED PILOT                                071522
```

```
_ 071522 E71001 GL00 VERIFY IPT                                  071522
_ 072122 E20217 MA05 RCVD ACCEPTED CLAIM RESPONSE- FWDG COLLATERAL DOCS  072122
_ 072122 E20217 G334 FILING WITH A COPY OF PROM NOTE             072122


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN [███] 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____  CLASS CD _____   _____   LOANS SELECTED  1...................
                      UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                   PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 072122 E20217 GL00 LOANS  1              PNOTE TYPE:SM            072122
                     SIGN DATE:01062005
_ 072122 E20217 GL00 DISCLOSURE STMNT SENT                         072122
_ 072122 E20217 GL00 SENT ADDTNL DOCS:  BKRT/DEATH/DIS             072122
                     W/ A-REPORT TO GU
_ 072522 E15959 G1F7 QC PROM NOTE PROCESS FOR CLAIM FILE           072522
_ 083122 SYSTEM GS00 CREDIT B RPT - MSC=13 FCRA DT=00000000 SPL CMT=  090322
                     FOR LOAN(S) 01
_ 090522 E51029 G369 SAS REPORT REVIEWED BY SPECIALTY TEAM         090522
_ 090522 E51029 GY6M WORKED DISABILITY SAS REPORT                 090522
_ 090522 E51029 GK24 SENT RESPONSE TO CUSTOMER                    090522
_ 090522 E51029 L308 TOTAL & COND DISAB DISCHRG-EFF 07/01/02      E090522

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F      01/10/23
>NXT SCR 151 SSN _____ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN [███] 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____  CLASS CD _____   _____   LOANS SELECTED  1...................
                      UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                   PST/RESOLVE
   011023 E18565 ____ _____ CONT _
_ 090522 E51029 GL00 09052022163344-PROCESSED VIA AUTOMATION ~ DIS SAS  090522
_ 090522 PwrLdr MDOC MDOC ADDR=IN1P41e03e9235 LTR CD=GFB4          090622
_ 090622 MYL2   TW50 LOGIN SUCCESSFUL                              090622
_ 090622 CISPRO C006 ADDRESS CHANGE                                090622
```

NSL000079

```
_ 091222 E51029 G369 SAS REPORT REVIEWED BY SPECIALTY TEAM          091222
_ 091222 E51029 GY6M WORKED DISABILITY SAS REPORT                   091222
_ 091222 E51029 GK24 SENT RESPONSE TO CUSTOMER                      091222
_ 091222 E51029 L308 TOTAL & COND DISAB DISCHRG-EFF 07/01/02       E091222
_ 091222 E51029 GL00 09122022075519-PROCESSED VIA AUTOMATION ~ DIS SAS 091222
_ 091222 PwrLdr MDOC MDOC ADDR=In1P41e05b3163 LTR CD=GFB4           091422
_ 091322 MYL2   TW50 LOGIN SUCCESSFUL                               091322
_ 091322 MYL2   GTB3 WEB CALLBACK LINK DISPLAYED TO USER            091322


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                     UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   011023 E18565 _____ _____ CONT _
_ 091322 MYL2   GMD2 COMMERCIAL MEDIA SERVER LINK SELECTED         091322
_ 091322 MYL2   TW50 LOGIN SUCCESSFUL                              091322
_ 091322 MYL2   GMD2 COMMERCIAL MEDIA SERVER LINK SELECTED         091322
_ 102822 E19127 GLL8 DISCRG * LOAN(S) DISCHARGED DUE TO TPD        102822
_ 102822 E19127 GL00 102722 RCVD TPD FROM NELNET: RONALD           102822
                     AMBROSETTI DOB 063045
                     DISCRG
_ 102822 E19127 GL00 DISCHARGED PIFG AS DIS                        102822
_ 102822 E19127 GL00 BSA ID:16055 1028202271407 - PROCESSED BY PAC 102822
_ 122022 MODSTR GVD5 X892 - TAX STMT WILL SOON BE AVAILABLE        122022
_ 122722 MYL2   TW50 LOGIN SUCCESSFUL                              122722
_ 122722 MYL2   TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE   122722


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F      01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1...................
                     UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   011023 E18565 _____ _____ CONT _
```

C926 S:S3-CA-0S200-MFH-V2   DocIIμeμμ30-4   EIIeq 0α∕01∕53   Ьθ06 βΘ οɪ ʃ03   Ьθ06

```
_ 122822 E15900 GH92 ACCT RECEIVED IN OCA FOR REVIEW AND RESPONSE        122822
_ 122822 e72150 GK00 **OCA received a letter from the customer's attorn   122822
                     ey, Donald J. Schmid, who is not listed as Informa
                     tion Eligible on the account. The attorney i
_ 122822 e72150 GK00 s disputing that Navient hid the customer's eligib   122822
                     ility for Total and Permanent Disability and state
                     s that the customer made several contacts with u
_ 122822 e72150 GK00 s from 2013 forward to advise of their medical har   122822
                     dships. They believe the customer is due a refund
                     of payments made from 2013 forward now that the
_ 122822 e72150 GK00 y have been approved for Total and Permanent Disab   122822
                     ility discharge.


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F    01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ███████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI    OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER   NAV FFELP TRUST
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1..................
                   UNITY CD _____ _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   011023 E18565 _____ _____ CONT _
_ 122822 E72150 GUB9 REC'D ACCOUNT, NO OUTREACH REQUIRED               122822
_ 122822 e72150 GK00 **OCA per guidance - no outreach yet to brw or non  122822
                     -IE
_ 122822 e72150 GK00 **OCA -CORRECTION- attny complaint received by EVP  122822
                     Mark Heleen &EVP Tim Hynes
_ 122822 E72150 TK00 Borrower research re: Reviewed Account            122822
_ 010323 e72150 GK00 **OCA still awaiting further guidance prior to out  010323
                     reach/response
_ 010623 E15776 GH93 CBS: PENDING ACCOUNT, LITIGATION, CASE OUTSTANDING  010623
_ 010923 e72150 MDOC MDOC ADDR=XX1Sc382e8fe7f LTR CD=MV40              011023
_ 010923 e72150 MDOC MDOC ADDR=XX1Sc382e8fe6b LTR CD=MV40              011023
_ 011023 E15900 GRG8 ADDTL DOCUMENTS RECEIVED FOR CASE OPENED IN OCA   011023


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F    01/10/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN ███████ 7824 1   LOANS ALL    PROG SM    STATUS PIFG   GUAR WI    OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER   NAV FFELP TRUST
```

Case 3:23-cv-03590-MTH-V2   Document 30-4   Filed 08/01/53   Page 97 of 103   Page

```
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  1..................

        UNITY CD _____   _____

  DATE  SOURCE                    MESSAGE                    PST/RESOLVE
  011023 E18565 _____ _____ CONT _
_ 011023 e72150 GK00 **OCA still awaiting further guidance prior to out  011023
                     reach/response
_ 011023 SYSTEM K190 1098-E                                              011023
_ 011023 LSMB00 TX00 1098-E LTR SENT ON THIS ACCOUNT                     011023
_ 011023 e72150 GK00 **OCA per guidance received, OCA is not to respond  011023
                      // legal will provide response to complaint
_ 011023 E72150 GRG7 DISREGARD GH92 CORR; ENTERED IN ERROR               011023
_ 011023 E72150 GK00 **OCA DUP COPIES OF ATTNY COMPLAINT RECEIVED IN EN  011023
                     CORE - NAT, PER GUIDANCE RECEIVED LEGAL IS RESPONI
                     NG
_ 011023 E72150 TK00 Borrower research re: Reviewed Account              011023


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

Case 2:23-cv-02560-MLH-AS   Document 30-4   Filed 08/01/23   Page 98 of 103   Page
ID #:556



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
PRESS PF5 TO DISPLAY BORR CORR(151). PF6=IN MAIL(152). PF7=IN PHONE(153).
PF8=OUT MAIL/PHONE(154).

CLASS-155-CRITICAL CHANGES DETAIL HISTORY--------------- LSC/F        01/10/23
>NXT SCR 155 SSN ____ __ ____ __ PG ___ OWN _____ ST _____ GU ___ LN ___ DT ___ __ ___
SSN ████ 7824 1   LOANS ALL     PROG SM    STATUS PIFG    GUAR WI    OWNER 833253
NAME  RONALD J AMBROSETTI                             OWNER  NAV FFELP TRUST
                                        LOANS SELECTED  1...................

   DATE    SOURCE          CRITICAL CHANGE-PREVIOUS VALUE
  032113  C50574    C151 EMAIL VALID FLAG CHANGED FROM: N TO Y
  032113  C50574    C150 BOR EMAIL ADDR CHG: rambrosetti@sjfc.edu
  032113  C50574    C525 BORROWER ALT PHONE/EXT CHANGED- 5853858116
                         TIMESTAMP                        USER
  032113  C50574    C005 BORROWER PRIM PHONE NUM CHANGED- 5859670061
                         TIMESTAMP                        USER
  032113  C50574    C005 BORROWER PRIM PHONE NUM CHANGED- 0000000000
                         TIMESTAMP                        USER
  032113  C50574    C525 BORROWER ALT PHONE/EXT CHANGED- 0000000000
                         TIMESTAMP                        USER
  032113  CISMYL    C005 BORROWER PRIM PHONE NUM CHANGED- 5043168856
                         TIMESTAMP                        USER


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
PRESS PF5 TO DISPLAY BORR CORR(151). PF6=IN MAIL(152). PF7=IN PHONE(153).
PF8=OUT MAIL/PHONE(154).

CLASS-155-CRITICAL CHANGES DETAIL HISTORY--------------- LSC/F        01/10/23
>NXT SCR 155 SSN ____ __ ____ __ PG ___ OWN _____ ST _____ GU ___ LN ___ DT ___ __ ___
SSN ████ 7824 1   LOANS ALL     PROG SM    STATUS PIFG    GUAR WI    OWNER 833253
NAME  RONALD J AMBROSETTI                             OWNER  NAV FFELP TRUST
                                        LOANS SELECTED  1...................


   DATE    SOURCE          CRITICAL CHANGE-PREVIOUS VALUE
  032113  CISMYL    C527 BORROWER CELL PHONE CHANGED- 0000000000
                         TIMESTAMP                        USER

Case 2:23-cv-02590-MTH-AS   Document 30-4   Filed 09/01/23   Page 99 of 103   Page ID #:221

```
112214 CISMYL   C006 ADDRESS CHANGE-5744 SUTTON PL
                     NEW ORLEANS       LA  701315419   TO


112214 CISMYL   C005 BORROWER PRIM PHONE NUM CHANGED- 5043942308
                     TIMESTAMP                        USER
112214 CISMYL   C005 BORROWER PRIM PHONE NUM CHANGED- 7146740270
                     TIMESTAMP                        USER
051215 CISCAL   C150 BOR EMAIL ADDR CHG: RAMBROSETTI@OLHCC.EDU
051215 CISMYL   C101 AUX PHONE     08 PHONE NUM CHGD 5854062958 TO 0000000000


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
PRESS PF5 TO DISPLAY BORR CORR(151). PF6=IN MAIL(152). PF7=IN PHONE(153).
PF8=OUT MAIL/PHONE(154).

CLASS-155-CRITICAL CHANGES DETAIL HISTORY---------------- LSC/F     01/10/23
>NXT SCR 155 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                         OWNER  NAV FFELP TRUST
                                        LOANS SELECTED  1..................


 DATE    SOURCE        CRITICAL CHANGE-PREVIOUS VALUE
051215 CISMYL   C527 BORROWER CELL PHONE CHANGED- 0000000000
                     TIMESTAMP                        USER
031316 NCOA     C006 ADDRESS CHANGE-2613 MILL LN
                     FULLERTON       CA  928311046   TO


031917 NCOA     C006 ADDRESS CHANGE-2721 TORREY PINE DR
                     FULLERTON       CA  928352847   TO


122317 CISSUB   C527 BORROWER CELL PHONE CHANGED- 7143485377
                     TIMESTAMP                        USER
```

ID #:228
Case 2:23-cv-02560-MJW-AS    Document 4-30    Filed 08/01/23    Page 100 of 103    Page

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
PRESS PF5 TO DISPLAY BORR CORR(151). PF6=IN MAIL(152). PF7=IN PHONE(153).
PF8=OUT MAIL/PHONE(154).

CLASS-155-CRITICAL CHANGES DETAIL HISTORY---------------- LSC/F     01/10/23
>NXT SCR 155 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                         OWNER  NAV FFELP TRUST
                                        LOANS SELECTED  1..................
```

```
 DATE   SOURCE          CRITICAL CHANGE-PREVIOUS VALUE
122317 CISSUB    C005 BORROWER PRIM PHONE NUM CHANGED- 5043168856
                      TIMESTAMP                        USER
122317 CISSUB    C005 BORROWER PRIM PHONE NUM CHANGED-
                      TIMESTAMP                        USER
122317 CISSUB    C525 BORROWER ALT PHONE/EXT CHANGED-
                      TIMESTAMP                        USER
122317 CISSUB    C101 AUX PHONE    01 PHONE NUM CHGD         TO 7143485377
                      FULLERTON       CA  928352847  TO
022318 US        C096 GUAR ID CHANGED FROM US298284141    TO 21248782516
022318 SYSTEM    C351 GUARANTEE DATE CHANGE FROM 0001-01-01 TO 2005-04-08
071018 SYSTEM    C101 7143485377    PHONE NUM CHGD        TO
                           TIMESTAMP                        USER
010319 S41033    C011 GUARANTOR CODE CHANGE-US


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
PRESS PF5 TO DISPLAY BORR CORR(151). PF6=IN MAIL(152). PF7=IN PHONE(153).
PF8=OUT MAIL/PHONE(154).


CLASS-155-CRITICAL CHANGES DETAIL HISTORY--------------- LSC/F       01/10/23
>NXT SCR 155 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN  ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                          OWNER  NAV FFELP TRUST
                                     LOANS SELECTED  1...................

 DATE   SOURCE          CRITICAL CHANGE-PREVIOUS VALUE
021719 CISSUB    C101 AUX PHONE    01 PHONE NUM CHGD         TO 7144582280
                      TIMESTAMP                        USER
021719 CISSUB    C101 AUX PHONE    02 PHONE NUM CHGD         TO 7143485377
                      TIMESTAMP                        USER
021719 CISPRO    C006 ADDRESS CHANGE-2851 ROLLING HILLS  DR SPC 75
                      FULLERTON       CA  928352302  TO


090920 C52813    C004 PAYMENT DUE DAY CHANGE-Y
090920 SYSTEM    C080 CAP INT FREQ IND CHANGE SCR 128 - *
090920 C52813    C525 BORROWER ALT PHONE/EXT CHANGED- 5043168856
                      TIMESTAMP                        USER


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
PRESS PF5 TO DISPLAY BORR CORR(151). PF6=IN MAIL(152). PF7=IN PHONE(153).
PF8=OUT MAIL/PHONE(154).

CLASS-155-CRITICAL CHANGES DETAIL HISTORY--------------- LSC/F       01/10/23
```

Case 3:23-cv-02500-MFM- YS   Document 30-4   Filed 09/07/23   Page 101 of 103  Page

```
>NXT SCR 155 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ _
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
                                          LOANS SELECTED  1..................
```

| DATE | SOURCE | CRITICAL CHANGE-PREVIOUS VALUE |
|---|---|---|
| 090920 | CISSUB | C525 BORROWER ALT PHONE/EXT CHANGED- |
| | | TIMESTAMP                        USER |
| 090920 | CISSUB | C101 AUX PHONE   01 PHONE NUM CHGD 7144582280 TO |
| | | TIMESTAMP                        USER |
| 090920 | C52813 | C005 BORROWER PRIM PHONE NUM CHANGED- 7146740270 |
| | | TIMESTAMP                        USER |
| 090920 | C52813 | C005 BORROWER PRIM PHONE NUM CHANGED- |
| | | TIMESTAMP                        USER |
| 090920 | C52813 | C525 BORROWER ALT PHONE/EXT CHANGED- 7144582280 |
| | | TIMESTAMP                        USER |
| 091220 | SYSTEM | C138 UNIQ-ID CHGD 00                  TO |

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
PRESS PF5 TO DISPLAY BORR CORR(151). PF6=IN MAIL(152). PF7=IN PHONE(153).
PF8=OUT MAIL/PHONE(154).

CLASS-155-CRITICAL CHANGES DETAIL HISTORY--------------- LSC/F      01/10/23
>NXT SCR 155 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ _
SSN ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
NAME  RONALD J AMBROSETTI                              OWNER  NAV FFELP TRUST
                                          LOANS SELECTED  1..................
```

| DATE | SOURCE | CRITICAL CHANGE-PREVIOUS VALUE |
|---|---|---|
| 092320 | CISPRO | C006 ADDRESS CHANGE-4826 CLOVER CT |
| | | PLAINFIELD        IL  605868170  TO |
| 100820 | SYSTEM | C080 CAP INT FREQ IND CHANGE SCR 128 - * |
| 120720 | SYSTEM | C080 CAP INT FREQ IND CHANGE SCR 128 - * |
| 020821 | SYSTEM | C080 CAP INT FREQ IND CHANGE SCR 128 - * |
| 041221 | SYSTEM | C080 CAP INT FREQ IND CHANGE SCR 128 - * |
| 060821 | SYSTEM | C080 CAP INT FREQ IND CHANGE SCR 128 - * |
| 092821 | SYSTEM | C080 CAP INT FREQ IND CHANGE SCR 128 - * |
| 110821 | SYSTEM | C080 CAP INT FREQ IND CHANGE SCR 128 - * |
| 112921 | SYSTEM | C080 CAP INT FREQ IND CHANGE SCR 128 - * |
| 120821 | SYSTEM | C080 CAP INT FREQ IND CHANGE SCR 128 - * |

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
```

```
PRESS PF5 TO DISPLAY BORR CORR(151). PF6=IN MAIL(152). PF7=IN PHONE(153).
PF8=OUT MAIL/PHONE(154).


CLASS-155-CRITICAL CHANGES DETAIL HISTORY--------------- LSC/F       01/10/23
>NXT SCR 155 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
 SSN  ████ 7824 1   LOANS ALL    PROG SM   STATUS PIFG   GUAR WI   OWNER 833253
 NAME  RONALD J AMBROSETTI                            OWNER  NAV FFELP TRUST
                                        LOANS SELECTED  1...................


  DATE    SOURCE          CRITICAL CHANGE-PREVIOUS VALUE
 022822 E20739    C063 STATUS END DATE CHANGE-04/07/38
 022822 SYSTEM    C080 CAP INT FREQ IND CHANGE SCR 128 - *
 050822 SYSTEM    C080 CAP INT FREQ IND CHANGE SCR 128 - *
 060822 SYSTEM    C080 CAP INT FREQ IND CHANGE SCR 128 - *
 061722 CISSUB    C101 AUX PHONE    01 PHONE NUM CHGD          TO 6066441949
                  CAP INT FREQ IND CHANGE SCR 128 - *
 090622 CISPRO    C006 ADDRESS CHANGE-25501 CAMINO LOS PAD# 01-317
                       LAGUNA NIGUEL    CA  926775853  TO




 I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
 PRESS PF5 TO DISPLAY BORR CORR(151). PF6=IN MAIL(152). PF7=IN PHONE(153).
 PF8=OUT MAIL/PHONE(154).
```

Case 2:23-cv-02500-WJM-AS    Document 30-4    Filed 09/01/23    Page 103 of 103    Page
ID #:561

NSL000087