1 | Donald J. Schmid.
2 | (CA Bar No. 120178)
  | **Law Offices of Donald J. Schmid LLC**
3 | 1251 N. Eddy Street, Suite 200
4 | South Bend, Indiana 46617
  | Telephone: (574) 993-2280
5 | Facsimile: (574) 807-0529
6 | Email: schmid@donaldschmidlaw.com

7 | *Attorneys for Plaintiff Ronald J. Ambrosetti*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RONALD J. AMBROSETTI, | Case No.: 2:23-cv-02560--WLH-AS |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR REMOTE ATTENDANCE AT SUMMARY JUDGMENT HEARING** |
| vs. | |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., and NAVIENT SOLUTIONS LLC, | |
| Defendants. | The Hon. Wesley L. Hsu<br>Courtroom Number: 9B<br>Date & Time of Hearing: Oct. 6, 2023 at 1:30 p.m. |

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on October 6, 2023, at 1:30 p.m. or as soon

1

**NOTICE OF MOTION AND MOTION FOR REMOTE
ATTENDANCE AT SUMMARY JUDGMENT HEARING**

thereafter as may be heard, in Courtroom 9B of the above-entitled Court located at 350 W. First Street, Los Angeles, California 90012, plaintiff Ronald J. Ambrosetti moves this Court for an order allowing counsel for plaintiff to appear remotely via video conference or by telephone at the oral argument scheduled for October 6, 2023 on defendant's motion for summary judgment.  Counsel for plaintiff is required to be in federal court in Indiana on October 5, 2023 in another federal case and has other commitments that make an in-person appearance in court in Los Angeles, California very difficult and impractical.

      This motion and request for remote appearance is made pursuant to the local rules and is supported by a concurrently filed Declaration of Donald J. Schmid (counsel for plaintiff).   This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 15, 2023.

Dated: September 15, 2023

Law offices of Donald J. Schmid LLC

    /s/ Donald J. Schmid
Donald J. Schmid
(CA Bar No. 120178)

1251 N. Eddy Street, Suite 200
South Bend, Indiana 46617
Telephone: (574) 993-2280
Facsimile: (574) 807-0529
Email: schmid@donaldschmidlaw.com

Attorneys for Plaintiff R. Ambrosetti

3
**NOTICE OF MOTION AND MOTION FOR REMOTE ATTENDANCE AT SUMMARY JUDGMENT HEARING**