UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. AMBROSETTI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., and NAVIENT SOLUTIONS LLC,<br><br>　　　　　　　Defendants. | Case No.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR REMOTELY AT SUMMARY JUDGMENT HEARING [ECF NO. 34]** |

　　On September 15, 2023, Plaintiff filed a motion requesting permission for plaintiff's counsel to appear remotely at the oral argument/hearing on defendant's summary judgment motion scheduled for October 6, 2023 at 1:30 p.m.

　　The Court, having considered Plaintiff's Motion, there being no opposition form Defendant, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

　　1.　Plaintiff is allowed to appear remotely at the oral argument/hearing on defendant's summary judgment motion scheduled for October 6, 2023 at 1:30 p.m.

　　**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE